**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION**

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>　　　　　　　Defendants. | No. 3:09-CV-05456-BHS<br><br>**NOTICE OF AMENDED CAPTION**<br><br>Judge: The Honorable Benjamin H. Settle |

# NOTICE OF AMENDED CAPTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs John Doe #1, John Doe #2, and Protect Marriage Washington hereby notify the Court that Brenda Galarza, Public Records Officer for the Secretary of State of Washington was incorrectly included in the caption of all previously filed documents as "Debra Galarza, in her official capacity as Public Records Officer for the Secretary of State of Washington." *See also* (Verified Compl. ¶ 13 (correctly naming Brenda Galarza as the Public Records Officer for the Secretary of State of Washington)) and ask the Court to amend the caption of this case to reflect the change.

Included with this Notice is a proposed Order, whose caption accurately reflects the correct caption.

Respectfully submitted this 30th day of July, 2009.

  /s/ Scott F. Bieniek
James Bopp, Jr. (Ind. Bar No. 2838-84)*
Sarah E. Troupis (Wis. Bar No. 1061515)*
Scott F. Bieniek (Ill. Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
(812) 232-2434
*Counsel for All Plaintiffs*

Stephen Pidgeon
ATTORNEY AT LAW, P.S.
10900 NE 8th Street, Suite 900
Bellevue, Washington 98004
(425) 605-4774
*Counsel for All Plaintiffs*

*Pro Hac Vice Application Granted*

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the above-captioned action. My business address is 1 South Sixth Street; Terre Haute, Indiana 47807-3510.

On July 30, 2009, I electronically filed the foregoing document described as Notice of Amended Caption with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

James K. Pharris
jamesp@atg.wa.gov
*Counsel for Defendants Sam Reed and Brenda Galarza*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 30th day of July, 2009.

  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. Bar No. 6295901)
*Counsel for All Plaintiffs*