The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JOHN DOE # 1, an individual; JOHN DOE # 2, an individual; and PROTECT MARRIAGE WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State of Washington; and BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>Defendants. | NO. 09-5456BHS<br><br>DECLARATION OF CATHERINE S. BLINN IN OPPOSITION TO PRELIMINARY INJUNCTION |

I, Catherine S. Blinn, declare as follows:

1.  I am over eighteen years of age and competent to testify. I serve as an Assistant Director of Elections in the Office of the Secretary of State for the state of Washington. I was appointed to this position in 2005 by Secretary of State Sam Reed, and have served in this position since that time.

2.  In my capacity as an Assistant Director of Elections I have personal knowledge of the following information.

DECL. OF CATHERINE BLINN
IN OPP'N TO PRELIM. INJ.
NO. 09-5456BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

3. Attached to this Declaration as Exhibit A is a true scanned copy of a signature petition for Referendum Measure 71, exclusive of the names, addresses and signatures of the persons who signed the petition, which material has been redacted. The printed material on all of the signature petitions for Referendum 71 is identical.

4. Pursuant to article II, section 1(d) of the Washington Constitution and Wash. Rev. Code § 29A.72.130, the attached petition for Referendum Measure 71 is directed: "To the Honorable Sam Reed, Secretary of State of the State of Washington". As provided in Wash. Rev. Code § 29A.72.130, its signers "order and direct that Referendum Measure No. 71 . . . shall be referred to the people of the state for their approval or rejection at the regular . . . election to be held on the 3rd day of November, 2009; and each of us for himself or herself says: I have personally signed this petition; I am a legal voter of the State of Washington, in the city (or town) and county written after my name, my residence address is correctly stated, and I have knowingly signed this petition only once." As provided in Wash. Rev. Code § 29A.72.140, the signature petition contains a warning that: "Every person who signs this petition with any other than his or her true name, knowingly signs more than one of these petitions, signs this petition when he or she is not a legal voter, or makes any false statement on this petition may be punished by a fine or imprisonment or both."

5. I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct and of my own knowledge, and that I executed this declaration at Olympia, Washington, in the County of Thurston, this _14th_ day of August, 2009.

Catherine S. Blinn

DECL. OF CATHERINE BLINN
IN OPP'N TO PRELIM. INJ.
NO. 09-5456BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

# EXHIBIT A

# Preserve Marriage, Protect Children R-71

| Highlights | ■ The legislature just passed a law that effectively makes same-sex marriages legal. By signing R-71 we can reverse that decision and protect marriage as between one man and one woman. | ■ If same-sex marriage becomes law, public schools K-12 will be forced to teach that same-sex marriage and homosexuality are normal...even over the objections of parents. Sign R-71 to protect children. |
|---|---|---|

**Ballot Measure Summary**
Same-sex couples, or any couple that includes one person age sixty-two or older, may register as a domestic partnership with the state. Registered domestic partnerships are not marriages, and marriage is prohibited except between one man and one woman. This bill would expand the rights, responsibilities, and obligations of registered domestic partners and their families to include all rights, responsibilities, and obligations granted by or imposed by state law on married couples and their families.

**WARNING:**
Every person who signs this petition with any other than his or her true name, knowingly signs more than one of these petitions, signs this petition when he or she is not a legal voter, or makes any false statement on this petition may be punished by fine or imprisonment or both.

**Ballot Title**
**Statement of Subject:** The legislature passed Engrossed Second Substitute Senate Bill 5688 concerning rights and responsibilities of state-registered domestic partners [and voters have filed a sufficient referendum petition on this bill].
**Concise description:** This bill would expand the rights, responsibilities, and obligations accorded state-registered same-sex and senior domestic partners to be equivalent to those of married spouses, except that a domestic partnership is not a marriage.
**Should this bill be:**

