The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>Defendants. | NO. 09-cv-05456-BHS<br><br>NOTICE OF ADDITIONAL FILING OF DECLARATION OF CATHERINE BLINN |

TO:   STEPHEN PIDGEON, SCOTT BIENIEK, JAMES BOPP, and
      SARAH TROUPIS, Attorneys for Plaintiffs

AND TO:   CLERK OF THE COURT

Notice is hereby given that Defendants are submitting a hard copy of Catherine Blinn's Declaration, which was electronically filed on August 14 in support of Defendants' Response Opposing Motion For Preliminary Injunction. Attached to her Declaration was a scanned copy of Referendum Measure 71 Initiative Petition. However, it is extremely difficult to read

NOTICE OF ADDT'L FILING OF
DECL. OF CATHERINE BLINN
NO. 09-CV-05456-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

electronically, so we are supplying Judge Settle and counsel with full-sized copies of the attachment.

DATED this 18th day of August, 2009.

                ROBERT M. MCKENNA
                Attorney General

                s/ James K. Pharris
                JAMES K. PHARRIS, WSBA #5313
                Deputy Solicitor General
                PO Box 40100
                Olympia, WA 98504-0100
                360-664-3027
                jamesp@atg.wa.gov

NOTICE OF ADDT'L FILING OF
DECL. OF CATHERINE BLINN
NO. 09-CV-05456-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2009, I electronically filed a Notice Of Additional Filing Of Declaration Of Catherine Blinn in the above-referenced case with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

    Stephen Pidgeon, attorney@stephenpidgeon.com
    James Jr Bopp, jboppjr@aol.com
    Scott F. Bieniek, sbieniek@bopplaw.com
    Sarah E. Troupis, stroupis@bopplaw.com

A hard copy of Catherine Blinn's Declaration and attachment will be mailed this date via United States First Class Mail to Judge Settle and counsel as follows:

    The Honorable Benjamin H. Settle
    United States District Court
    Union Station Courthouse
    1717 Pacific Ave., Rm. 3100
    Tacoma, WA  98402

    Stephen Pidgeon
    3002 Colby Ave., Suite 306
    Everett, WA  98201

    Scott Bieniek
    James Bopp
    Sarah Troupis
    Bopp, Coleson & Bostrom
    1 South Sixth Street
    Terre Haute, IN  47807-3510

DATED this 18th day of August, 2009.

                                  s/James K. Pharris
                                  James K. Pharris

NOTICE OF ADDT'L FILING OF
DECL. OF CATHERINE BLINN
NO.  09-CV-05456-BHS

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200