The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>Defendants. | NO. 09-cv-05456-BHS<br><br>[AMENDED PROPOSED]<br><br>ORDER GRANTING DEFENDANTS' MOTION TO JOIN ADDITIONAL PARTIES |

Having considered Defendants' Motion to Join Additional Parties, the Court being fully advised, and good cause shown:

IT IS HEREBY ORDERED that Defendants' Motion to Join Additional Parties is GRANTED; Defendants having demonstrated compelling justification for joining additional parties. The Plaintiffs are directed to serve summons and complaints according to the

[Amended Proposed] ORDER GRANTING DEFS.' MOTION TO JOIN ADDITIONAL PARTIES NO. 09-CV-05456-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  requirements of the Civil Rules on BRIAN MURPHY, TOBY NIXON, ARTHUR WEST,
2  and BRIAN SPENCER, as additional parties defendant, and to file appropriate proof of
3  service with the Court as to each of theses parties.
4      DATED this _____ day of _____, 2009.

_____
Judge Benjamin H. Settle

Presented by:

s/ James K. Pharris
James K. Pharris, WSBA #5313
Deputy Solicitor General
PO Box 40100
Olympia, WA 98504-0100
(360) 664-3027
jamesp@atg.wa.gov

[Amended Proposed] ORDER GRANTING DEFS.' MOTION TO JOIN ADDITIONAL PARTIES NO. 09-CV-05456-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200