# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON,<br><br>Plaintiffs,<br><br>vs.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>Defendants. | No. 3:09-CV-05456-BHS<br><br>**DECLARATION OF SARAH E. TROUPIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>NOTE ON MOTION CALENDAR: September 3, 2009<br><br>The Honorable Benjamin H. Settle<br><br>**ORAL ARGUMENT REQUESTED** |

I, Sarah E. Troupis, make the following declaration pursuant to 28 U.S.C. § 1746:

**1.** I am an attorney at law licensed to practice in the State of Wisconsin. I am an attorney at the law office of Bopp, Coleson & Bostrom in Vigo County, Indiana. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I can and would testify competently thereto.

**2.** A true and correct copy of a Memorandum and Order denying plaintiffs' Motion for Summary Judgment, without prejudice, filed in the case of ProtectMarriage.com v. Bowen, No. 2:09-CV-00058-MCE-DAD (E.D. Cal. June 24, 2009), is attached hereto as Exhibit 1.

**3.** A true and correct copy of an entry on the Tacoma News Tribune website, Peter

**Decl. of Sarah E. Troupis**      **1**      **BOPP, COLESON & BOSTROM**
**(No. 3:09-CV-05456-BHS)**      **1 South Sixth Street**
     **Terre Haute, Indiana 47807-3510**
     **(812) 232-2434**

1  Callaghan, *More on PDC precedence on no requiring full disclosure*, Aug. 12, 2009, (*available
2  at* http://blogs.thenewstribune.com/politics/2009/08/12/more_on_pdc_precedence_on_
3  not_requiring_), is attached hereto as Exhibit 2.

4      **4.**  A true and correct copy of a blog post, John Biscegla, *It Is Time For Violence Against
5  Property*, July 28, 2009 (*website available at* http://gaytaxprotest.blogspot.com), is attached
6  hereto as Exhibit 3. I accessed this blog post on July 29, 2009. It appears to have been taken
7  down since I last accessed it on July 29, 2009, and is no longer available online.

9  I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
10  CORRECT.
11  Executed this 21st day of August, 2009.

13                                                        /s/ Sarah E. Troupis
                                                      Sarah E. Troupis
14                                                        *Counsel for All Plaintiffs*

**Decl. of Sarah E. Troupis**                **2**                BOPP, COLESON & BOSTROM
**(No. 3:09-CV-05456-BHS)**                                                        **1 South Sixth Street**
                                                                                  **Terre Haute, Indiana 47807-3510**
                                                                                                   **(812) 232-2434**

# CERTIFICATE OF SERVICE

1. I, Sarah E. Troupis, am over the age of 18 years and not a party to the above-captioned action. My business address is 1 South Sixth Street; Terre Haute, Indiana 47807-3510.

2. On August 21, 2009, I electronically filed the foregoing document described as Declaration of Sarah E. Troupis in Support of Motion for Preliminary Injunction with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

James K. Pharris
jamesp@atg.wa.gov
*Counsel for Defendants Sam Reed and Brenda Galarza*

3. I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 21st day of August, 2009.

    /s/ Sarah E. Troupis
Sarah E. Troupis
*Counsel for All Plaintiffs*

---

**Decl. of Sarah E. Troupis**     3     **BOPP, COLESON & BOSTROM**
**(No. 3:09-CV-05456-BHS)**             **1 South Sixth Street**
                                        **Terre Haute, Indiana 47807-3510**
                                        **(812) 232-2434**