1

2

3

4

5

6

7

8

9

The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13  JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON,

14

15                                      Plaintiffs,

16      v.

17  SAM REED, in his official capacity as Secretary of the State of Washington, BRENDA

18  GALARZA, in her official capacity as Public Records Officer for the Secretary of State of

19  Washington,

20                                      Defendant.

21

Case No.  09-CV-05456-BHS

[PROPOSED] ORDER GRANTING WASHINGTON COALITION FOR OPEN GOVERNMENT'S MOTION TO INTERVENE

HEARING DATE:  SEPTEMBER 3, 2009
                               2:30 P.M.

22      Having considered the Washington Coalition for Open Government's Motion to Intervene, the

23  Court being fully advised, and good cause shown:

24      IT IS HEREBY ORDERED that the Washington Coalition for Open Government's Motion to

25  Intervene is GRANTED.

26

27

28  [PROPOSED] ORDER GRANTING MOTION TO INTERVENE
NO. 09-CV-05456-BHS - 1

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265

1  **Presented by:**

2  **WITHERSPOON, KELLEY, DAVENPORT**
3      **& TOOLE, P.S.**

4

5  _____
  Duane M. Swinton, WSBA No. 8354 (pro have vice pending)
6  Leslie R. Weatherhead, WSBA No. 11207
  Steven J. Dixson, WSBA No. 38101
7  Attorneys for Intervenor Washington Coalition for
    Open Government

8

9

10    DATED this 3rd day of September, 2009.

11

12

13           _____
          BENJAMIN H. SETTLE
14           UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER GRANTING MOTION TO       WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
   INTERVENE                    A PROFESSIONAL SERVICE CORPORATION
   NO. 09-CV-05456-BHS - 2              ATTORNEYS & COUNSELORS

                                  1100 U.S. BANK BUILDING
                                  422 WEST RIVERSIDE AVENUE
                           SPOKANE, WASHINGTON 99201-0300
                               (509) 624-5265