|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |

The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON, | NO. 09-cv-05456-BHS |
|---|---|
| Plaintiffs, | DEFENDANTS' RESPONSE TO MOTIONS TO INTERVENE OF WASHINGTON COALITION FOR OPEN GOVERNMENT (WCOG) AND WASHINGTON FAMILIES STANDING TOGETHER (WFST) |
| v. |  |
| SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington, |  |
| Defendants. |  |

The Defendants Reed and Galarza support the Motions to Intervene of WCOG (Document No. 36) and WFST (Document No. 43-2) previously filed in this case, for the reasons stated in the Defendants' Motion to Join Additional Parties (Document No. 23) and in the documents filed by WCOG and WFST in support of their respective Motions.

/ / /

Defs. Response to Motions
to Intervene of WCOG and WFST
NO. 09-CV-05456-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  DATED this 31st day of August, 2009.

2

3  ROBERT M. MCKENNA
   Attorney General

4  s/ James K. Pharris
   JAMES K. PHARRIS, WSBA #5313
5  Deputy Solicitor General
   PO Box 40100
6  Olympia, WA  98504-0100
   360-664-3027
7  jamesp@atg.wa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Defs. Response to Motions
to Intervene of WCOG and WFST
NO.  09-CV-05456-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I electronically filed Defendants' Response to Motions to Intervene of Washington Coalition for Open Government (WCOG) and Washington Families Standing Together (WFST) in the above-referenced case with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

> Stephen Pidgeon, attorney@stephenpidgeon.com
> James Jr Bopp, jboppjr@aol.com
> Scott F. Bieniek, sbieniek@bopplaw.com
> Sarah E. Troupis, stroupis@bopplaw.com
> Steven J. Dixson, sjd@wkdtlaw.com
> Ryan McBrayer, RMcBrayer@perkinscoie.com
> Duane M. Swinton, dms@wkdtlaw.com

DATED this 31st day of August, 2009.

s/James K. Pharris
James K. Pharris

Defs. Response to Motions
to Intervene of WCOG and WFST
NO.  09-CV-05456-BHS

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200