# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON,<br><br>　　　　　　　　Plaintiffs,<br>　　vs.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>　　　　　　　　Defendants. | No. 3:09-CV-05456-BHS<br><br>**DECLARATION OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**<br><br>NOTE ON MOTION CALENDAR: September 3, 2009<br><br>The Honorable Benjamin H. Settle<br><br>**ORAL ARGUMENT REQUESTED** |

I, Sarah E. Troupis, make the following declaration pursuant to 28 U.S.C. § 1746:

　　**1.**　I am an attorney at law licensed to practice in the State of Wisconsin. I am an attorney at the law office of Bopp, Coleson & Bostrom in Vigo County, Indiana. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I can and would testify competently thereto.

　　**2.**　A true and correct copy of an email that I sent to James Pharris, counsel for Defendants in this matter, including an attachment to said email, is attached hereto as Exhibit 1.

　　**3.**　This email was sent to Mr. Pharris on the morning of Friday, August 28, 2009.

| | | |
|---|---|---|
| **Decl. of Sarah E. Troupis in Support of Motion for Protective Order**<br>**(No. 3:09-CV-05456-BHS)** | 1 | BOPP, COLESON & BOSTROM<br>1 South Sixth Street<br>Terre Haute, Indiana 47807-3510<br>(812) 232-2434 |

**4.** This email attached a copy of a Draft Protective Order to be discussed between counsel for Plaintiffs and Defendants as contemplated in Plaintiffs' Proposed Order Granting Plaintiffs' Motion for Protective Order.

**5.** As of August 31, 2009, I have not yet heard from Mr. Pharris regarding the Draft Protective Order.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 31st day of August, 2009.

                                            /s/ Sarah E. Troupis
                                            Sarah E. Troupis
                                            *Counsel for All Plaintiffs*

# CERTIFICATE OF SERVICE

I, Sarah E. Troupis, am over the age of 18 years and not a party to the above-captioned action. My business address is 1 South Sixth Street; Terre Haute, Indiana 47807-3510.

On August 31, 2009, I electronically filed the foregoing document described as the Declaration of Sarah E. Troupis in Support of Plaintiffs' Motion for Protective Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

James K. Pharris
jamesp@atg.wa.gov
*Counsel for Defendants Sam Reed and Brenda Galarza*

Steven J. Dixson
sjd@wkdlaw.com
Duane M. Swinton
dms@wkdlaw.com
*Counsel for Proposed Intervenor Washington Coalition for Open Government*

Ryan McBrayer
rmcbrayer@perkinscoie.com
*Counsel for Proposed Intervenor Washington Families Standing Together*

And, pursuant to Fed. R. Civ. P. 5(b)(1) and 5(b)(2)(C), I served the foregoing document by placing a true and correct copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Terre Haute, Indiana, addressed to the following non-CM/ECF participants:

Leslie R. Weatherhead
Witherspoon, Kelley, Davenport & Toole, P.S.
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201-0300
*Counsel for Proposed Intervenor Washington Coalition for Open Government*

Kevin J. Hamilton
William B. Stafford
Perkins Coie, LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
*Counsel for Proposed Intervenor Washington Families Standing Together*

1
2
3
    Arthur West
    120 State Ave NE #1497
    Olympia, WA 98501
    *Proposed Intervenor*[1]

4
5
    I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 31st day of August, 2009.

6
    /s/ Sarah E. Troupis
7
Sarah E. Troupis
*Counsel for All Plaintiffs*

---

[1] A courtesy copy was provided via e-mail to Mr. West at awestaa@gmail.com.

**Decl. of Sarah E. Troupis in**    4    **BOPP, COLESON & BOSTROM**
**Support of Motion for Protective**    **1 South Sixth Street**
**Order**    **Terre Haute, Indiana 47807-3510**
**(No. 3:09-CV-05456-BHS)**    **(812) 232-2434**