1

2

3

4

5

6

7

8

**United States District Court**
**Western District of Washington**

9

**Tacoma Division**

10

| | |
|---|---|
| 11 **John Doe #1**, an individual, **John Doe #2**, an individual, and **Protect Marriage Washington**, | No. 3:09-CV-05456-BHS |
| 12 | The Honorable Benjamin H. Settle |
| 13 Plaintiffs, | **Order Granting Extension of Time** |
| 14 vs. | |
| 15 **Sam Reed**, in his official capacity as Secretary of State of Washington, **Brenda Galarza**, in her official capacity as Public Records Officer for the Secretary of State of Washington, | |
| 16 | |
| 17 Defendants. | |

18

19      This matter is before the Court on the parties' Agreed Motion for Extension of Time.

20   Having reviewed the motion and the arguments in support thereof, the Court finds that an

21   extension of time is warranted in this case, for good cause shown. *See* L.R. 10(g).

22      The motion for an extension of time is hereby GRANTED. The Court's order, dated

23   November 15, 2010 (Dkt. 182), is hereby amended, so that the following deadlines apply. All

24   terms, conditions, and specific instructions contained in the minute order of November 15, 2010

25   (Dkt. 182), other than the dates listed below, continue in full force and are unaltered by this

26   order.

27

28

**Mot. for Extension of Time**                    **1**                    BOPP, COLESON & BOSTROM
**(No. 3:09-CV-05456-BHS)**                                                 **1 South Sixth Street**
                                                                           **Terre Haute, Indiana 47807-3510**
                                                                           **(812) 232-2434**

| | |
|---|---|
| FIVE-DAY BENCH TRIAL, set for 9:00 a.m. | September 27, 2011 |
| All dispositive motions must be filed by | June 29, 2011 |
| Settlement conference, per L.R. 39.1(c)(2), held no later than | July 29, 2011 |
| Mediation, per L.R. 39.1(c), held no later than | August 18, 2011 |
| Letter of compliance, per L.R. 39.1, filed by | August 29, 2011 |
| Motions in limine, filed by | August 22, 2011 |
| Agreed pretrial order, filed by | September 6, 2011 |
| Pretrial conference will be held at 11:00 a.m. on | September 12, 2011 |
| Trial briefs and proposed findings and conclusions due | September 6, 2011 |

IT IS SO ORDERED.

    Dated: January 10, 2011

_____
BENJAMIN H. SETTLE
United States District Judge

Mot. for Extension of Time
(No. 3:09-CV-05456-BHS)

2

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
(812) 232-2434