FILED

JAN 13 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN DOE #1, an individual; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> SAM REED, in his official capacity as Secretary of State of Washington; et al., <br><br> Defendants, <br><br> ARTHUR SCOTT WEST, <br><br> Appellant. | No. 09-35832 <br><br> D.C. No. 3:09-cv-05456-BHS <br> Western District of Washington, Tacoma <br><br> ORDER |

Before: LEAVY, McKEOWN, and BERZON, Circuit Judges.

Appellant's motion for panel and en banc rehearing is construed as a motion for reconsideration of the court's November 1, 2010 order. So construed, the motion for reconsideration is denied. *See* 9th Cir. R. 27-10.

The motion for reconsideration en banc is denied on behalf of the court. *See* 9th Cir. Gen. Ord. 6.11.

No further filings shall be accepted in this closed case.

LSC/MOATT