UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 21 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN DOE #1, an individual; et al.,

      Plaintiffs - Appellees

v.

SAM REED, in his official capacity as Secretary of State of Washington; BRENDA GALARZA, in her official capacity as Public records Officer for the Secretary of State of Washington,

      Defendants

ARTHUR SCOTT WEST, I,

      Appellant

No. 09-35832

D.C. No. 3:09-cv-05456-BHS
U.S. District Court for Western Washington, Tacoma

**MANDATE**

    The judgment of this Court, entered November 01, 2010, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk