1
2
3
4
5
6
7

**United States District Court**
**Western District of Washington**
**Tacoma Division**

| | |
|---|---|
| **John Doe #1**, et al., | No. 3:09-CV-05456-BHS |
| Plaintiffs, | The Honorable Benjamin H. Settle |
| vs. | **[Proposed] Order Granting Over-length Brief** |
| **Sam Reed**, et al., | |
| Defendants. | |

**Mot. for Over-length Brief**     1     **BOPP, COLESON & BOSTROM**
**(No. 3:09-CV-05456-BHS)**     **1 South Sixth Street**
    **Terre Haute, Indiana 47807-3510**
    **(812) 232-2434**

1  This matter is before the Court on Plaintiff' Motion to File Over-length Brief. Having
2 reviewed the motion and the arguments in support thereof, the Court finds that the filing of an
3 over-length brief is warranted in this case, for good cause shown.
4  Plaintiffs' motion to file an over-length brief is hereby GRANTED.

6 IT IS SO ORDERED.

8 Dated: _____, 2011

11  _____
   The Honorable Benjamin H. Settle
12 United States District Court Judge

**Mot. for Over-length Brief**  2  BOPP, COLESON & BOSTROM
**(No. 3:09-CV-05456-BHS)**   1 South Sixth Street
         Terre Haute, Indiana 47807-3510
         (812) 232-2434