UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN DOE #1, et al., <br><br>          Plaintiffs, <br><br>   v. <br><br> SAM REED, et al., <br><br>          Defendants. | CASE NO. C09-5456BHS <br><br> ORDER DENYING PLAINTIFFS' MOTION TO FILE OVERLENGTH MOTION FOR SUMMARY JUDGMENT |

    This matter comes before the court on Plaintiffs' motion to file an overlength summary judgment motion (Dkt. 194). The Court has reviewed the brief filed in favor of the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.[1]

    On June 24, 2011, Plaintiffs moved the Court to permit them to file a 96-page motion for summary judgment. Plaintiffs affirm that 24 of the pages are argument and the balance is purely factual. Plaintiffs concede that 24 pages is the limit set for such motions by the rules.

    While circumstances may exist to warrant an extension beyond what the rules permit, this is not one of them. In accord with the rules, Plaintiffs may file their 24-page motion for summary judgment and accompany that motion with a relevant set of

---

[1] Defendants have not had an opportunity to respond to this brief. However, because of the Court's ruling herein, Defendants need not file a brief either supporting or opposing Plaintiffs' motion (Dkt. 194).

ORDER - 1

1  supporting documents to which their motion refers, e.g., depositions, declarations, and
2  exhibits. Such is the typical and preferred course when dealing with a fact intensive case.
3      Based on the foregoing, the Court **DENIES** Plaintiffs' motion to file an overlength
4  summary judgment motion.
5      DATED this 27th day of June, 2011.

                      BENJAMIN H. SETTLE
                      United States District Judge