Anne Egeler
Deputy Solicitor General
William Clark
Senior Counsel
P.O. Box 40100
Olympia, WA 98504-0100
(360) 753-7085

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JOHN DOE # 1, an individual; JOHN DOE # 2, an individual; and PROTECT MARRIAGE WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State of Washington; and BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>Defendants. | NO. 09-cv-5456-BHS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(PROPOSED) |

BEFORE THE COURT is Defendants' Motion for Summary Judgment. James Bopp Jr., Jared M. Haynie and Stephen Pidgeon appeared on behalf of the Plaintiffs, and Robert M. Mckenna, Attorney General, Anne Egeler, Deputy Solicitor General, and William Clark, Senior Counsel, appeared on behalf of the Defendants. Leslie Weatherhead, Duane Swinton and Steven Dixson appeared on behalf of the Washington Coalition for Open

(PROPOSED) ORDER GRANTING DEFENDANTS' MTN FOR SJ
NO. 09-CV-05456-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  Government.  Kevin Hamilton and William Stafford appeared on behalf of Washington
2  Families Standing Together.
3  Based on an examination of the briefs and supporting documents submitted to the
4  court, and after consideration of argument of counsel, it is established that there is no genuine
5  issue as to any material fact, that Plaintiffs have no claim and that the Defendants are entitled
6  to judgment as a matter of law on Count II of the Plaintiffs' Complaint.
7  IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is
8  GRANTED**.**  Count II of Plaintiffs' Complaint is dismissed, with prejudice.
9  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this order
10  and forward copies to counsel.
11  **DATED** this _____ day of _____, 2011.

  _s/  Benjamin H. Settle_____
  BENJAMIN H. SETTLE
  United States District Judge

(PROPOSED) ORDER GRANTING
DEFENDANTS' MTN FOR SJ
NO.  09-CV-05456-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200