The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>Defendants. | No. 09-cv-05456-BHS<br><br>[PROPOSED] ORDER GRANTING WASHINGTON COALITION FOR OPEN GOVERNMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>NOTE ON MOTION CALENDAR: JUNE 29, 2011 |

Having considered the Washington Coalition of Open Government's Motion for Leave to File Documents Under Seal, and otherwise being fully advised in the premises,

IT IS HEREBY ORDERED that the Washington Coalition for Open Government's Motion for Leave to File Documents Under Seal is hereby GRANTED.

---

[PROPOSED] ORDER GRANTING
WASHINGTON COALITION FOR OPEN
GOVERNMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL 1

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

Presented By:

**WITHERSPOON, KELLEY P.S.**

/s/ Steven J. Dixson
Duane M. Swinton, WSBA No. 8354
Leslie R. Weatherhead, WSBA No. 11207
Steven J. Dixson, WSBA No. 38101
Counsel for Intervenors Washington Coalition for
     Open Government

BENJAMIN H. SETTLE
United States District Judge

[PROPOSED] ORDER GRANTING
WASHINGTON COALITION FOR OPEN
GOVERNMENT'S MOTION TO FILE
DOCUMENTS UNDER SEAL 2



**WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728

**CERTIFICATE OF SERVICE**

1. I, Steven J. Dixson, am a citizen of the United States and a resident of the State of Washington. I am over the age of 18 years and not a party to the within action. I am employed by the law firm of Witherspoon · Kelley, P.S., 422 W. Riverside Avenue, Suite 1100, Spokane, Washington.

2. On the 29th day of June, 2011, I caused to be served upon the parties via the CM/ECF filing system, the [PROPOSED] ORDER GRANTING WASHINGTON COALITION FOR OPEN GOVERNMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL, which system will send notification of such filing to the following:

Stephen Walter Pidgeon, Stephen.pidgeon@comcast.net
James Jr. Bopp, jboppjr@aol.com
Scott F. Bieniek, sbieniek@bopplaw.com
Joseph E. LaRue, jlarue@bopplaw.com
Anne E. Egeler, annee1@atg.wa.gov
Jay Geck, jayg@atg.wa.gov
William Clark, billc2@atg.wa.gov
Kevin J. Hamilton, khamilton@perkinscoie.com
William B. Stafford, wstafford@perkinscoie.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

/s/ Steven J. Dixson, WSBA #38101
Steven J. Dixson

---

[PROPOSED] ORDER GRANTING WASHINGTON COALITION FOR OPEN GOVERNMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL 3

**WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728