THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN DOE #1, an individual; JOHN DOE #2, an individual; and PROTECT MARRIAGE WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State of Washington and BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>Defendants. | No. C:09-cv-05456 BHS<br><br>DECLARATION OF NOEL FRAME IN SUPPORT OF WASHINGTON FAMILIES STANDING TOGETHER'S MOTION FOR SUMMARY JUDGMENT |

I, Noel Frame, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration and am competent to testify. For the past eleven years, I have worked and volunteered on candidate and issue campaigns, and have also worked for a public affairs firm and a national political organization.

2. Since early 2010, I have been employed as Washington State Director at Progressive Majority. Our mission is to recruit, train, and elect progressive candidates at the state and local level. We provide technical assistance to campaigns and bring new people into the political process at all levels.

DECLARATION OF NOEL FRAME (No. C:09-cv-05456 BHS) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71718-0001/LEGAL21194209.2

3. Prior to joining Progressive Majority, I worked for Pyramid Communications and Lake Partners Strategy Consultants. I have also worked on many Democratic campaigns. For example, I worked or volunteered for the following campaigns and candidates: President Obama's 2008 campaign, the 2007 "simple majority" school levy constitutional amendment campaign, John Kerry's 2004 presidential campaign, the Washington State Democratic Party's coordinated campaign with Governor Christine Gregoire's 2004 campaign and subsequent recount and trial, Brian Baird's 2002 campaign, and Al Gore's 2000 campaign. I have also volunteered for a couple of school levy campaigns, and worked for Senator Maria Cantwell and for the Democratic Congressional Campaign Committee. I am currently a board member for The Washington Bus, an organization dedicated to bringing young people into the political process and empowering them through education, civil and cultural engagement, and hands-on democracy.

4. From January 2008 through February 2010, I was a Project Manager at Pyramid Communications. For two months in 2009, I served as a Deputy Campaign Manager for Washington Families Standing Together ("WAFST"), the campaign supporting an "Approve" vote once Referendum 71 qualified for the ballot. I headed up the day-to-day operations for the campaign, including coordinating the steering committee, consultants, partner organizations, and staff. I oversaw the field element of the campaign, including oversight of the field manager and, indirectly, campaign volunteers.

5. Whenever I have worked with campaign volunteers, including Referendum 71 volunteers, it is important to prepare them before they begin work canvassing, manning phone banks, or waving campaign signs in public places. On many occasions, I have held volunteer training sessions in which I "pump up" volunteers to remain positive, even when people slam the door in their face, flip them off, make rude gestures, call them names, say nasty things to them, and so on. I also instruct volunteers to take measures to remain safe, such as canvassing in pairs, and skipping houses that appear unsafe or potentially threatening. Those sorts of experiences are

DECLARATION OF NOEL FRAME (No. C:09-cv-05456 BHS) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71718-0001/LEGAL21194209.2

part of every campaign in which I've ever been involved. I instruct the volunteers that they should expect that some people won't agree with them, and that is just part of the process, and they should be prepared for it.

6. During these candidate and ballot measure campaigns, I have personally read many insulting, threatening, heated, or strongly worded written comments to online newspaper articles or blogs. This isn't unusual; it's par for the course, even when there is not an ongoing campaign on a public issue. For example, I have personally read many such statements on education policy, replacing the Alaskan Way Viaduct in Seattle, and funding for Planned Parenthood, which provides abortion services and health care for women. It doesn't take much effort or time to find a wide variety of overheated, threatening and inappropriate rhetoric on the web on just about any topic.

7. During the campaigns I have worked on, I have stood in busy locations holding a campaign sign with other campaign workers or volunteers. During these events, it has been extremely common for passersby to shout at us from cars, flip us off, give us a thumbs down, or otherwise express their disagreement with us. On the other hand, it is also common for other passersby to show their support by shouting "good job," honk, or give us the thumbs up.

8. I've attended many candidate and campaign rallies, or similar public events that were also attended by counterprotestors carrying signs, shouting, and often attempting to disrupt the event. Just this year, I went to the state capitol in Olympia to attend pro-choice lobby day. Anti-choice protestors also attended the event. Some held signs and tried to block the speakers at the event. At public campaign events and rallies in support of candidates and ballot measures, this sort of conflict happens all the time. Political debate is not for the faint hearted and, in my experience, never has been.

