**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

|  |  |
|---|---|
| Plaintiff(s),<br><br>v.<br><br><br>Defendant(s), | Case No.<br><br>**NOTICE OF FILING PAPER MATERIALS
WITH THE CLERK** |

is being filed in paper form with the Clerk's Office for the Western District of Washington. The document will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

DATED this          day of                    ,

_____

(Name and address of filer, with telephone number and e-mail)

NOTICE OF FILING PAPER MATERIALS WITH THE CLERK