1

2

3

4

5

6

7                                                          The Honorable Benjamin H. Settle

8                    **UNITED STATES DISTRICT COURT**
9                   **WESTERN DISTRICT OF WASHINGTON**
                              **AT TACOMA**
10

11   JOHN DOE #1, an individual, JOHN
     DOE #2, an individual, and PROTECT
12   MARRIAGE WASHINGTON,                         NO.  09-cv-05456-BHS

13                      Plaintiffs,

14            v.

15   SAM REED, in his official capacity as               **NOTICE OF WITHDRAWAL**
     Secretary of State of Washington,
16   BRENDA GALARZA, in her official
17   capacity as Public Records Officer for the
     Secretary of State of Washington,
18
19                      Defendants.

20

21   TO:          Counsel of Record

22   AND TO:      Clerk of Court

23         PLEASE TAKE NOTICE that James K. Pharris, Deputy Solicitor General, hereby

24   withdraws from the above-entitled action.

25

26

1    RESPECTFULLY SUBMITTED this 5th day of July, 2011.

2

3                                    ROBERT M. MCKENNA

4                                    Attorney General

5

6                                    s/ James K. Pharris

                                     James K. Pharris, WSBA 5313

7                                    Deputy Solicitor General

                                     PO Box 40100

8                                    Olympia, WA  98504-0100

                                     (360) 664-3027

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF WITHDRAWAL                    2                    ATTORNEY GENERAL OF WASHINGTON
NO.  09-CV-05456-BHS                                                  1125 Washington Street SE
                                                                            PO Box 40100
                                                                        Olympia, WA 98504-0100
                                                                           (360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing Notice of Withdrawal with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Scott F. Bieniek, sbieniek@bopplaw.com

James Bopp, Jr , jboppjr@aol.com

Joseph La Rue, jlarue@bopplaw.com

Stephen Pidgeon, stephen.pidgeon@comcast.net

Steven Dixson, sjd@wkdtlaw.com, collettr@wkdtlaw.com

Duane Swinton, dms@wkdtlaw.com

Leslie Weatherhead, lwlibertas@aol.com, emilyr@wkdtlaw.com, janetj@wkdtlaw.com

Anne Egeler, annee1@atg.wa.gov, sgoolyef@atg.wa.gov

William Clark, billc2@atg.wa.gov

James Pharris, jamesp@atg.wa.gov, sgoolyef@atg.wa.gov

William Stafford, wstafford@perkinscoie.com

Ryan McBrayer, rmcbrayer@perkinscoie.com, nreynolds@perkinscoie.com, docketsea@perkinscoie.com

Kevin Hamilton, khamilton@perkinscoie.com, canderson@perkinscoie.com, docketsea@perkinscoie.com

Jared M. Haynie, jhaynie@bopplaw.com, thehaynies@gmail.com

I declare under the penalty of perjury under the laws of the State of Washington that the above is true and correct.  Executed this 5th day of July, 2011.

s/ James K. Pharris
James K. Pharris

NOTICE OF WITHDRAWAL
NO.  09-CV-05456-BHS

3