The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>Defendants. | NO. 09-cv-05456-BHS<br><br><br>**NOTICE OF APPEARANCE** |

TO:        Counsel of Record

AND TO:    Clerk of Court

PLEASE TAKE NOTICE that William G. Clark, Senior Counsel, hereby enters his appearance as attorney for Defendants Sam Reed and Brenda Galarza in the above-entitled action.

NOTICE OF APPEARANCE
NO. 09-CV-05456-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

RESPECTFULLY SUBMITTED this 5th day of July, 2011.

ROBERT M. MCKENNA
Attorney General

s/ William G. Clark
William G. Clark, WSBA #9234
Senior Counsel
800 5th Avenue Ste 2000
Seattle, WA  98104-3188
(206) 389-2794
billc2@atg.wa.gov

NOTICE OF APPEARANCE
NO.  09-CV-05456-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Scott F. Bieniek, sbieniek@bopplaw.com

James Bopp, Jr , jboppjr@aol.com

Joseph La Rue, jlarue@bopplaw.com

Stephen Pidgeon, stephen.pidgeon@comcast.net

Steven Dixson, sjd@wkdtlaw.com, collettr@wkdtlaw.com

Duane Swinton, dms@wkdtlaw.com

Leslie Weatherhead, lwlibertas@aol.com, emilyr@wkdtlaw.com, janetj@wkdtlaw.com

Anne Egeler, annee1@atg.wa.gov, sgoolyef@atg.wa.gov

William Clark, billc2@atg.wa.gov

James Pharris, jamesp@atg.wa.gov, sgoolyef@atg.wa.gov

William Stafford, wstafford@perkinscoie.com

Ryan McBrayer, rmcbrayer@perkinscoie.com, nreynolds@perkinscoie.com, docketsea@perkinscoie.com

Kevin Hamilton, khamilton@perkinscoie.com, canderson@perkinscoie.com, docketsea@perkinscoie.com

Jared M. Haynie, jhaynie@bopplaw.com, thehaynies@gmail.com

I declare under the penalty of perjury under the laws of the State of Washington that the above is true and correct.  Executed this 5th day of July, 2011.

s/ William G. Clark
William G. Clark

NOTICE OF APPEARANCE
NO.  09-CV-05456-BHS

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200