The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON,<br><br>      Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>      Defendants. | No. 09-cv-05456-BHS<br><br>ORDER GRANTING WASHINGTON COALITION FOR OPEN GOVERNMENT'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>NOTE ON MOTION CALENDAR: JUNE 29, 2011 |

  Having considered the Washington Coalition of Open Government's unopposed Motion for Leave to File Documents Under Seal, and otherwise being fully advised in the premises,

  IT IS HEREBY ORDERED that the Washington Coalition for Open Government's unopposed Motion for Leave to File Documents Under Seal is hereby GRANTED.

ORDER GRANTING WASHINGTON
COALITION FOR OPEN GOVERNMENT'S
MOTION TO FILE DOCUMENTS UNDER
SEAL 1



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100 Phone: 509.624.5265
Spokane, Washington 99201-0300 Fax: 509.458.2728

DATED this 11th day of July, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

**Presented By:**

**WITHERSPOON, KELLEY P.S.**

/s/ Steven J. Dixson_____
Duane M. Swinton, WSBA No. 8354
Leslie R. Weatherhead, WSBA No. 11207
Steven J. Dixson, WSBA No. 38101
Counsel for Intervenors Washington Coalition for Open Government

ORDER GRANTING WASHINGTON COALITION FOR OPEN GOVERNMENT'S MOTION TO FILE DOCUMENTS UNDER SEAL 2



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728