THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>Defendantss. | No. 3:09-CV-05456-BHS<br><br>DECLARATION OF WILLIAM B. STAFFORD REGARDING INTERVENOR WASHINGTON FAMILIES STANDING TOGETHER'S MOTION FOR SUMMARY JUDGMENT |

# FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (DOCKET NO. 181)

DECL. OF W. STAFFORD RE WAFST'S
MOTION FOR SUMMARY JUDGMENT (No.
3:09-CV-05456-BHS) – 1
71718-0001/LEGAL21196059.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

I, William B. Stafford, declare as follows:

1. I am an attorney with Perkins Coie LLP, counsel for Intervenor Washington Families Standing Together ("WAFST") in this lawsuit. I have personal knowledge of the facts set forth in this declaration and am competent to testify to them.

2. On August 27, 2010, Plaintiffs' counsel provided a revised version of Plaintiffs' Confidential Witness List to counsel for other parties in this matter, which identified 19 witnesses, including five individuals identified as John Does #1-5 (respectively:

3. On October 15, 2010, defendants and intervenors took the deposition of

Attached as Exhibit A is a true and correct copy of excerpts of that deposition.

4. On September 15, 2010, defendants and intervenors took the deposition of

. Attached as Exhibit B is a true and correct copy of excerpts of that deposition.

5. On September 24, 2010, defendants and intervenors took the deposition of

Attached as Exhibit C is a true and correct copy of excerpts of that deposition.

6. On September 1, 2010, defendants and intervenors took the deposition of

Attached as Exhibit D is a true and correct copy of excerpts of that deposition.

7. On September 1, 2010, defendants and intervenors took the deposition of

Attached as Exhibit E is a true and correct copy of excerpts of that deposition.

8. On October 7, 2010, defendants and intervenors took the deposition of

Attached as Exhibit F is a true and correct copy of excerpts of that deposition.

9. On September 23, 2010, defendants and intervenors took the deposition of

Attached as Exhibit G is a true and correct copy of excerpts of that deposition.

10. On October 7, 2010, defendants and intervenors took the deposition of

Attached as Exhibit H is a true and correct copy of excerpts of that deposition.

DECL. OF W. STAFFORD RE WAFST'S
MOTION FOR SUMMARY JUDGMENT (No.
3:09-CV-05456-BHS)–2
71718-0001/LEGAL21196059.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

11. On September 13, 2010, defendants and intervenors took the deposition of . Attached as Exhibit I is a true and correct copy of excerpts of that deposition.

12. On September 13, 2010, defendants and intervenors took the deposition of Attached as Exhibit J is a true and correct copy of excerpts of that deposition.

13. On September 15, 2010, defendants and intervenors took the deposition of Attached as Exhibit K is a true and correct copy of excerpts of that deposition.

14. On October 1, 2010, defendants and intervenors took the deposition of Attached as Exhibit L is a true and correct copy of excerpts of that deposition.

15. On September 24, 2010, defendants and intervenors took the deposition of . Attached as Exhibit M is a true and correct copy of excerpts of that deposition.

16. On September 24, 2010, defendants and intervenors took the deposition of Attached as Exhibit N is a true and correct copy of excerpts of that deposition.

17. On September 22, 2010, defendants and intervenors took the deposition of Attached as Exhibit O is a true and correct copy of excerpts of that deposition.

18. On September 22, 2010, defendants and intervenors took the deposition of Attached as Exhibit P is a true and correct copy of excerpts of that deposition.

19. On September 27, 2010, defendants and intervenors took the deposition of Attached as Exhibit Q is a true and correct copy of excerpts of that deposition.

20. On September 23, 2010, defendants and intervenors took the deposition of Attached as Exhibit R is a true and correct copy of excerpts of that deposition.

21. On August 26, 2010, defendants served a Request for Production of Documents on plaintiffs. Defendants sought all documents "relating to any alleged harassment, threat or retaliation relating directly or indirectly to [Referendum 71] . . . " Plaintiffs provided their written response to defendants' discovery request on September 21, 2010. Attached as Exhibit S

DECL. OF W. STAFFORD RE WAFST'S
MOTION FOR SUMMARY JUDGMENT (No.
3:09-CV-05456-BHS)–3
71718-0001/LEGAL21196059.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

is a true and correct copy of plaintiffs' response to defendants' Request for Production of Document.

