The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>Defendants. | NO. 09-cv-05456-BHS<br><br>DECLARATION OF ANNE EGELER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>NOTED ON MOTION CALENDAR:<br><br>JULY 22, 2011<br><br>ORAL ARGUMENT REQUESTED |

I, Anne Egeler, declare as follows:

1. I am an attorney for the Defendants, Secretary of State Sam Reed and Brenda Galarza. I have personal knowledge of the facts set forth in this declaration and am competent to testify to them.

2. Attached as Exhibit 1 are pages 1, 20-21, 47-48, and 62 of the deposition transcript of REDACTED. The sections referenced in the Defendants'

DECLARATION OF EGELER
NO. 09-CV-05456-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Motion for Summary Judgment have been marked, pursuant to Local Civil Rule 10(e)(10).

3. Attached as Exhibit 2 are pages 1, 30-32, and 52 of the deposition transcript of REDACTED. The sections referenced in the Defendants' Motion for Summary Judgment have been marked, pursuant to Local Civil Rule 10(e)(10).

4. Attached as Exhibit 3 are pages 1, 28-30, and 65 of the deposition transcript of REDACTED. The sections referenced in the Defendants' Motion for Summary Judgment have been marked, pursuant to Local Civil Rule 10(e)(10).

5. Attached as Exhibit 4 are pages 1, 17-23, 34-35, 37-38, 41-42, 46-57, and 64 of the deposition transcript of REDACTED (John Doe #4). The sections referenced in the Defendants' Motion for Summary Judgment have been marked, pursuant to Local Civil Rule 10(e)(10).

6. Attached as Exhibit 5 are pages 1, 16-18, 32-35, 53, 56-57, 59-64, 80-83, 86, 91-93, and 141 of the deposition transcript of REDACTED. The sections referenced in the Defendants' Motion for Summary Judgment have been marked, pursuant to Local Civil Rule 10(e)(10).

7. Attached as Exhibit 6 are pages 1, 8-9, 19-20, 24-28, 35-36, 50-54, 66, 68-69 and 124 of the deposition transcript of REDACTED. The sections referenced in the Defendants' Motion for Summary Judgment have been marked, pursuant to Local Civil Rule 10(e)(10).

8. Attached as Exhibit 7 are pages 1, 17-24, 30-31, 41-42, and 123 of the deposition transcript of REDACTED. The sections referenced in the

DECLARATION OF EGELER
NO. 09-CV-05456-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Defendants' Motion for Summary Judgment have been marked, pursuant to Local Civil Rule 10(e)(10).

9. Attached as Exhibit 8 are pages 1, 44-54 and 156 of the deposition transcript of REDACTED. The sections referenced in the Defendants' Motion for Summary Judgment have been marked, pursuant to Local Civil Rule 10(e)(10).

10. Attached as Exhibit 9 are pages 1, 40-42, 47-48, 54-56, 86-91 and 101 of the deposition transcript of REDACTED (John Doe #5). The sections referenced in the Defendants' Motion for Summary Judgment have been marked, pursuant to Local Civil Rule 10(e)(10).

11. Attached as Exhibit 10 are pages 1, 21-22, 25-30, 32, and 40 of the deposition transcript of REDACTED The sections referenced in the Defendants' Motion for Summary Judgment have been marked, pursuant to Local Civil Rule 10(e)(10).

12. Attached as Exhibit 11 are pages 1, 83-84 and 107 of the deposition transcript of REDACTED . The sections referenced in the Defendants' Opposition To Plaintiffs' Renewed Motion For Protective Order have been marked, pursuant to Local Civil Rule 10(e)(10).

DATED this 29th day of June, 2011.

ROBERT M. MCKENNA
Attorney General

ANNE E. EGELER, WSBA #20258
Deputy Solicitor General
PO Box 40100
Olympia, WA  98504-0100
(360)753-7085

DECLARATION OF EGELER
NO. 09-CV-05456-BHS

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed under seal the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Scott F. Bieniek, sbieniek@bopplaw.com

James Bopp, Jr , jboppjr@aol.com

Joseph La Rue, jlarue@bopplaw.com

Stephen Pidgeon, stephen.pidgeon@comcast.net

Steven Dixson, sjd@wkdtlaw.com, collettr@wkdtlaw.com

Duane Swinton, dms@wkdtlaw.com

Leslie Weatherhead, lwlibertas@aol.com, emilyr@wkdtlaw.com, janetj@wkdtlaw.com

Anne Egeler, annee1@atg.wa.gov, sgoolyef@atg.wa.gov

William Clark, billc2@atg.wa.gov

James Pharris, jamesp@atg.wa.gov, sgoolyef@atg.wa.gov

William Stafford, wstafford@perkinscoie.com

Ryan McBrayer, rmcbrayer@perkinscoie.com, nreynolds@perkinscoie.com, docketsea@perkinscoie.com

Kevin Hamilton, khamilton@perkinscoie.com, canderson@perkinscoie.com, docketsea@perkinscoie.com

Jared M. Haynie, jhaynie@bopplaw.com, thehaynies@gmail.com

I declare under the penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed this 29th day of June, 2011.

s/ Anne Egeler
Anne Egeler

DECLARATION OF EGELER
NO. 09-CV-05456-BHS

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200