1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

JOHN DOE # 1, an individual; JOHN
DOE # 2, an individual; and PROTECT
MARRIAGE WASHINGTON,

Plaintiffs,

v.

SAM REED, in his official capacity as
Secretary of State of Washington; and
BRENDA GALARZA, in her official
capacity as Public Records Officer for the
Secretary of State of Washington,

Defendants.

NO.  09-cv-5456-BHS

DECLARATION OF
DETECTIVE ALLAN JENSEN
 IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT

I, Allan Jensen, declare as follows:

1.  I am over eighteen years of age and competent to testify. I have been employed by

the Bellingham Police Department for 33 years.

2.  In my capacity as a Detective with the Bellingham Police Department I have

personal knowledge of the following information.

3.   Attached to this Declaration as Exhibit A is a true scanned copy of a Bellingham Police Department case report, dated August 11, 2009.   The information contained in the original report is identical to the scanned copy.

4.   I personally wrote the case report contained in Exhibit A.

5.   I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct and of my own knowledge, and that I executed this declaration at Bellingham, Washington, in the County of Whatcom, this _____ day of June, 2011.

Detective Allan Jensen

# EXHIBIT  A

# Bellingham Police Department
*Longarm Case Report*

Page 1 of 4

---

## 09B29967 THREATS

HEADER

| Primary | Author: JENSEN, ALLAN | Appvd: 104 |

Location: 1207 JERSEY ST

Date Reported: Aug 11 2009 11:00AM          Discovered:

Last Secured:

Press Summary:

Report of possible threats made via the Internet.

09B299~~~   Oct. 20. 2010  2:38PM   Bellingham Police Rec~ce Department   No. 8368~tobe~P. 4 2010
Page 2 of 4                                    *Longarm Case Report*

# 09B29967 THREATS                                          ASSOCIATES

**Primary**            Author:  **JENSEN, ALLAN**       Rpt date:   **Aug 11, 2009  11:00AM**      Appvd:  **104**

---

**S1   BISCEGLIA, JOHN TIMOTHY**
    Age: 43    Sex: M    Race: W    Ht: 506    Wt: 160    DOB: Sep 13, 1965
    SSN: 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    Drivers: BISCEJT352OL    Lic. St: WA    Eyes: BRO    Hair:
  Res Address: 8653 GOLDEN VALLEY DR          City:  MAPLE FALLS      State: WA      Zip:  98266
  Bus Address:                               City:                  State: WA      Zip:
  Res Phone:                    Bus Phone:
  Cell Phone: (360) 325-8015
    AKA's:
  Features:

---

**V1       REDACTED**
    Age:        Sex: M    Race: W    Ht:       Wt:        DOB:
    SSN:                    Drivers:          Lic. St:      Eyes:        Hair:
  Res Address:                               City:  Arlington      State: WA      Zip:
  Bus Address:                               City: .                State:         Zip:
  Res Phone: (360) REDACTED   Bus Phone:
  Cell Phone:
    AKA's:
  Features:

**Bellingham Police Department**

*Longarm Case Report*

Page 3 of 4

# 09B29967 THREATS

NARRATIVE

| Primary | Author: JENSEN, ALLAN | Rpt date: Aug 11, 2009 11:00AM | Appvd: 104 |
|---------|----------------------|-------------------------------|------------|

I was contacted by Dep Chief Doll concerning some possible threats that had been posted on the Internet at a site gaytaxprotest.blogspot.com. The threats were directed at people involved in the current Referendum 71 campaign and had possibly originated in Bellingham. I was also advised that a complaint about these threats had been filed with the sheriffs department. I contacted Spencer Kope at WCSO and inquired about the complaint and he forwarded me an email that Sheriff Elfo had received from Snohomish County Sheriff John Lovick, dated May 10, 2009. The email was from REDACTED (C1) who is the president of the REDACTED and had REDACTED Referendum 71. REDACTED (C1) indicated that he had received an email from JOHN BISCEGLIA (S1) in this email made the statement " I am asking everyone I know this question, straight or gay, as a DEVILS ADVOCATE - Should We Begin Harming Those Who Harm Us? REDACTED (C1) indicated that he felt that JOHN BISCEGLIA (S1) appeared to be promoting some type of violent payback for those who disagree with his views on homosexual issues and noted that he mentions his children, his family and his home in Arlington and blames REDACTED (C1) for some of his personal suffering. According to REDACTED (C1) one of the messages that mentioned him by name had been pulled from the blog because it violated their posting policy which forbids hate and threats of violence. REDACTED (C1) asked that the Snohomish County Sheriffs office look into the situation. Since JOHN BISCEGLIA (S1) lived in Bellingham, the complaint was forwarded to WCSO by Snohomish County.

