The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT  TACOMA**

| | |
|---|---|
| JOHN DOE # 1, an individual; JOHN DOE # 2, an individual; and PROTECT MARRIAGE WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> SAM REED, in his official capacity as Secretary of State of Washington; and BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington, <br><br> Defendants. | NO.  09-cv-5456-BHS <br><br> DECLARATION OF OFFICER ANDREW MEHL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, Andrew Mehl, declare as follows:

1.  I am over eighteen years of age and competent to testify. I have been employed by the Edmonds Police Department for three and a half years.

2.  In my capacity as an Edmonds Police Officer, I have personal knowledge of the following information.

3.  Attached to this Declaration as Exhibit A is a true scanned copy of a Snohomish County Incident Report, Edmonds Police Department, regarding REDACTED and her son

1   REDACTED, which I prepared; a follow-up report written by Officer Michael Drinkwine; a

2   supplemental report which I prepared; an incident statement form signed by REDACTED

3   which I witnessed; and an incident statement form signed by REDACTED which I

4   witnessed.   The information contained in the original reports and incident statements is

5   identical to the scanned copy.

6

7          4.   I declare under penalty of perjury under the laws of the state of Washington that the

8   foregoing is true and correct and of my own knowledge, and that I executed this declaration at

9   Edmonds, Washington, in the County of Snohomish, this _26^TH_ day of June, 2011.

10

11

12          Officer Andrew Mehl

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# EXHIBIT A

Page 1

# Snohomish County Incident Report
# Edmonds Police Department

Case Number
**09-3179**

| Incident Classification 1 | ☐ Attempted | Offense Code | Incident Classification 2 | ☐ Attempted | Offense Code |
|---|---|---|---|---|---|
| *THREATS* | | | | | |
| Incident Classification 3 | ☐ Attempted | Offense Code | Type of Report | | |

| Address/Location of Incident | Premise Type/Name | Code |
|---|---|---|
| REDACTED  *Edmonds, WA 98020* | *Two/More Story House* | 02 |

| Officer Assault/Safety | Responding To | Type of Assignment | ☐ Force ☐ No Force | Reporting Area *E 039* | Beat *E1* |
|---|---|---|---|---|---|

| Occurred on or From (Date/Time/DOW) | Occurred To (Date/Time/DOW) | Reported On (Date/Time/DOW) |
|---|---|---|
| 08/23/2009   18:00   *Sunday* | | 08/23/2009   18:18   *Sunday* |

| No. *V-1* | Non-Disc. ☐ | Name (Last, First, Middle)  REDACTED | Race *W* | Ethnicity *Non-Hispanic* | Sex *F* |
|---|---|---|---|---|---|
| DOB/Age *02/11/1966  43* | Height *5'02"* | Weight *125* | Hair *Brown* | Eyes *Blue* | Residential Status *Full Time Resident* |
| Street Address  REDACTED  *Edmonds, WA 98020* | | | Residence Phone *(425)* REDACTED | Business Phone *(206)* REDACTED | |
| Social Security No.  REDACTED | Driver's License  REDACTED | State *WA* | Employer/School | | |

| No. *V-2* | Non-Disc. ☐ | Name (Last, First, Middle)  REDACTED | Race *W* | Ethnicity *Non-Hispanic* | Sex *M* |
|---|---|---|---|---|---|
| DOB/Age *08/27/1995  13* | Height *4'08"* | Weight *100* | Hair *Blond* | Eyes *Unknown* | Residential Status *Full Time Resident* |
| Street Address  REDACTED  *Edmonds, WA 98020* | | | Residence Phone *(425)* REDACTED | Business Phone | |

**SYNOPSIS: DEATH THREAT OVER PHONE. NO SUSPECT INFORMATION.**

On 08-23-09 at approximately 1858 hours I was dispatched to REDACTED regarding a threats report. I arrived and contacted V-1 / REDACTED She told me that someone had called her home phone number. Her son V-2 / REDACTED answered the phone. A male with a high pitched voice asked for REDACTED by name. REDACTED's grandmother also picked up another phone about the same time he did. REDACTED called for REDACTED and put the phone back up to his ear. Upon doing so the male said "I am going to kill you and your family", and then hung up.

REDACTED said he didn't recognize the voice and there was no caller ID on the phone. REDACTED and REDACTED did not feel like they were in immediate danger but the incident made them nervous about their safety. REDACTED told me that she is running for a position in the REDACTED . There was an article. In REDACTED about her opposition to gay marriage and referendum 71. She believed it may have been someone who disagrees with her about gay marriage.

REDACTED is holding a rally at the REDACTED on 08-24-09 at 1800 hours. She estimated that there would be approximately 200 people there. I advised her I would do extra patrols of her house and advise the other patrol squads. REDACTED and REDACTED both completed written statements. I provided REDACTED a business card with the case number of this report.