☐ Approved    ☐ Rejected

## All Washington State voters may sign this statewide referendum. Print and sign clearly!

| Printed Name of Registered Voter | Signature of Voter | Your Home Address | City County | Email Address (optional) |
|---|---|---|---|---|
| 0. JOHN Q. CITIZEN | John Q. Citizen | 71 All the Way | Arlington Snohomish | R71@ProtectMarriageWA.com |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

**Mail to: Protect Marriage WA • *Mailing Deadline: July 22nd***
P.O. Box 501, Arlington, WA 98223, (425) 451-7753, www.ProtectMarriageWA.com, E-mail: R71@ProtectMarriageWA.com

# Preserve Marriage, Protect Children R-71

## Highlights

■ The legislature just passed a law that effectively makes same-sex marriages legal. By signing R-71 we can reverse that decision and protect marriage as between one man and one woman.

■ If same-sex marriage becomes law, public schools K-12 will be forced to teach that same-sex marriage and homosexuality are normal...even over the objections of parents. Sign R-71 to protect children.

**Ballot Measure Summary**
Same-sex couples, or any couple that includes one person age sixty-two or older, may register as a domestic partnership with the state. Registered domestic partnerships are not marriages, and marriage is prohibited except between one man and one woman. This bill would expand the rights, responsibilities, and obligations of registered domestic partners and their families to include all rights, responsibilities, and obligations granted by or imposed by state law on married couples and their families.

**WARNING:**
Every person who signs this petition with any other than his or her true name, knowingly signs more than one of these petitions, signs this petition when he or she is not a legal voter, or makes any false statement on this petition may be punished by fine or imprisonment or both.

**Ballot Title**
**Statement of Subject:** The legislature passed Engrossed Second Substitute Senate Bill 5688 concerning rights and responsibilities of state-registered domestic partners [and voters have filed a sufficient referendum petition on this bill].

**Concise description:** This bill would expand the rights, responsibilities, and obligations accorded state-registered same-sex and senior domestic partners to be equivalent to those of married spouses, except that a domestic partnership is not a marriage.

**Should this bill be:**

☐ Approved   ☐ Rejected

To the Honorable Sam Reed, Secretary of State of the State of Washington

We, the undersigned citizens and legal voters of the State of Washington, respectfully order and direct that Referendum Measure No. 71, filed to provoke a bill that would expand the rights, responsibilities, and obligations accorded state-registered same-sex and senior domestic partners to be equivalent to those of married spouses, except that a domestic partnership is not a marriage, and was passed by the 61st legislature of the State of Washington at the last regular session of said legislature, shall be referred to the people of the state for their approval or rejection at the regular election to be held on the 3rd day of November, 2009, and each of us for himself or herself say: I have personally signed this petition; I am a legal voter of the State of Washington, in the city (or town) and county (wherein my name, my residence address is correctly stated, and I have strongly signed this petition only once.

### All Washington State voters may sign this statewide referendum. Print and sign clearly!

| Printed Name of Registered Voter | Signature of Voter | Your Home Address | City County | Email Address (optional) |
|---|---|---|---|---|
| 0. JOHN Q. CITIZEN | John Q. Citizen | 71 All the Way | Arlington Snohomish | R71@ProtectMarriageWA.com |
| 1. | | Your Address | | |
| 2. | | Your Address | | |
| 3. | | Your Address | | |
| 4. | | | | |
| 5. | | Your Address | | |
| 6. | | Your Address | | |
| 7. | | Your Address | | |
| 8. | | | | |
| 9. | | Your Address | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | Your Address | | |
| 15. | | Your Address | | |
| 16. | | | | |
| 17. | | Your Address | | |
| 18. | | | | |
| 19. | | Your Address | | |
| 20. | | | | |

### Mail to: Protect Marriage WA • Mailing Deadline: July 22nd

P.O. Box 501, Arlington WA 98223  (425) 451-7753  www.ProtectMarriageWA.com  E-mail: R71@ProtectMarriageWA.com