9. In the campaigns I have worked on, I have personally seen numerous campaign signs which were defaced or destroyed. The loss of yard signs is simply a cost of a political campaign and the vast majority of campaigns specifically budget time, money, and volunteers to

DECLARATION OF NOEL FRAME (No. C:09-cv-05456 BHS) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71718-0001/LEGAL21194209.2

replace yard signs defaced, stolen or destroyed. The suggestion that such an occurrence is unusual, threatening, or deserving of special protection is absurd: *every* political campaign faces this sort of behavior. By way of example, in 2002, when I was working for the Baird campaign, I was living in rural Clark County (where I grew up). At a major intersection near my house, the campaign put up a 4x8 campaign sign, as did PDC Commissioner Dave Seabrook (who at the time was running for the state legislature). On several occasions, I found the Baird and Seabrook signs destroyed or defaced, or cut up with boxcutters. We would tape them together with duct tape when possible, and the same thing would happen the next night.

10. In the Referendum 71 campaign, I am certainly aware of incidents where angry phone calls were made to campaign headquarters, and where our volunteers and campaign workers were subjected to offensive, abusive and sometimes threatening language. For example, campaign workers and volunteers were perverts, were the "next Nazi regime", or would be responsible for the end of civilization. I am also aware of incidents where our campaign received written threats and hate mail.

11. Though answering phones was not one of my responsibilities for the Referendum 71 campaign, I recall one of the few occasions where I did happen to answer the phone. A group of men on the line repeatedly told me that our campaign was supporting "faggots" before I hung up. They then called right back to do the same thing as if perhaps I had missed the point on the first call.

12. I also recall reviewing a deeply offensive fundraising letter that the campaign received, which was authored by state Senator Val Stevens. Among other things, it asked "Are the homosexuals finally going to take control of our culture and push their depraved lifestyle on our children and families?" and complained about "[a]ds showing homosexual couples with children trying to appear as normal American families" and that Washington State had made it "illegal for you to rent them a house, or hire them on account of their homosexuality." This letter was so offensive to me that I read it aloud to a roomful of campaign staff and volunteers to both

DECLARATION OF NOEL FRAME (No. C:09-cv-05456 BHS) – 4

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71718-0001/LEGAL21194209.2

motivate them and to prepare them for what they might face. Attached as Exhibit A is a true and correct copy of this letter, available on Protect Marriage Washington's website at http://protectmarriagewa.com/index.php/component/content/article/2-press-releases/195-important-message-from-sen-val-stevens-on-r-71.

13. During campaigns that concern public issues on which people have very passionate views, it is simply par for the course that some people will express their counteropinion forcefully. Some will do it with shouts, hand gestures, defacing signs, counter protests, or rude behavior. Others will disagree more politely.

14. Over my 11 years of campaign work and political consultation, I have never known of a case where written or spoken words, rude gestures, or any other expression of opposition to a campaign later escalated into physically violent behavior. In that regard, though the Referendum 71 campaign was heated, it was no different from the other campaigns on which I've worked. I'm not aware of any instance in which activists on either side of the issue in that campaign suffered physically violent behavior or injury, other than an incident in Thurston County where some of our volunteers who were waving signs were spit on and one was bumped by a moving car.

15. As a Deputy Campaign Manager for WAFST, I am familiar with the election results for R-71. Voters approved R-71 and thus the domestic partnership law by a margin of 53%-47%. 951,822 Washingtonians voted to approve R-71 (and therefore the domestic partnership law), while 838,842 voted to reject it. *Id.* Attached as Exhibit B is a true and correct copy of the election results for R-71, available on the Secretary of State's website at http://vote.wa.gov/Elections/WEI/ResultsByCounty.aspx?ElectionID=32&RaceID=102369&CountyCode=+&JurisdictionTypeID=-2&RaceTypeCode=M&ViewMode=Results.