22. Plaintiffs produced 1,542 Bates numbered pages of documents and audio files of voice messages in response to defendants' discovery request. I have reviewed Plaintiffs' production. It consists largely of newspaper articles and printouts of websites and blog posts regarding the Proposition 8 campaign in California and the Referendum 71 campaign in Washington. Most of the rest of the production consists of communications between Plaintiffs' counsel and the John Doe declarants regarding preparation of the John Doe declarations and emails to Larry Stickney.

23. In his deposition testimony, _____ indicated that he sent an email solicitation to Referendum 71 petition signers whose email addresses he retained, asking them to share their experiences of harassment. _____ could not recall whether any Referendum 71 petition signers responded, but confirmed that any such responses would have been provided in Plaintiffs' production. I have reviewed Plaintiffs' production. Plaintiffs' production does not appear to contain any emails responding to _____ solicitation in which a person indicates he or she was harassed because he or she signed the R-71 petition.

24. On April 28, 2010, the United States Supreme Court heard oral argument in this matter. Attached as Exhibit T is a true and correct copy of excerpts of that oral argument.

25. Since the November 2009 General Election in which Washington voters approved R-71, many of the individuals on Plaintiffs' confidential witness list have referenced their participation in this lawsuit, their support for placing Referendum 71 on the ballot, or their opposition to same-sex marriage and/or gay rights.

26. Attached as Exhibit U is a true and correct copy of a blog post by

DECL. OF W. STAFFORD RE WAFST'S
MOTION FOR SUMMARY JUDGMENT (No. 3:09-CV-05456-BHS)–4
71718-0001/LEGAL21196059.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

27.     Attached as Exhibit V is a true and correct copy of an April 28, 2010, blog post

28.     Attached as Exhibit W is a true and correct copy of an "Interactive Resume" of

29.     Attached as Exhibit X is a true and correct copy of a newspaper article published in the                           , which states that

30.     Attached as Exhibit Y is a true and correct copy of the Senate Bill Report for E2SHB 1267, a bill considered by the Washington State Legislature in the 2010-2011 session,

31.     Attached as Exhibit Z is a true and correct copy of an August 18, 2010, article appearing in the                    and authored by

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED at Seattle, Washington, this 29th day of June, 2011.

*s/ William B. Stafford, WSBA #39849*
William B. Stafford, WSBA #398

DECL. OF W. STAFFORD RE WAFST'S
MOTION FOR SUMMARY JUDGMENT (No.
3:09-CV-05456-BHS)–5
71718-0001/LEGAL21196059.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on June 29, 2011, I electronically filed the foregoing DECLARATION OF WILLIAM B. STAFFORD REGARDING INTERVENOR WASHINGTON FAMILIES STANDING TOGETHER'S MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record.

James Bopp, Jr.
Jared Haynie *(admitted pro hac vice)*
Joseph E La Rue *(admitted pro hac vice)*
**Bopp Coleson & Bostrom**
1 South Sixth Street
Terre Haute, IN 47807-3510
jboppjr@aol.com
sbieniek@bopplaw.com
jlarue@bopplaw.com

Stephen Walter Pidgeon
3002 Colby Avenue, Suite 306
Everett, WA 98201
stephen.pidgeon@comcast.net

*Attorneys for Plaintiffs*

Duane M Swinton
Leslie R. Weatherhead
Steven Joseph Dixson
**Witherspoon Kelley Davenport & Toole**
422 W Riverside, Ste 1100
Spokane, WA 99201
dms@wkdtlaw.com
lwlibertas@aol.com
sjd@wkdtlaw.com

*Attorneys for Intervenor Washington Coalition for Open Government*

Anne Elizabeth Egeler
James Kendrick Pharris
Jay Douglas Geck
**Attorney General of Washington**
P.O. Box 40100
Olympia, WA 98504-0100
360-753-7085
annee1@atg.wa.gov
jamesp@atg.wa.gov
billc@atg.wa.gov

*Attorneys for Sam Reed and Brenda Galarza*

CERTIFICATE OF SERVICE (No. C:09-cv-05456 BHS) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71718-0001/LEGAL21196059.1

1-51 in left margin

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of June, 2011.

*s/ Kevin J. Hamilton*
Kevin J. Hamilton, WSBA No. 15648
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
WStafford@perkinscoie.com

*Attorneys for Intervenor Washington Families Standing Together*

CERTIFICATE OF SERVICE (No. C:09-cv-05456 BHS) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71718-0001/LEGAL21196059.1