A copy of the original email from REDACTED (C1) is attached which also has the links and web sites noted.

On 8-11-08 I went to the web address gaytaxprotest.blogspot.com and reviewed the posting. There were a number of postings making reference to Referendum 71 and JOHN BISCEGLIA (S1) disapproval with this issue being put to a vote. I could not locate any of the postings noted in the email from REDACTED (C1) and none of the postings that I read indicated any direct threat to REDACTED (C1) or any other person.

On 8-11-09 at 1457 hours an anonymous tip was left on the police department tip line. The tip read as follows: Below is a link to a recent 8-11-09 Bellingham Herald story, in which an individual threatens violence against churches and gov't property, etc. for his deluded anger against people that he thinks support a recent R-71 petition, which seeks to overturn a recent WA State leg. and Gov passing of a gay rights bill. This in not tip to be for or against this initiative, but rather to point out that this blogger, named JOHN BISCEGLIA (S1) of Bellingham is making felony threats. I urge BPD to contact this man and investigate. He is obviously mentally unstable and dangerous. View his blog at gaytaxprotest.blogspot.com/2009/08/gays-who-make-sense. Thank you very much for your time, and I wish you luck. Sincerely, a concerned citizen.

A news article was published on 8-11 on the on line Bellingham Herald and on 8-12 in printed edition of the paper. A copy of this news article is also attached to this report and contains quotes from JOHN BISCEGLIA (S1).

On 8-12-09 I contacted REDACTED (C1) by telephone concerning the complaint he had filed. I explained to him that the information had gone from the Snohomish County Sheriff to the Whatcom County Sheriff in May of this year, but had inadvertently not been forward to our department until yesterday, thus the delay in contacting him. REDACTED (C1) explained that he was very concerned over the nature of these threats and the fact that JOHN BISCEGLIA (S1) had mentioned him by name in the postings and had identified that he lived in Arlington. He said that since this occurred, he has been receiving harassing telephone calls and has observed unknown persons standing outside of his residence taking photos. REDACTED (C1) said that even though some of the blog posting with the threats have been removed from the web, he was still very concerned for his and his families safety. REDACTED (C1) indicated that he had copies of all of the blog posting and offered to send those documents to via email.

I received from REDACTED (C1) copies of his original email to Snohomish County SO and a copy of a letter and attachments that were submitted to the Public Disclosure Commission in Olympia by Attorney Stephen Pidgeon. This letter was a request for an emergency hearing for suspension or modification of the

09B29Oct. 20. 2010  2:39PM   Bellingham Police Rec.   No. 8368   P. 6

**Bellingham Police Department**

*Longarm Case Report*

Page 4 of 4

reporting requirements of the donors to Protect Marriage Washington and the Referendum 71 campaign. The bases of this request were the threats made by JOHN BISCEGLIA (S1). In this letter, it specifically quotes and August 3, 2009 posting by JOHN BISCEGLIA (S1) which stated: I advocate using violence against the property of ALL of those who are working tirelessly to HURT my family; starting with churches and government property. Government is enabling a vote on whether or not I ' should be allowed" to see my husband while he is dying in the hospital - any NORMAL man would be driven to get a gun and kill those who tried such evil cruelty against his loved ones. Copies of the letter and its attachment are included with this report.

On this date I attempted to log onto the blog site to again review the postings. I found that since yesterday the blog site has been locked down and entry is only allowed through a membership.

I attempted to contact JOHN BISCEGLIA (S1), but he was not home. I left a message requesting that he contact me.