LG @ CPY MGMT @ QC ___ SC @

| Officer Name/Number | Unit | Approved By Number | Date |
|---|---|---|---|
| *Mehl, Andrew #2601* | *2E1* | | |

| Clearance | Unfounded | Distribution | | | | TRAF | PROACT | Logged | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Arr/A | ☐ Exc/A | ☐ PA | ☐ DOC | ☐ HD | ☐ DET | ☐ Court | | Date | Initials |
| ☐ Arr/J | ☐ Exc/J | ☐ ADMIN | ☐ CPS | ☐ JUV | ☐ PAT | ☐ Other | | | |
| ☐ Insuff/Closed | ☐ Closed/Other | | ☐ DSHS | ☐ MH | | | | | |

| Entered RMS | Date | Initials | ☐ Entered WACIC/NCIC | Date | Initials | ☐ Entered WACIC/NCIC | Date | Initials |
|---|---|---|---|---|---|---|---|---|

## Edmonds Police Department Follow-Up Report
### Edmonds Police Department

| | Page 1 |
|---|---|
| | **Case Number** |
| | **09-3179** |

| Incident Classification | Name of Original Victim(s) |
|---|---|
| *THREATS* | |

| Report Date | Original Case Report Date | Reclassify To |
|---|---|---|
| *8/24/2009* | *08/23/2009* | |

| Connecting Case Numbers | Incident Involved |
|---|---|

Follow up 082409

I called V-1, REDACTED to inquire as to whether or not anyone had tried to do call tracing on the incoming call yesterday. V-1, REDACTED said that they had not as they were not familiar with the service. I provided her with instructions for doing so should she get more suspicious/threatening calls.

I also advised her to call if she had any other suspicious activity surrounding her and her family (hang up calls, other out of the ordinary happenings etc.).

M. A. Drinkwine 1008

| Officer Name/Number | Unit | Approved By Number | Date |
|---|---|---|---|
| *Drinkwine, Michael #1008* | | | 8-24-9 |

| Clearance | | Distribution | | | Logged | |
|---|---|---|---|---|---|---|
| ☐ Arr/A  ☐ Unfounded | ☐ PA | ☐ DOC | ☐ HD | ☐ TRAF | ☐ PROACT | Date | Initials |
| ☐ Arr/J  ☐ Exc/A | ADMIN | OPB | JUV | DET | Court | | |
| ☐ Insuf/Closed  ☐ Exc/J | | DSHS | MH | FAT | Other | | |
| ☐ Closed/Other | | | | | | | |

| Entered RMS 8/25/09 | ☐ Entered WACIC/NCIC | ☐ Entered WACIC/NCIC |
|---|---|---|
| Date   Initials | Date   Initials | Date   Initials |

## Snohomish County Supplemental Report
## Edmonds Police Department

Page 1

| | | | | | Case Number |
|---|---|---|---|---|---|
| | | | | | **09-3179** |

| Incident Classification 1 | ☐ Attempted | Offense Code | Incident Classification 2 | ☐ Attempted | Offense Code |
|---|---|---|---|---|---|
| **THREATS** | | | | | |
| Incident Classification 3 | ☐ Attempted | Offense Code | Type of Report | | |

| Address/Location of Incident  REDACTED  **Edmonds, WA  98020** | | Premise Type/Name | Code |
|---|---|---|---|
| Officer Assault/Safety | Responding To | Type of Assignment | ☐ Force ☐ No Force | Reporting Area | Beat |

| Occurred on or From (Date/Time/DOW) | Occurred To (Date/Time/DOW) | Reported On (Date/Time/DOW) |
|---|---|---|
| **08/23/2009   18:00   Sunday** | | **08/23/2009   18:18   Sunday** |

Follow up: 02-05-10

On 02-03-10 at approximately 1048 hours REDACTED left me a voicemail message advising me that she had an incident with her son Ocean Shores on 01-31-10. Upon returning to work from my days off I returned her call on 02-05-10 at approximately 1910 hours. She was immediately unavailable but returned my call at approximately 1919 hours.

REDACTED is currently campaigning for an elected position in Washington State Legislature. REDACTED told me that she and her son were in Ocean Shores for a Republican Party convention. Her son was wearing a campaign hat with her name on it. An unknown female drove by in an unknown type vehicle threw applesauce onto her son and made a strange face. REDACTED reported this to the Ocean Shores PD Sergeant Luck under case #10OS-0495. REDACTED requested I obtain a copy of the Ocean Shores report to forward to her. I advised REDACTED that public disclosure laws prevent me from releasing another agency's report and that she would need to request the report directly from Ocean Shores PD. I also recommended that she request a copy of my original report from the Edmonds PD records section.

I further advised her that based on what she told me it did not seem that the two events were related. I based this belief on the fact that the suspect in this case was a male and the suspect in the Ocean Shores case was a female. Additionally the incidents occurred approximately six months apart and several hundred miles away. Further, I asked REDACTED if she had any suspicious incidents after the original report. She stated that nothing else had occurred since the original incident and even admitted that she did not believe the two events were related.