AN ACT Relating to further expanding the rights and responsibilities of state registered domestic partners; amending RCW 2.10.090, 0.27.160, 70.17.200, 11.88.030, 26.60.010, 26.60.020, 26.60.030, 41.18.010, 49.28.020, 65.12.035, 71.05.425, 72.09.015, 72.09.712, 72.36.115, 77.36.010, 83.100.045, 83.100.047; and 84.48.080; adding a new section to chapter 25.60 RCW; adding a new section to chapter 34.05 RCW; adding a new section to chapter 11.12 RCW; adding a new section to chapter 1.16 RCW; adding a new section to chapter 2.10 RCW; adding a new section to chapter 2.12 RCW; adding a new section to chapter 2.14 RCW; adding a new section to chapter 2.56 RCW; adding a new section to chapter 4.24 RCW; adding a new section to chapter 4.28 RCW; adding a new section to chapter 5.44 RCW; adding a new section to chapter 6.15 RCW; adding a new section to chapter 6.27 RCW; adding a new section to chapter 7.08 RCW; adding a new section to chapter 7.58 RCW; adding a new section to chapter 9.94A RCW; adding a new section to chapter 9.98A RCW; adding a new section to chapter 9.94A RCW; adding a new section to chapter 9.41 RCW; adding a new section to chapter 9.46 RCW; adding a new section to chapter 9.58 RCW; adding a new section to chapter 9.58 RCW; and providing various effective dates.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF WASHINGTON:

NEW SECTION. Sec. 1. A new section is added to chapter 25.60 RCW...

NEW SECTION. Sec. 2. A new section is added to chapter 34.05 RCW...

NEW SECTION. Sec. 3. A new section is added to chapter 11.12 RCW...

NEW SECTION. Sec. 4. A new section is added to chapter 1.16 RCW...

NEW SECTION. Sec. 5. A new section is added to chapter 2.10 RCW...

NEW SECTION. Sec. 6. A new section is added to chapter 2.12 RCW...

NEW SECTION. Sec. 7. A new section is added to chapter 2.14 RCW...

NEW SECTION. Sec. 8. A new section is added to chapter 2.56 RCW...

NEW SECTION. Sec. 9. A new section is added to chapter 4.24 RCW...

NEW SECTION. Sec. 10. A new section is added to chapter 4.28 RCW...

NEW SECTION. Sec. 11. A new section is added to chapter 5.44 RCW...

NEW SECTION. Sec. 12. A new section is added to chapter 6.15 RCW...

NEW SECTION. Sec. 13. A new section is added to chapter 6.15 RCW...

NEW SECTION. Sec. 14. A new section is added to chapter 6.27 RCW...

NOTICE OF GARNISHMENT AND OF YOUR RIGHTS

A Writ of Garnishment issued in a Washington court has been or will be served on the person(s) named in the attached copy of the writ. After receipt of the writ, the garnishee is required to withhold payment of any money that was due to you and to withhold any other property of yours that the garnishee held or controlled. This notice of your rights is required by law.

YOU HAVE THE FOLLOWING EXEMPTION RIGHTS:

(Caption to be filled in by judgment creditor or plaintiff before mailing.)

NEW SECTION. Sec. 17. A new section is added to chapter 7.08 RCW to read as follows...

NEW SECTION. Sec. 18. A new section is added to chapter 9.58 RCW to read as follows...

NEW SECTION. Sec. 19. A new section is added to chapter 9.58 RCW to read as follows...

NEW SECTION. Sec. 20. A new section is added to chapter 9.94A RCW to read as follows...

NEW SECTION. Sec. 21. A new section is added to chapter 9.94A RCW to read as follows...

NEW SECTION. Sec. 22. A new section is added to chapter 9.16 RCW to read as follows...

NEW SECTION. Sec. 23. A new section is added to chapter 9.41 RCW to read as follows...

NEW SECTION. Sec. 24. A new section is added to chapter 9A.44 RCW to read as follows...