//

//

//

DECLARATION OF NOEL FRAME (No. C:09-cv-05456 BHS) – 5

71718-0001/LEGAL21194209.2

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

I declare under penalty of perjury under the laws of the United States and State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 29th day of June, 2011.

*Noel Frame*
Noel Frame

DECLARATION OF NOEL FRAME (No. C:09-cv-05456 BHS) – 6

71718-0001/LEGAL21194209.2

Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Phone: 202.654.6200
Fax: 202.654.6211

# CERTIFICATE OF SERVICE

I certify that on June 29, 2011, I electronically filed the foregoing DECLARATION OF NOEL FRAME IN SUPPORT OF WASHINGTON FAMILIES STANDING TOGETHER'S MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record.

James Bopp, Jr.
Jared Haynie *(admitted pro hac vice)*
Joseph E La Rue *(admitted pro hac vice)*
**Bopp Coleson & Bostrom**
1 South Sixth Street
Terre Haute, IN 47807-3510
jboppjr@aol.com
sbieniek@bopplaw.com
jlarue@bopplaw.com

Stephen Walter Pidgeon
3002 Colby Avenue, Suite 306
Everett, WA 98201
stephen.pidgeon@comcast.net

*Attorneys for Plaintiffs*

Duane M Swinton
Leslie R. Weatherhead
Steven Joseph Dixson
**Witherspoon Kelley Davenport & Toole**
422 W Riverside, Ste 1100
Spokane, WA 99201
dms@wkdtlaw.com
lwlibertas@aol.com
sjd@wkdtlaw.com

*Attorneys for Intervenor Washington Coalition for Open Government*

Anne Elizabeth Egeler
James Kendrick Pharris
Jay Douglas Geck
**Attorney General of Washington**
P.O. Box 40100
Olympia, WA 98504-0100
360-753-7085
annee1@atg.wa.gov
jamesp@atg.wa.gov
billc@atg.wa.gov

*Attorneys for Sam Reed and Brenda Galarza*

CERTIFICATE OF SERVICE (No. C:09-cv-05456 BHS) – 1

71718-0001/LEGAL21194209.2

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of June, 2011.

*s/ Kevin J. Hamilton*
Kevin J. Hamilton, WSBA No. 15648
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
WStafford@perkinscoie.com

*Attorneys for Intervenor Washington Families Standing Together*

---

CERTIFICATE OF SERVICE (No. C:09-cv-05456 BHS) – 2

71718-0001/LEGAL21194209.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT A

UPCOMING EVENTS    TALKING POINTS    DONATE NOW

Home    Event Schedule    Latest News    Talking Points    Donate Now    Info for Churches    Video    Endorsements    Contact Us

## Preserving Marriage, Protecting Families

### Important message from Sen. Val Stevens on R-71!

**Could this be the final battle?**



Are the homosexuals finally going to take control of our culture and push their depraved lifestyle on our children and families?

Ballots were mailed last week to over 3 million voters in Washington State asking them to either approve or reject Senate Bill 5688. Passed last spring in the legislature, SB5688 would strip away the protections of traditional marriage that were ensured with the passage of DOMA (Defense of Marriage Act) just a few short years ago.

What kept SB5688 from being signed into law by a very willing governor were a few courageous people who came together to file a referendum to allow the voters to make the final decision - to REJECT this bill.
<u>Frankly, it was nothing short of a miracle that R-71 qualified for the ballot.</u>

Amidst harassment and even death threats by the homosexual radicals pushing this into our faces, just enough signatures were gathered to give you the final say on the upcoming ballot.

And now, we need one more miracle to stay the course and ward off - what could be - the final assault on our families and American culture by the homosexuals.

**You may just be that miracle...**

Do you realize what is going on here? Consider the following:

· In 1970, (on the heels of a "free love" 60's radical culture) sodomy laws were repealed in Washington State, with government turning a blind eye to a behavior commonly considered perversion - and still the case with a majority of Americans.

· Organizations, such as NAMBLA, (North American Man Boy Love Association) appeared on the horizon seeking to repeal "age of consent" laws (NAMBLA is still in business today).