Oct. 20. 2010   2:39PM     Bellingham Police Rec                                    No. 8368   P. 7
09B29967                                                                            October 20, 2010

Page 1 of 1

# Bellingham Police Department
*Longarm Case Report*

## 09B29967 THREATS                                                                  NARRATIVE

| Follow-Up | Author: JENSEN, ALLAN | Rpt date: Aug 11, 2009 11:00AM | Appvd: 104 |
| --- | --- | --- | --- |

I left JOHN BISCEGLIA (S1) a message on his telephone asking that he contact me concerning some of the blog posts. When I arrived at work this morning there was a return message from JOHN BISCEGLIA (S1) advising that he got my telephone call and he assured me that he was not violent person and owned no weapons. I contacted JOHN BISCEGLIA (S1) again by telephone and explained to him the complaint and concerns that had resulted in this investigation. I explained to him that when he mentioned     REDACTED (V1) and others by name while advocating acts of violence, there was a concern that these actions were threatening. JOHN BISCEGLIA (S1) again assured me that he had no intention of any type of confrontation with any of those mentioned in the blogs and he had only used their names since they were directly linked to the Ref. 71 Campaign.

JOHN BISCEGLIA (S1) explained that he felt that If Referendum 71 passed, it was a direct threat against he and his family. I explained to JOHN BISCEGLIA (S1) that he was well within his legal rights to express his feelings on the issue, but it would cause less concern if he did not continue to use names of those on the other side of the issue. JOHN BISCEGLIA (S1) said that he had went through his blog site and removed any post that might offend others. He confirmed that he had the blog locked down yesterday, but was now open again for public viewing. I checked the blog site and confirmed this.

JOHN BISCEGLIA (S1) said that he was sorry that this had grown into a police complaint and again assured me that he would be careful on how he worded his blog posts. I advised JOHN BISCEGLIA (S1) that if he received any threats or harassment as result of this issue. to contact me to file a police report.

It does on appear that the post on the blog site were direct enough to warrant any type of criminal charges against JOHN BISCEGLIA (S1) and were more the result of emotions surrounding this issue

I will contact     REDACTED     (V1) and advise him of the outcome of this investigation..

Oct. 20. 2010  2:39PM   Bellingham Police Rec                         No. 8368   P. 8
Bellingham, Whatcom County Local News | Bellingham Herald                Page 1 of 2

09B-29967

Click to Print

Aug, 11, 2009

# PDC: Names of donors to anti-gay referendum are public record

**Bellingham blogger threatens violences against churches**

RACHEL LA CORTE / THE ASSOCIATED PRESS

OLYMPIA - — The state Public Disclosure Commission on Tuesday rejected a request to seal the names of donors to a campaign to overturn Washington state's newly expanded domestic partnership law.

The commission has added the group's request to a previously scheduled meeting later this month.

In a letter sent to Protect Marriage Washington, the commission says the donor names are a public record, and some names had already been made public beginning in June.

"These reports and this disclosure to the public are required by statute," wrote Doug Ellis, assistant director of the PDC.

Last week, Protect Marriage Washington asked the commission to hold an emergency hearing and requested that "any disclosures made prior to any hearing be held under seal" because the group has received threats.

An attorney for the R-71 campaign, Stephen Pidgeon, wrote that a threat posted on the Web site Queer Equality Revolution was forwarded to the FBI.

Special Agent Fred Gutt said Tuesday that he was not aware of the case being referred to the FBI. He said that if the agency did receive a complaint, it would most likely be referred to the state attorney general's office because it doesn't involve a federal election.

Pidgeon did not immediately return a call Tuesday seeking comment on the PDC's decision.

The Web site cited by Pidgeon says it is run by John Bisceglia of Bellingham. Bisceglia wrote that he advocated using violence "against the property of ALL of those who are working tirelessly to HURT my family; starting with churches and government property. Government is enabling a vote on whether or not I 'should be allowed' to see my husband while he is dying in a hospital — any NORMAL man would be driven to get a gun and kill those who tried such evil cruelty against his loved ones."

"Don't even TRY to call ME a 'bully' — I am defending myself AGAINST the bullies," he wrote.

Pidgeon also cites several e-mails he says members of the campaign have received that threaten violence.

"This is a true threat to the lives and property of those people who support the referendum process," he wrote to the commission.

When asked to comment Tuesday, Bisceglia directed people to his blog, where he wrote that people were overreacting to what he posted earlier. He wrote, "I NEVER 'urged people to get guns and kill,' although I DO believe in SELF-DEFENSE."

On his Web site, Bisceglia writes that he's a former piano teacher who blogs to "avoid the insanity and RAGE I feel as I listen, wait for, and experience Americans 'debating' AND voting on my CIVIL RIGHT to marry the person I love."