Information only at this time.

| Officer Name/Number | Unit | Approved By Number | Date |
|---|---|---|---|
| **Mehl, Andrew #2601** | **2E7** | | |

| Clearance | Distribution | | | | | Logged | |
|---|---|---|---|---|---|---|---|
| ☐ Arr/A ☐ Unfounded | ☐ PA | ☐ DOC ☐ CPS | ☐ HD ☐ JUV | ☐ TRAF DET | ☐ PROACT Court | Date | Initials |
| ☐ Arr/J ☐ Exc/A | ☐ ADMIN | ☐ DSHS | ☐ MH | ☐ PAT | ☐ Other _____ | | |
| ☐ Insuff/Closed ☐ Closed/Other | | | | | | | |

| Entered RMS  2/6/10  /  SMD | ☐ Entered WACIC/NCIC | Date | Initials | ☐ Entered WACIC/NCIC | Date | Initials |
|---|---|---|---|---|---|---|

Case # 09-3179

## EDMONDS POLICE DEPARTMENT
250 5TH AVENUE NORTH
EDMONDS, WA 98020

### INCIDENT STATEMENT FORM

Name   REDACTED    REDACTED    REDACTED    Date of Birth   08 / 27 / 95
     Last      First      Middle      mm   dd   yy

Address   REDACTED   Edmonds   98020   Social Security # _____
    Number   Street   City   St   Zip

Res. Phone (425) REDACTED   Work Phone ( ) _____   Other ( ) _____

*The following is my voluntary statement regarding this police report:*

A man, early thirties and high pitched, called at
around 6:00 PM. He asked to talk to REDACTED
REDACTED, my mother. I said to wait a moment. My
grandmother was also on the other line, and picked
up and talked at the same time. After yelling for
my mother, the phone went back up to my ear
for a second and I heard "I am going to kill you
and your family" then he hung up.

_____

*For Burglaries, Thefts, Vehicle Thefts, Runaway/Missing Persons and Found Property reports:*
☐ I did not give anyone permission to enter my premises and/or take/remove my property/vehicle.
☐ I do ☐ do not  accept liability for towing and storage of my vehicle. (Note: Some circumstances may require impound).
☐ The named juvenile is presently a runaway.    ☐ The named person is presently missing.
I have been advised of Chapter 63 of the RCW and ☐ I do ☐ I do not wish to claim the found property if the true owner cannot be located.

*Making false reports to public officers:*
A person commits the crime of making a false report if he/she willfully makes any untrue, misleading or exaggerated statement in any report to a Police or Fire Department. Making a false report is a misdemeanor.

I certify (or declare) under penalty of perjury, under the laws of the State of Washington, the above statement is true and correct.

Signature   REDACTED   Date 23/8/09   Location EPD Edmonds

WITNESS:   Signature   Arull #2201   Date 08-23-09

Page 1 of 1

EPD 112A
Rev 02/01

Case # _09-3179_

**EDMONDS POLICE DEPARTMENT**
250 5TH AVENUE NORTH
EDMONDS, WA 98020

**INCIDENT STATEMENT FORM**

Name _____REDACTED_____  **REDACTED**   Date of Birth _02 / 11 / 66_
     Last       First      Middle                  mm   dd   yy

Address  **REDACTED** _St Edmonds WA 98020_ Social Security # ▓▓▓▓▓▓
     Number     Street     City   St   Zip

Res. Phone  (425) **REDACTED**  Work Phone  (206) **REDACTED**  Other (___) _____

*The following is my voluntary statement regarding this police report:*

My 13-year-old son answered the phone, told me it was for me and then listened as I was walking toward the phone. He said "Mom, you just got a death threat, he said, "I will kill you and your family."

*For Burglaries, Thefts, Vehicle Thefts, Runaway/Missing Persons and Found Property reports:*
☑ I did not give anyone permission to enter my premises and/or take/remove my property/vehicle.
☐ I do  ☐ do not  accept liability for towing and storage of my vehicle.  (Note: Some circumstances may require impound).
☐ The named juvenile is presently a runaway.     ☐ The named person is presently missing.
I have been advised of Chapter 63 of the RCW and ☐ I do ☐ I do not wish to claim the found property if the true owner cannot be located.

*Making false reports to public officers:*
A person commits the crime of making a false report if he/she willfully makes any untrue, misleading or exaggerated statement in any report to a Police or Fire Department.  Making a false report is a misdemeanor.

I certify (or declare) under penalty of perjury, under the laws of the State of Washington, the above statement is true and correct.

Signature  **REDACTED**    Date _8/23/09_   Location _Edmonds_

WITNESS: Signature _A seal #2601_    Date _08-23-09_

Page ___ of ___

EPD 112A
Rev 02/01