NEW SECTION. Sec. 25. A new section is added to chapter 9A.76 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 26. A new section is added to chapter 10.77 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

Sec. 27. RCW 10.77.205 and 2000 c 94 s 17 are each amended to read as follows:

(1)(a) At the earliest possible date, and in no event later than thirty days before conditional release, release, authorized furlough pursuant to RCW 10.77.163, or transfer for a nonroutine health care facility, notice shall be given to the appropriate county prosecuting attorney ... [statutory amendment text continues]

NEW SECTION. Sec. 28. A new section is added to chapter 10.95 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 29. A new section is added to chapter 10.99 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 30. A new section is added to chapter 10.101 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 31. A new section is added to chapter 11.40 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 32. A new section is added to chapter 11.42 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 33. A new section is added to chapter 11.96 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 34. A new section is added to chapter 11.59 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 35. A new section is added to chapter 11.88 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

Sec. 36. RCW 11.88.030 and 1996 c 243 s 8 are each amended to read as follows:

(1) Any person or entity may petition for the appointment of a qualified person, trust company, national bank, or nonprofit corporation authorized in RCW 11.88.020 as the guardian or limited guardian of an incapacitated person. No liability for filing a petition for guardianship or limited guardianship shall attach to a petitioner acting in good faith and upon reasonable basis. A petition for guardianship or limited guardianship shall state: ... [statutory amendment text continues]

(16) The name, address, and relationship of the person, if any, whom the petitioner asks to be appointed guardian or limited guardian upon the appointment; ...

IMPORTANT NOTICE PLEASE READ CAREFULLY

A PETITION TO HAVE A GUARDIAN APPOINTED FOR YOU HAS BEEN FILED IN THE ........ COUNTY SUPERIOR COURT BY ...... IF A GUARDIAN IS APPOINTED, YOU COULD LOSE ONE OR MORE OF THE FOLLOWING RIGHTS:
(1) TO MARRY (AGAIN), DIVORCE, OR ENTER INTO OR END A STATE REGISTERED DOMESTIC PARTNERSHIP;
(2) TO VOTE OR HOLD AN ELECTED OFFICE;
(3) TO ENTER INTO A CONTRACT OR MAKE OR REVOKE A WILL;
(4) TO APPOINT SOMEONE TO ACT ON YOUR BEHALF;
(5) TO SUE AND BE SUED OTHER THAN THROUGH A GUARDIAN;
(6) TO POSSESS A LICENSE TO DRIVE;
(7) TO BUY, SELL, OWN, MORTGAGE, OR LEASE PROPERTY;
(8) TO CONSENT TO OR REFUSE MEDICAL TREATMENT;
(9) TO DECIDE WHO SHALL PROVIDE CARE AND ASSISTANCE;
(10) TO MAKE DECISIONS REGARDING SOCIAL ASPECTS OF YOUR LIFE. UNDER THE LAW, YOU HAVE CERTAIN RIGHTS. YOU HAVE THE RIGHT TO BE REPRESENTED BY A LAWYER OF YOUR OWN CHOOSING. THE COURT WILL APPOINT A LAWYER TO REPRESENT YOU IF YOU ARE UNABLE TO PAY OR FOR OTHER REASONS THE COURT DECIDES A LAWYER SHOULD BE APPOINTED. YOU HAVE THE RIGHT TO ASK FOR A JURY TO DECIDE WHETHER OR NOT YOU NEED A GUARDIAN TO HELP YOU. YOU HAVE THE RIGHT TO BE PRESENT IN COURT AND TESTIFY WHEN THE HEARING IS HELD TO DECIDE WHETHER OR NOT YOU NEED A GUARDIAN. IF A GUARDIAN IS APPOINTED, YOU HAVE THE RIGHT TO REQUEST THE COURT TO REPLACE THAT PERSON.

(3) All petitions filed under the provisions of this section shall be heard within sixty days unless an extension of time is requested by a party or the guardian ad litem within such sixty day period and granted for good cause shown. If an extension is granted, the court shall set a new hearing date.