· Various pro-homosexual websites (most now taken down) have shown that homosexuals' real intent is to "normalize" homosexuality - which means pushing the lifestyle through public schools, beginning with elementary school-aged children. They will settle for nothing less than your full-scale acceptance - whether you like it or not!

· After 27 years of relentless pursuit, homosexuals finally received protected class status from the Washington State Legislature in 2006, making it illegal for you

### Upcoming Events

### PDF Downloads
**R-71 Doorbell Flier**
PAGE 1 - PAGE 2

**R-71 Window Sign**

### Latest News
Same-Sex Marriage and the Threat to Religious Liberty

Stop the Trojan Horse!

Referendum (71) Sunday and other campaign news!

Governor OKs domestic partner rights law

### Press Release
Court Prohibits Release of Referendum Petitions

U.S. Supreme Court Returns Petition Signing Case to District Court

Update on R-71 Supreme Court case

Same-Sex Marriage Takes Center Stage at the Supreme Court

### Endorsements
State Leaders Support REJECT R-71 Effort!

Organization & Community Endorsements

### Like it? Share it!

### Mission
The mission of the new PAC is to organize the effort to gather the **120,577 required signatures** for Referendum 71 by **July 25, 2009** to bring the controversial Senate Bill 5688 before the voters of Washington State in November. SB 5688 is a 110 page document which includes the phrase **"marriage shall apply equally to state registered domestic partnerships"** 180 times.

SB 5688 was packaged and presented to the legislature as a Domestic Partnerships expansion of benefits. **In truth, it will demolish the state's historical understanding and definition of marriage** as that of uniting a man and a woman for life as Washington State will immediately become subject to litigation by same-sex partners demanding that the courts overturn the Defense of Marriage Act and impose **"same-sex marriage"** (as happened recently in California prior to Proposition 8).

**Decl. of Noel Frame - 14**

to refuse to rent them a house, or hire them on account of their homosexuality.

· Canada already has laws making it illegal to speak against homosexuality on the streets. Bills exist presently in the U.S. Congress to do the same. In the last few weeks a Canadian church pastor was arrested for speaking against homosexuality.

***Now do you see what's happening?*** Like the proverbial frog who ends up paralyzed and unable to get out of the water as he waits too long and the temperature reaches boiling - the homosexuals have been winning incrementally, taking their time, while we've been asleep at the wheel.

<u>But it's still not too late</u> ... and I want this to be a wake up call.

Knights of Columbus Support REJECT R-71 Effort!

© 2011 Protect Marriage Washington PAC



And I hope you will put up a clarion call to your friends and family and let them know that we are on the verge of losing the battle of our lifetimes if we don't stand up now!

Or ... if we do stand up now ... we're on the verge of victory. It's up to us.

This is a fight we cannot afford to lose - but one we can win now. And the only thing standing in the way of an easy victory on November 3rd is a few miserable dollars to reach the voters with the truth - that silent majority of people who, for whatever reason, won't stand and fight.

To date (you can look it up your self on the Public Disclosure Commission website) the homosexuals have amassed over $1 million to sell this re-invention of marriage to an unwitting population.

That $1 million is in stark contrast to the paltry $60,000 we have raised.

Meanwhile, if we lose on November 3rd, <u>people will approach me on the street and ask me how it happened!?</u>

My reply? "How big was the check you wrote?" (Most will have given nothing... )

We don't have to lose. Every piece of research says that a large majority of people want to see our traditional definition of marriage remain intact. If the election were held before the media began, the homosexuals would lose by 7 to 8 points. That's why they are raising so much money to sell this as something it is not and overcome the deficit.

That's also why it is so very important that we raise enough money to reach voters with the real story and to combat the following:

· **Ads cloaking this as a "fairness" bill - not being about marriage.** *(Senator Murray, one of the bill's homosexual sponsors said marriage is the end game. It is a Trojan horse from homosexuals who seek to overturn thousands of years of sacred family tradition).*

· **Ads showing homosexual couples with children trying to appear as normal American families.** *(The sociological effects of fatherless homes are clear from every study, and from experience as we see the devastation in Scandinavian*

Decl. of Noel Frame - 15

countries where this is rampant. It also continues the objective of the feminization of the male in our society).