Protect Marriage Washington is trying to repeal the so-called "everything but marriage" law, which would expand gay partnership rights. The new law was scheduled to take effect July 26, but it has been delayed until officials can verify whether there are enough valid signatures to put R-71 on the November ballot. If there are enough signatures, the law will be delayed until the outcome of the election.

A federal judge has granted a temporary restraining order to bar the release of signatures on R-71 petitions, which are still being counted. The campaign needs 120,577 valid signatures and turned in more than 137,000 signatures July 25.

A political group called WhoSigned.Org has said it will publish online the names of people who signed petitions. The petition-listing effort is not supported by the official campaign trying to keep R-71 off the ballot.

A spokesman for that group, Washington Families Standing Together, said it condemns any threats of violence.

"The only way we're going to achieve full equality for our families is through a civil and open conversation about the lives of our families and the important protections that the domestic partnership law provides," said Josh Friedes, a spokesman for the group.

"I don't want to diminish the pain and anguish that a non-gay person might feel if they are the subject of a nasty e-mail or Web posting, but every day, we get nasty, harassing e-mails in the office and posted online," he said. "We all have to be focused on creating a society which respects each other and allows for civil discussion of controversial issues."

The new domestic partnership law expands on Washington's existing partnerships. The newest version adds registered domestic partners to all remaining areas of state law that presently apply only to married couples. Those statutes range from adoption and child support rights and obligations, to pensions and other public employee benefits.

The underlying domestic partnership law, which passed the Legislature two years ago, provided hospital visitation rights, the ability to authorize autopsies and organ donations, and inheritance rights when there is no will. Last year, lawmakers expanded it to give domestic partners standing under laws covering probate and trusts, community property and guardianship.

09B-29967

The domestic partnership bill is Senate Bill 5688.

**ON THE NET**

Legislature: leg.wa.gov

Washington Families Standing Together: wafst.org

Protect Marriage Washington: protectmarriagewa.com

Domestic partnership information: secstate.wa.gov/corps/domesticpartnerships

WhoSigned.Org: whosigned.org

Queer Equality Revolution: gaytaxprotest.blogspot.com/2009/08/gays-who-make-sense

Oct. 20. 2010  2:39PM    Bellingham Police Rec                    No. 8368    P. 10

09B-29967


‣REDACTED‣
<REDACTED@valuesaction.org>

08/12/2009 10:13 AM

To  <ajensen@cob.org>
cc  <stephen.pidgeon@comcast.net>
bcc
Subject  John Bisceglia

REDACTED
*Manager*
Protect Marriage Washington
360-631-1894 (w)
www.protectmarriagewa.com

**From:** Lovick, John [mailto:John.Lovick@co.snohomish.wa.us]
**Sent:** Monday, May 11, 2009 5:41 AM
**To:** REDACTED@valuesaction.org'
**Subject:** Re: Hurting Families

REDACTED

I will forward your email to Whatcom County Bill Elfo.

John Lovick

Sheriff John Lovick
Snohomish County Sheriff's Office
3000 Rockefeller Avenue, MS 606
Everett, Washington 98201
(424) 388-3026
john.lovick@snoco.org

Our Values: Integrity ~ Dignity ~ Commitment ~ Pride
Our Vision: To be regarded as the finest Sheriff's Office in the state

**From:** REDACTED
**To:** Lovick, John
**Cc:**
**Sent:** Sun May 10 23:18:42 2009                REDACTED
**Subject:** FW: Hurting Families
Dear Sheriff Lovick,

My name is REDACTED and I am the president of the Washington Values Alliance. My
organization has been active in opposing Senate Bill 5688 during the 2009 legislative session.
SB 5688 extends full marital rights to homosexual couples. On Monday of last week (May 4) I
filed referendum 71, which would, if we are successful in gathering the required signatures,

bring SB 5688 before the voters of Washington State in November. I write you today to report on a disturbing e-mail message (see bottom of page) sent my way from a John Bisceglia of Bellingham, Washington, the day Referendum hit the news (May 4).

Bisceglia's name appears on several gay blogs whose links I have included. The following are his words to me (see below). "I am asking everyone I know this question, straight or gay, as a DEVIL'S ADVOCATE - Should We Begin Harming Those Whom Harm Us?"

Sheriff Lovick, Bisceglia appears to be promoting some type of violent payback for those who disagree with his views on homosexual issues. He mentions me, my children, my family and my home in Arlington and blames me for some of his personal suffering. One of his messages that mentioned me by names was pulled off of one of the blogs this week because it violated their posting policy which forbids hate and threats of violence.