NEW SECTION. Sec. 37. A new section is added to chapter 11.94 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 38. A new section is added to chapter 11.95 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 39. A new section is added to chapter 11.95A RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 40. A new section is added to chapter 11.96A RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 41. A new section is added to chapter 11.103 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 42. A new section is added to chapter 13.34 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 43. A new section is added to chapter 13.40 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 44. A new section is added to chapter 13.64 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 45. A new section is added to chapter 18.20 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 46. A new section is added to chapter 18.35 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 47. A new section is added to chapter 18.51 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 48. A new section is added to chapter 18.118 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 49. A new section is added to chapter 18.120 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 50. A new section is added to chapter 19.09 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 51. A new section is added to chapter 19.09 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 52. A new section is added to chapter 19.16 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 53. A new section is added to chapter 19.60 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 54. A new section is added to chapter 19.72 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 55. A new section is added to chapter 19.86 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 56. A new section is added to chapter 19.100 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 57. A new section is added to chapter 19.118 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 58. A new section is added to chapter 19.225 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 59. A new section is added to chapter 19.229 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 60. A new section is added to chapter 19.230 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

**NEW SECTION. Sec. 61.** A new section is added to chapter 21.20 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships, and as references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

**NEW SECTION. Sec. 62.** A new section is added to chapter 21.35 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships, and as references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

**NEW SECTION. Sec. 23.** A new section is added to chapter 23B.08 RCW to read as follows:

For the purposes of this chapter, the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships, and as references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender neutral, and applicable to individuals in state registered domestic partnerships.

[The remainder of this page consists of numerous consecutive "NEW SECTION" provisions of the Washington domestic partnership act, each adding a new section to a specified chapter of the RCW and repeating substantially identical language regarding the interpretation of the terms spouse, marriage, marital, husband, wife, widow, widower, next of kin, and family as applying equally to state registered domestic partnerships, across Sections 61 through 99 and related amendatory sections, continued across all three columns of the page.]

NEW SECTION. Sec. 100. A new section is added to chapter 41.44 RCW to read as follows: For the purposes of this chapter, the terms spouse, marriage, married, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender-neutral, and applicable to individuals in state registered domestic partnerships.

NEW SECTION. Sec. 101. A new section is added to chapter 41.50 RCW to read as follows: For the purposes of this chapter, the terms spouse, marriage, married, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships or individuals in state registered domestic partnerships as well as to marital relationships and married persons, and references to dissolution of marriage shall apply equally to state registered domestic partnerships that have been terminated, dissolved, or invalidated, to the extent that such interpretation does not conflict with federal law. Where necessary to implement this act, gender-specific terms such as husband and wife used in any statute, rule, or other law shall be construed to be gender-neutral, and applicable to individuals in state registered domestic partnerships.

[The page continues with numerous repeating legislative provisions of the same form — "NEW SECTION. Sec. [number]. A new section is added to chapter [number] RCW to read as follows:" — each stating that the terms spouse, marriage, married, husband, wife, widow, widower, next of kin, and family shall be interpreted as applying equally to state registered domestic partnerships, and related definitional text. The individual section and chapter numbers are not legible at this resolution.]

# Preserve Marriage, Protect Children R-71



*"A domestic partnership diverts rights and resources from a family to an unrelated adult. These include benefits for dependent children, end of life decisions by older children for elderly parents, and inheritance rights of all surviving family members, just to name a few. The homosexual community emphasizes the fact that they have biological children, yet no child is ever produced by a same sex relationship. There is always an opposite sex partner involved and they can lose their rights as well. Please support genuine marriage and sign R-71!"*

- Senator Dan Swecker



*"In 2006 the Washington State Supreme Court upheld the legislature's right to ban same sex marriages. The passage of Senate Bill 5688 this year makes same-sex Domestic Partnerships equal to genuine marriage in every practical way. Its passage has essentially overturned our Defense of Marriage Act (DOMA) and thus diminishes the value of traditional marriage between one man and one woman. I urge you to sign R-71 and help us roll back this effort to undermine marriage in Washington State!"*