- **Ads showing older couples in support of SB5688.** *(Citizens aged 62 and older were included in the bill only to help the homosexual community garner their support. Yet, there is little of consequence in SB-5688 that heterosexual domestic partners 62+ cannot get now from a simple power of attorney. Seniors are being used.)*

<u>Will you stand up now and come to the aid of marriage?</u>

Larry Stickney, who is leading our effort, has put his life on hold to fight this fight on our behalf. His household bills have at times gone unpaid, while he has remained faithful to this cause. Now it's our turn.

As a long time sitting State Senator, I'm asking you to join this fight - a fight easily winnable if we can just reach more people with the message you're reading now. So far, we cannot even afford to buy TV ads at all.

Perhaps you're a miracle person who can give many thousands of dollars for our TV ad campaign. Or, if you're like a lot of us, you can only afford to give $1,000, $500 or less. No matter where you are, or what you can give, every amount large and small will help us save the sacred institution of marriage we hold so dear.

We have faced several defeats on this front in recent years. This is one we can win and set the homosexual agenda back. Will you help us?

Sincerely,

*Val*

State Senator
Val Stevens

P.S. With just two weeks until Election Day, time is running out. Can you stop right now and send your most generous contribution? When you're finished, will you commit to calling at least two friends and asking them to help? The homosexuals are betting you won't. I'm hoping you will. Thank you!

< Prev                    Next >

Decl. of Noel Frame - 16

# EXHIBIT B



Elections

○ ELECTIONS MENU

# November 3, 2009 General

Measures   Legislative   Judicial   Voter Turnout

Export Results

Search



| Total |
|---|
| Approved |
| 951,822 |
| 53.15% |
| Rejected |
| 838,842 |
| 46.85% |

Maps are for illustration purposes only. Election results are not official until certified by county canvassing boards and the Office of the Secretary of State.

| Referendum Measure 71 concerning rights and responsibilities of state-registered domestic partners | | Results Summary | |
|---|---|---|---|
| County | Measure | Vote | Vote % |
| **Adams** | Approved | 763 | 26.66 % |
| Last updated on 11/24 \| 3:00 PM | Rejected | 2,099 | 73.34 % |
| Return to top | Total Votes | 2,862 | 100.00% |
| **Asotin** | Approved | 2,372 | 36.52 % |
| Last updated on 11/24 \| 11:35 AM | Rejected | 4,123 | 63.48 % |
| Return to top | Total Votes | 6,495 | 100.00% |
| **Benton** | Approved | 14,180 | 35.12 % |
| Last updated on 11/24 \| 12:06 PM | Rejected | 26,195 | 64.88 % |
| Return to top | Total Votes | 40,375 | 100.00% |
| **Chelan** | Approved | 7,938 | 39.07 % |
| Last updated on | Rejected | | |

Decl. of Noel Frame - 18

| County | Status | Votes | Percent |
|---|---|---|---|
| | 11/24 \| 1:55 PM | 12,380 | 60.93 % |
| Return to top | Total Votes | 20,318 | 100.00% |
| **Clallam** | Approved | 12,949 | 51.35 % |
| Last updated on 11/24 \| 11:51 AM | Rejected | 12,270 | 48.65 % |
| Return to top | Total Votes | 25,219 | 100.00% |
| **Clark** | Approved | 42,256 | 45.93 % |
| Last updated on 11/24 \| 5:06 PM | Rejected | 49,736 | 54.07 % |
| Return to top | Total Votes | 91,992 | 100.00% |
| **Columbia** | Approved | 572 | 33.16 % |
| Last updated on 11/24 \| 11:24 AM | Rejected | 1,153 | 66.84 % |
| Return to top | Total Votes | 1,725 | 100.00% |
| **Cowlitz** | Approved | 10,955 | 41.58 % |
| Last updated on 11/24 \| 3:41 PM | Rejected | 15,389 | 58.42 % |
| Return to top | Total Votes | 26,344 | 100.00% |
| **Douglas** | Approved | 3,222 | 32.88 % |
| Last updated on 11/24 \| 1:17 PM | Rejected | 6,576 | 67.12 % |
| Return to top | Total Votes | 9,798 | 100.00% |
| **Ferry** | Approved | 928 | 36.90 % |
| Last updated on 11/23 \| 2:23 PM | Rejected | 1,587 | 63.10 % |
| Return to top | Total Votes | 2,515 | 100.00% |
| **Franklin** | Approved | 3,301 | 29.51 % |
| Last updated on 11/24 \| 4:11 PM | Rejected | 7,886 | 70.49 % |
| Return to top | Total Votes | 11,187 | 100.00% |
| **Garfield** | Approved | 205 | 22.68 % |
| Last updated on 11/24 \| 3:13 PM | Rejected | 699 | 77.32 % |
| Return to top | Total Votes | 904 | 100.00% |
| **Grant** | Approved | 5,028 | 28.76 % |