I am asking the Snohomish County Sheriff's Department to please take a look into this situation to see if any laws are being violated by Bisceglia as my wife and I are feeling threatened and vulnerable with the amount of press our referendum has received. Please let me know if I may provide you more information.

REDACTED

*President*
*Washington Values Alliance*
*360-631-1894 (w)*
http://www.valuesaction.org/


http://gaytaxprotest.blogspot.com/2009/03/oops-i-terrized-again-accidental.html

Click on the above link to read the following:
*Queers have been persecuted by religion **enough** in society, including within our own families; why must we **ALSO** allow government to support and encourage the **HATE-H8-HATE** that repeatedly slices our throats, bashes our heads open, or shoots bullets into our heart or brain.*
*Is it wrong to stab the person who is gay-bashing you?*
*Would it be "fighting hate with more hate" or would it just be*
**Self-Defense?**
*Where do WE draw the line when **government** hates us?*
*Did I say government?*
*I meant religion.....no...*
*I mean **govereligion**, I mean...*
**The following links will provide with more of Mr. Bisceglia's writings.**
http://gaytaxprotest.blogspot.com/

http://www.blogger.com/profile/06977821192123489153

http://twitter.com/EqualityRevolt

http://gaytaxprotest.blogspot.com/2009/03/oops-i-terrized-again-accidental.html


REDACTED    , from Arlington, WA - wants to hurt other WA state families who already lack EQUAL PROTECTION. Does he REALLY want this war?5:14 PM May 6th from web

09B-29967

**From:** John Bisceglia [mailto:bisceglia2000@yahoo.com]
**Sent:** Monday, May 04, 2009 6:47 PM
**To:** info@valuesaction.org
**Subject:** Hurting Families

Sender details:

Name: John Bisceglia
E-mail: bisceglia2000@yahoo.com
IP address: 76.28.209.42
browser: Mozilla/4.0 (compatible; MSIE 8.0; Windows NT 5.1; Trident/4.0; .NET CLR
1.1.4322; yie8)

Why do you favor laws that harm us? We cause you NO harm. You cause our FAMILY and
CHILDREN incredible suffering. Until government STOPS allowing YOU to vote against US: I
am asking everyone I know this question, straight or gay, as a DEVIL'S ADVOCATE - Should
We Begin Harming Those Whom Harm Us?
http://gaytaxprotest.blogspot.com/2009/04/should-we-start-harming-those-whom-harm.html I am
worried for ALL of us if these kinds of votes are allowed in America. I would never go into your
home in Arlington to hurt your family and children - why are you coming into MY home with
this hateful legislation? john bisceglia

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.323 / Virus Database: 270.12.16/2094 - Release Date: 05/04/09 17:51:00

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.325 / Virus Database: 270.12.24/2107 - Release Date: 05/10/09 07:02:00

CRB - 29967

# STEPHEN PIDGEON

ATTORNEY AT LAW, P.S.
Old Federal building
3002 COLBY AVENUE, SUITE 306, EVERETT, WASHINGTON 98201
TELEPHONE (425) 605-4774 FACSIMILE (425) 818-5317

August 6, 2009

Public Disclosure Commission
711 Capitol Way, #206
PO Box 40908
Olympia, WA 98504-0908

RE:  Request for an Emergency Hearing for Suspension or Modification of Reporting
Requirements – Donors to Protect Marriage Washington and the R-71 campaign

Dear Commissioners:

I represent the interests of the Protect Marriage Washington, the organization that has
spearheaded Referendum 71 ("R-71). Protect Marriage Washington is now making a written
request for an Emergency Hearing for Suspension or Modification of Reporting Requirements,
and asking that any disclosures made prior to any hearing be held under seal..

The reason for the emergency request is because of recent threats levied by opponents to the
measure against the lives and property of principals involved in this Referendum at any level.

On August 3, 2009, the following threat was retrieved from the website Queer Equality
Revolution http://gaytaxprotest.blogspot.com/2009/08/gays-who-make-sense.html, blogger and
Bellingham, Washington resident John Bisceglia making the following threat:

> "I advocate using violence against the property of ALL of those who are working
> tirelessly to HURT my family; starting with churches and government property.
> Government is enabling a vote on whether or not I "should be allowed" to see my
> husband [sic] while he is dying in the hospital – any NORMAL man would be driven to
> get a gun and kill those who tried such evil cruelty against his loved ones."