- Senator Val Stevens

*"Please Defend Marriage By Signing This Petition. SB 5688 was presented as a bill about benefits, yet a day after it was passed, those who sponsored the bill told the Seattle press that it was really part of a long term strategy to re-define marriage and legalize same-sex 'marriage'. The Seattle Times editorial board agreed and said homosexuals should also be given the same 'marriage' as a result of the passage of SB 5688. SB 5688 is the final step. If this bill is allowed to become law, partnerships will be elevated to the level of marriage with no legal difference. The Washington State Defense of Marriage Act (DOMA) will be declared irrelevant and same-sex 'marriage' will be imposed on Washington State through the courts."*

*"SB 5688 is an attempt to deconstruct marriage as it has existed throughout all human history. This unique and exceptional relationship that connects a man and a woman to a child, genetically, is the cornerstone of every successful society in human history and is the master plan of the Creator. There is no other relationship that meets this criteria for marriage. Only natural marriage provides generational sustainability. Please defend marriage by signing the R-71 petition."*

-Gary Randall, President
Faith and Freedom Network
and Foundation



*"At the founding of our country we made the conscious decision to promote marriage between one man and one woman above all other legal unions because of its inherent value to children and society. Signing R-71 will help us preserve that decision for another generation."*

-State Representative Matt Shea



*"SB 5688 was packaged and presented to the legislature as a Domestic Partnerships expansion of benefits. In truth, it will demolish the state's historical understanding and definition of marriage as Washington will immediately become subject to litigation by same-sex partners demanding the courts overturn our state's Defense of Marriage Act and impose "same-sex marriage" (as happened recently in California prior to Proposition 8). By signing Referendum 71, we will bring this society changing measure before the people of Washington State and let them make this monumental decision in November."*

-Larry Stickney, President,
Washington Values Alliance



*"Those who think they can sit this battle out because they believe their values and their children will be safe in a private school or homeschool, need to think again. If the homosexual extremists are allowed to continue down this path, under expanded civil rights and hate crime laws, it will soon be illegal to speak out against homosexual marriage or the dangerous homosexual lifestyle. Please protect the time honored tradition of ancient and modern society- one man, one woman in marriage. Protect the rights of children to have a mother and a father. Please do not hesitate to sign the R-71 petition."*

-Pastor Ken Hutcherson,
Antioch Bible Church

*"Please sign R-71 right away. SB 5688 is bad legislation for marriage, children, the public schools and the economy. It's a back-door way of legislating homosexual marriage without the name--which will be next. That step would legitimize immoral behavior-- forcing many families and their children to leave the public schools, and costing the state millions of dollars on a crazy social experiment. People are free to live with anybody they want- but they don't have the right to change the bedrock of society--marriage- between a man and woman, producing, protecting, and nurturing children. We need to honor and strengthen marriage--not re-define it."*

-Ron Boehme, US Renewal

---

### Before you mail in your petition, make sure to print and sign your name here. Thanks!



(PRINT FIRST NAME)        (PRINT LAST NAME)

swear or affirm under penalty of law that I circulated this sheet of the foregoing petition, and that, to the best of my knowledge, every person who signed this sheet of the foregoing petition knowingly and without any compensation or promise of compensation willingly signed his or her true name and that the information provided therewith is true and correct. I further acknowledge that under chapter 29A.84 RCW, forgery of signatures on this petition constitutes a class C felony, and that offering any consideration or gratuity to any person to induce them to sign a petition is a gross misdemeanor, such violations being punishable by fine or imprisonment or both.



Signature

### Please mail signed petitions to:

## Protect Marriage WA

P.O. Box 501, Arlington, WA 98223   (425) 451-7753
www.ProtectMarriageWA.com   E-mail: R71@ProtectMarriageWA.com

### *Mailing Deadline: July 22nd*

Paid for by Protect Marriage WA P.O. Box 501, Arlington, WA 98223