| County | Result | Last updated | Votes | Percent |
|---|---|---|---|---|
| | Rejected | Last updated on 11/24 \| 4:06 PM | 12,454 | 71.24 % |
| | **Total Votes** | Return to top | **17,482** | **100.00%** |
| **Grays Harbor** | Approved | | 8,941 | 46.50 % |
| | Rejected | Last updated on 11/24 \| 1:51 PM | 10,285 | 53.50 % |
| | **Total Votes** | Return to top | **19,226** | **100.00%** |
| **Island** | Approved | | 14,741 | 53.44 % |
| | Rejected | Last updated on 11/24 \| 1:52 PM | 12,844 | 46.56 % |
| | **Total Votes** | Return to top | **27,585** | **100.00%** |
| **Jefferson** | Approved | | 9,280 | 66.03 % |
| | Rejected | Last updated on 11/24 \| 10:21 AM | 4,775 | 33.97 % |
| | **Total Votes** | Return to top | **14,055** | **100.00%** |
| **King** | Approved | | 384,042 | 67.99 % |
| | Rejected | Last updated on 11/24 \| 10:13 AM | 180,821 | 32.01 % |
| | **Total Votes** | Return to top | **564,863** | **100.00%** |
| **Kitsap** | Approved | | 40,400 | 53.81 % |
| | Rejected | Last updated on 11/24 \| 10:10 AM | 34,678 | 46.19 % |
| | **Total Votes** | Return to top | **75,078** | **100.00%** |
| **Kittitas** | Approved | | 4,709 | 44.31 % |
| | Rejected | Last updated on 11/24 \| 4:19 PM | 5,918 | 55.69 % |
| | **Total Votes** | Return to top | **10,627** | **100.00%** |
| **Klickitat** | Approved | | 2,391 | 41.89 % |
| | Rejected | Last updated on 11/24 \| 9:41 AM | 3,317 | 58.11 % |
| | **Total Votes** | Return to top | **5,708** | **100.00%** |
| **Lewis** | Approved | | 7,801 | 33.81 % |
| | Rejected | Last updated on 11/24 \| 9:59 AM | 15,273 | 66.19 % |
| | **Total Votes** | Return to top | **23,074** | **100.00%** |
| **Lincoln** | Approved | | 1,073 | 26.45 % |