This matter has already been referred to the FBI, because on its face is the incitement to use
violence against potentially the Federal Courthouse in Tacoma, and a Federal Judge (and may
include a threat against the PDC, the Secretary of State and so on).  This is a true threat to the
lives and property of those people who support the referendum process – in this case, to validate
the actions of the state legislature to modify 201 statutes in a single bill.

The state of Washington has defined true threats:

09.29967

A "true threat" is a statement made "in a context or under such circumstances wherein a reasonable person would foresee that the statement would be interpreted . . . as a serious expression of intention to inflict bodily harm upon or to take the life of [another individual]. *State v Knowles*, 91 Wash. App. 367, 373, 957 P. 2d 797 (1998).

The fear of harm aroused in the person threatened and the disruption that may occur as a result of that fear are some of the reasons why true threats are not protected speech. [Citation omited]. That fear does not depend upon whether the speaker in fact intends to carry out the threat. *For this reason, we hold*, along with the vast majority of courts, that the First Amendment does not require that the speaker intend to carry out a threat for it to constitute a true threat. *State v. Kilburn*, 151 Wash. 2d 36, 46, 84 P. 3d 1215 (2004).

According to RCW 9A.46.020, a person is guilty of felony harassment if they threaten to kill a person without lawful authority. A reasonable person would take the statement about getting a gun and killing people who support R-71 as a true threat.

Given the scope of the threat to include "ALL of those" working with the R-71 project, Protect Marriage Washington now seeks an Emergency Hearing to Modify Reporting Requirements to redact or otherwise seal the names, occupations and addresses of those persons and entities required to be listed on form B, form C3 and form C4.

Attached as Exhibit 1, please find the website posting of John Bisceglia as referenced above. Attached as Exhibit 2, please find an additional posting by John Bisceglia naming ' REDACTED and REDACTED as the recipients of Bisceglia's anger and harassment. We note that the threat set forth above is also an incitement to violence by others.

In addition, there have been clear threats by whosigned.org to intimidate voters and prevent signatures. The Secretary of State's own website posted the following:

Spokesmen for the new project [whosigned.org] say they want voters to think twice about signing the petitions and that opponents of R-71 should be able to talk with their neighbors and townspeople who signed to explain the ramifications. http://blogs.secstate.wa.gov/FromOurCorner/index.php/2009/06/who-signed . . .

Here is another threat:

whosigned.org will fix YOUR little red wagon. We [meaning whosigned.org] shall boycott the businesses of EVERYONE who signs your odious, bigoted petition. Rest assured of THAT. Father Raymond Superior (retired), Community of the Resurrection.

Here is another threat:

You [sic] better stay off the Olympic peninsula. It's a very dangerous place filled with people who hate racists, gay basher and anyone who doesn't believe in equality. Fair is fair. rockettrike@rocketmail.com

098-29967

Pursuant to RCW 42.17.370, commission **shall find** that a manifestly unreasonable hardship exists if reporting the names required under 42.17.341 "would be likely to adversely affect the competitive position" of the entity filing the report.  There can be no question that death threats, threats to destroy property, threats to kill with a gun, and the inciting of violence in national blogs against named supporters of R-71 are "likely to adversely affect the competitive position" of R-71 proponents.

Given the possibility of the commission of serious crimes resulting from the publication of the names of the donors supporting R-71, Protect Marriage Washington furthers seeks written confirmation from your office that any names and addresses required to be disclosed on forms B, C3, and C4 will be sealed from public disclosure until such a time as the Commission can hear this request.

We look forward to your response.

Sincerely,

Stephen Pidgeon
Attorney at Law, P.S.

098·29967

http://gaytaxprotest.blogspot.com/2009/08/gays-who-make-sense.html

# QUEER EQUALITY REVOLUTION

### YOU WILL NOT VOTE ON MY FAMILY'S CIVIL RIGHTS ANYMORE! WE HAVE EVERY RIGHT TO DEFEND OUR FAMILIES FROM RELIGIOUS TERRORISTS AND BULLIES.