**Decl. of Noel Frame - 20**

| County | Result | | Votes | Percent |
|---|---|---|---|---|
| | Last updated on 11/24 \| 12:32 PM | Rejected | 2,984 | 73.55 % |
| | Return to top | Total Votes | 4,057 | 100.00% |
| Mason | | Approved | 8,923 | 48.19 % |
| | Last updated on 11/24 \| 9:08 AM | Rejected | 9,592 | 51.81 % |
| | Return to top | Total Votes | 18,515 | 100.00% |
| Okanogan | | Approved | 4,147 | 38.46 % |
| | Last updated on 11/24 \| 11:52 AM | Rejected | 6,637 | 61.54 % |
| | Return to top | Total Votes | 10,784 | 100.00% |
| Pacific | | Approved | 3,571 | 49.56 % |
| | Last updated on 11/24 \| 9:42 AM | Rejected | 3,634 | 50.44 % |
| | Return to top | Total Votes | 7,205 | 100.00% |
| Pend Oreille | | Approved | 1,367 | 32.05 % |
| | Last updated on 11/24 \| 4:43 PM | Rejected | 2,898 | 67.95 % |
| | Return to top | Total Votes | 4,265 | 100.00% |
| Pierce | | Approved | 82,189 | 47.57 % |
| | Last updated on 11/24 \| 11:49 AM | Rejected | 90,584 | 52.43 % |
| | Return to top | Total Votes | 172,773 | 100.00% |
| San Juan | | Approved | 5,468 | 70.98 % |
| | Last updated on 11/24 \| 12:26 PM | Rejected | 2,236 | 29.02 % |
| | Return to top | Total Votes | 7,704 | 100.00% |
| Skagit | | Approved | 17,969 | 50.83 % |
| | Last updated on 11/24 \| 3:14 PM | Rejected | 17,379 | 49.17 % |
| | Return to top | Total Votes | 35,348 | 100.00% |
| Skamania | | Approved | 1,311 | 46.11 % |
| | Last updated on 11/24 \| 11:29 AM | Rejected | 1,532 | 53.89 % |
| | Return to top | Total Votes | 2,843 | 100.00% |
| Snohomish | | Approved | | |

Decl. of Noel Frame - 21

| County | Result | Votes | Percent |
|---|---|---|---|
| | | 90,340 | 51.20 % |
| Last updated on 11/24 \| 11:35 AM | Rejected | 86,107 | 48.80 % |
| Return to top | Total Votes | 176,447 | 100.00% |
| Spokane | Approved | 52,551 | 39.85 % |
| Last updated on 11/24 \| 4:21 PM | Rejected | 79,314 | 60.15 % |
| Return to top | Total Votes | 131,865 | 100.00% |
| Stevens | Approved | 4,282 | 29.19 % |
| Last updated on 11/24 \| 11:38 AM | Rejected | 10,387 | 70.81 % |
| Return to top | Total Votes | 14,669 | 100.00% |
| Thurston | Approved | 42,807 | 56.67 % |
| Last updated on 11/24 \| 2:59 PM | Rejected | 32,732 | 43.33 % |
| Return to top | Total Votes | 75,539 | 100.00% |
| Wahkiakum | Approved | 668 | 44.86 % |
| Last updated on 11/24 \| 2:57 PM | Rejected | 821 | 55.14 % |
| Return to top | Total Votes | 1,489 | 100.00% |
| Walla Walla | Approved | 6,394 | 39.90 % |
| Last updated on 11/24 \| 11:30 AM | Rejected | 9,633 | 60.10 % |
| Return to top | Total Votes | 16,027 | 100.00% |
| Whatcom | Approved | 31,720 | 53.47 % |
| Last updated on 11/24 \| 5:01 PM | Rejected | 27,598 | 46.53 % |
| Return to top | Total Votes | 59,318 | 100.00% |
| Whitman | Approved | 4,738 | 45.06 % |
| Last updated on 11/24 \| 4:51 PM | Rejected | 5,776 | 54.94 % |
| Return to top | Total Votes | 10,514 | 100.00% |
| Yakima | Approved | 15,330 | 34.94 % |
| Last updated on 11/24 \| 11:15 AM | Rejected | 28,540 | 65.06 % |
| Return to top | Total Votes | 43,870 | 100.00% |

Decl. of Noel Frame - 22

| Total | Approved | 951,822 | 53.15 % |
|---|---|---|---|
| Last updated on 11/24 \| 5:06 PM | Rejected | 838,842 | 46.85 % |
| Return to top | Total Votes | 1,790,664 | 100.00% |

Address Confidentiality | Apostilles | Archives | Charitable Trusts & Solicitations | Corporations | Digital Signatures
Elections & Voting | International Trade | Library | Medals of Merit & Valor | News Releases | Oral History | Productivity Board
State Flag | State Seal | Washington History

Washington Secretary of State
520 Union Ave SE
PO Box 40229, Olympia WA 98504-0229
(360) 902-4180

Phone Numbers | Privacy Policy | Accessibility



Decl. of Noel Frame - 23