AUGUST 3, 2009

## Referendums & Amendments - This Has to Stop NOW!

An exchange over at AMERICAblog News:

*This conversation started as a response to*

**"It's official: we are going to have to fight to protect marriage equality in Maine on November's ballot."**

**BUTCH1:**

"Unfortunately, it looks like we are going to have the same problem in the state of Washington. These "christians" that have nothing to do but inflict pain on gay and lesbian families, are despicable. They can believe what ever they want but to interfere with our rights politically and push their church dogma agenda down our throats should be against the law in any country. Perhaps, **it's time for a federal bill to stop this once and for all.** If I am going to be voted out of rights by some toothless, mouth-breathing cretins every time we win some rights, then **I shouldn't have to pay taxes anymore**, and they should have their church exempt status revoked. I'm getting tired of us working hard for our rights to only have them removed by popular vote. This has to stop. What can we do to infringe on their rights?! They need to feel the same pain that we feel each time they do this."

**John Bisceglia:**

### EXHIBIT 1

096-29967

Precisely. I plan to call my legislators DAILY to ask WHAT WILL IT TAKE to STOP this insanity. No American deserves to have their family's safety and security voted upon. If this continues, there will be an increase in violence against property and possibly against people. In WA state they want to continue treating my family as SUB-human - SUB-American. REDACTED and  REDACTED  are the "leaders" of this crime. NO MORE.

I won't be fighting those who are LEGALLY ATTACKING my family with signatures or money. Since THEY are the bullies, I have a right to self-defend myself and my family with any means possible. **I advocate using violence against the property of ALL of those who are working tirelessly to HURT my family; starting with churches and government property. Government is enabling a vote on whether or not I *"should be allowed"* to see my husband while he is dying in a hospital - any NORMAL man would be driven to get a gun and kill those who tried such evil cruelty against his loved ones.** Yes, all of the *"comfortable gays"* will cringe at supporting such tactics and will piously denounce it - I guess they have yet to be hurt ENOUGH. Don't even TRY to call ME a *"bully"*.
**- I am defending myself AGAINST the bullies.**

BTW - It's already a culture war, and I'm one of the casualties in WA state (on SSI for disability due to discrimination).

**BUTCH1:**

I agree. Perhaps, it's time for gays and lesbians to stop being so nice. Obviously, this gets us no where if our rights can be voted upon. You would never see blacks, or others rights being voted upon. Why do we have to endure fighting for our rights only to have them repealed. I know I am angry and this needs to stop. Perhaps, we need to start petitions that outlaw adultery, and divorce, or christian led encroachments of our rights, that would surely get a good number of these bigots who continue to force their religious views on the rest of us. I think it is time to push back. Fighting fairly through legislation, and the courts doesn't do any good anymore. All

## EXHIBIT 1

O9B-29967

they have to do is bring it up for a majority vote and all the cretins come crawling out from under their rocks to vote us down. If this doesn't stop, I do see people taking it to the streets and it doesn't bother me. It would be unfortunate if this is what our community would have to do to finally get our rights. But, I would understand if it started happening. If this is how we fight for rights, then so be it. I know I'm too old to join in but this would have to be for the younger folks among us. The only other way is to have a Federal amendment and or the Supreme Court ruling on our behalf. Otherwise, I think you are correct, they need to be made afraid of us for there will be nothing left to lose except move to Canada or some other country where we are actually respected and treated equally.

**JohnBisceglia**

"Based on my experience, I would move to Canada in a heartbeat, but I will never have the $10,000 to move there on my SSI. Also, I'm disabled now, so why would another government want to financially care for the mistakes (and ignorance) of the U.S.For me it's not even about "making them afraid" as much as simply STANDING UP for myself and my family. MY FAMILY. When we are forced to separate from our spouses, forced to give up our children, forced out of our homes, and endure a CONSTANT psychological warfare, I'd say violence is indeed necessary. Those who criticize such tactics as "making us look bad" are effete, P.C. wimps who lick the asses of the abusers. I think NOT protecting our lives and loved ones "makes us look bad" - it confirms our established place as society's lowest form of life, and we appear to lack the DIGNITY to fight for what is most valued - FAMILY

**BUTCH1:**

"You make some very good points. I understand the problem with needing $10k to live in Canada. I wonder if the mouth-breathing right continues discriminating against us at the ballot box would eventually open a door to leaving a country that abuses a minority of its citizens and we could enter as a sanctuary from the abuse? I do know you wouldn't have to give up your

# EXHIBIT 1

09B-29967

SSI. You earned that by putting money in that account from every payday check you have ever made. The solution would be to become an expatriot. You do not have to give up your citizenship to live in another country. It does limit you voting there but, if you could get your permit, if you can still be gainfully employed, I would think the national health care would kick in as well. It can't be as expensive as living here. This country doesn't deserve the gay men and women who are citizens. If it were up to me, I would make sure the toothless-mouth-breathing bible-thumpers would be denied their voting rights if they are going to use them against other citizens. They are on the wrong side of the law and they know it, if they're smart enough to walk and chew gum. Our problem is with a government that will just sit back and do nothing until their positions of power are threatened. Perhaps, that is our next step as well. I do not count on our "so-called" leaders to get this accomplished. It is never the right time to do anything if you listen to them. I also, am getting tired of our representatives and senators constantly asking us to donate money for certain causes when it's their job to do those things in the first place. I wish you the best on what ever decisions you make because you are correct, we are fighting for our families and for our lives. If it weren't against the law to kill us, you can be certain the right-winged christians would be making night raids on our homes not unlike the thugs in Iraq do to their citizens dispensing "street-justice"."

**JohnBisceglia:**

Personally, I will find it EXTREMELY difficult to NOT resort to violence if Referendum 71 makes it to the ballot in WA state. If THIS is not reason enough to muster the dignity needed to REVOLT, attack those attacking us, and bear arms against a government OVER-STEPPING its bounds: In Seattle, our families' safety and security is tantamount to a vote on adding a 20-cent tax on plastic bags.


# EXHIBIT 1

ORB-29967

http://www.queerty.com/repealing-washingtons-domestic-partnership-laws-will-fail-20090506/

## Repealing Washington's Domestic Partnership Laws Will FAIL

No. 6 · John Bisceglia
If REDACTED can do "legal" things that harm OUR family, why can't we go to Arlington, WA to harm his family?

And since WHEN THE F*CK do we sit on our hands and allow society to vote on our family's legal worth? A HET MAN would grab his gun to defend his family - we call in gay for a day.

If not for us, how about for our children who cannot fight?
[Queer Equality Revolution]

Posted: May 6, 2009 at 8:12 pm

John Bisceglia says:

We Need To FIGHT

I live in a state where people have claimed to have gathered signatures to "allow" a vote on my family's well-being and DUE civil rights. This potential crime against my family is being orchestrated REDACTED and  REDACTED . These men better leave my family alone.

If these men experienced us working tirelessly to prevent them from seeing their dying wives in a hospital, or from their spouses' right to keep their husband's pension, or any other of the injustices we face, I think these men would feel 100% justified in using violence to protect and defend their family's well-being, mental health, and safety from a government over-stepping its bounds – along with fighting for what everyone else gets handed to them like candy: marriage certificates.

I've been accused of being a bully, of sinking to their level, or using intimidation, fear, violence, etc. to "win" my rights – to those people, politely – F. YOU.

REDACTED and REDACTED are the BULLIES; I am defending myself. Unlike Carl Walker-Hoover and Jaheem Herrera, children whom had limited ways to self-defend themselves from bullies, as an adult I can and will defend myself in a country that is hell-bent on hurting my family.

THESE "AMENDMENTS" ENTER MY HOME AND HURT MY FAMILY.

PERIOD.

http://gaytaxprotest.blogspot.com/


## EXHIBIT 2

# Bellingham Police Department
### CAD Report

October 20, 2010

| Incident History for: | BP09038277 |
|---|---|
| Case Number: | 09B29967 |

| | | | |
|---|---|---|---|
| Entered: | **August 12, 2009  12:52 pm** | Incident Op ID: | **920** |
| Dispatched: | | Dispatch Op ID: | |
| Enroute: | | | |
| On scene: | | | |
| Closed: | **August 12, 2009  12:52 pm** | | |

| | | | |
|---|---|---|---|
| Initial Type: | **CNBP** | Final Type: | **CNBP** |
| Disposition: | | | |
| Police Block: | | Officer: | |

| | |
|---|---|
| Location: | **505 GRAND AV** |
| Name: | **JENSEN** |
| Address: | |
| Phone: | |

| Time | Operator | Type | Unit | Text |
|---|---|---|---|---|
| 12:52:00PM | 920 | ADVISD | | 73 454 |
| 12:52:00PM | 920 | ASNCAS | | $BP09029967 |