THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington, <br><br> Defendants. | No. 3:09-CV-05456-BHS <br><br> DECLARATION OF WILLIAM B. STAFFORD REGARDING INTERVENOR WASHINGTON FAMILIES STANDING TOGETHER'S MOTION IN LIMINE |

I, William B. Stafford, declare as follows:

1.     I am an attorney with Perkins Coie LLP, counsel for Intervenor Washington Families Standing Together ("WAFST") in this lawsuit. I have personal knowledge of the facts set forth in this declaration and am competent to testify to them.

2.     On August 19, 2011, the parties conducted a telephonic conference pursuant to Local Civil Rule 7(d)(4) to discuss potential motions in limine. During this conference, WAFST in good faith conferred with Plaintiffs in an effort to resolve the issues presented in WAFST's motion in limine, filed with the Court on the same day as this declaration.

DECL. OF W. STAFFORD RE WAFST'S
MOTION IN LIMINE (No. 3:09-CV-05456-BHS)
– 1

71718-0001/LEGAL21587177.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3.     Pursuant to Local Civil Rule 16, the Plaintiffs and State Defendants and Intervenors have exchanged pretrial statements and are presently working towards submission of a proposed pretrial order pursuant to Local Civil Rule 16.1.   Plaintiffs' pretrial statement identified 263 exhibits, the great majority of which consists of websites, blog posts, press releases, YouTube videos, and similar material.  A true and correct copy of excerpts of Plaintiffs' pretrial statement—reflecting Plaintiffs' proposed trial exhibits and redacted pursuant to the protective order entered by the Court in this matter—is attached as Exhibit A.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED at Seattle, Washington, this 22nd day of August, 2011.

s/ *William B. Stafford, WSBA #39849*
William B. Stafford, WSBA #39849

DECL. OF W. STAFFORD RE WAFST'S
MOTION IN LIMINE (No. 3:09-CV-05456-BHS)–
2
71718-0001/LEGAL21587177.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on August 22, 2011, I electronically filed the foregoing DECLARATION OF WILLIAM B. STAFFORD REGARDING INTERVENOR WASHINGTON FAMILIES STANDING TOGETHER'S MOTION IN LIMINE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record.

| | |
|---|---|
| James Bopp, Jr.<br>Jared Haynie *(admitted pro hac vice)*<br>Joseph E La Rue *(admitted pro hac vice)*<br>**Bopp Coleson & Bostrom**<br>1 South Sixth Street<br>Terre Haute, IN 47807-3510<br>jboppjr@aol.com<br>sbieniek@bopplaw.com<br>jlarue@bopplaw.com | Anne Elizabeth Egeler<br>James Kendrick Pharris<br>Jay Douglas Geck<br>**Attorney General of Washington**<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>360-753-7085<br>annee1@atg.wa.gov<br>jamesp@atg.wa.gov<br>billc@atg.wa.gov |
| Stephen Walter Pidgeon<br>3002 Colby Avenue, Suite 306<br>Everett, WA 98201<br>stephen.pidgeon@comcast.net | *Attorneys for Sam Reed and*<br>*Brenda Galarza* |
| *Attorneys for Plaintiffs* | |

Duane M Swinton
Leslie R. Weatherhead
Steven Joseph Dixson
**Witherspoon Kelley Davenport & Toole**
422 W Riverside, Ste 1100
Spokane, WA 99201
dms@wkdtlaw.com
lwlibertas@aol.com
sjd@wkdtlaw.com

*Attorneys for Intervenor Washington*
*Coalition for Open Government*

CERTIFICATE OF SERVICE (No. C:09-cv-05456 BHS) – 1

71718-0001/LEGAL21587177.1

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of August, 2011.

s/ Kevin J. Hamilton
Kevin J. Hamilton, WSBA No. 15648
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
WStafford@perkinscoie.com

*Attorneys for Intervenor Washington
Families Standing Together*

CERTIFICATE OF SERVICE (No. C:09-cv-05456
BHS) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Exhibits

1. "christian BIGOT" letter addressed to

2. News report: Brad Shannon, *Vote on Partners Divides Country*, Olympian, Oct. 18, 2009.

3. Transcript of voice mail messages left by Krystal Mountaine, for

4. Emails addressed to Protect Marriage Washington (or to Larry Stickney in his capacity as Campaign Manager for Protect Marriage Washington).

5. Photographs of vandalized R-71 yard signs.

6. Video: Gay Activist Attacks Female Christian Missionary In SF (YouTube video of FoxNews coverage Nov. 21, 2008), http://www.youtube.com/watch?v=TqCXON-xwqPs&feature= player_embedded.

7. Video: Gay Mob Threatens Church Group - U.S. - CBN News (YouTube video of local news broadcast posted by Nov. 23, 2008), http://www.youtube.com-/watch?v=jdvvkVNS_zo&feature=related.

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

6

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

Decl. of B. Stafford - 5

**EXHIBIT A**

8. Video: Christians Assaulted in San Francisco (YouTube video posted by PublicFreedom Nov. 20, 2008), www.youtube.com/watch?v=nTuqXiHzZtk.

9. Video: EMU officials: Change your beliefs or leave the Counseling Program, (YouTube video posted by SpeakUpUniversity on Aug. 3, 2009), http://www.youtube.com/watch?v=7zsfcqKlL5s&feature=player_embedded.

10. Video: Speak Up, *Student Story: Julea Ward*, http://www.speakupmovement.org/StudentStories/Details/6427 (last visited June 29, 2011)

11. Video: Protect ALL Washington Families: Decline to Sign Referendum 71, (Posted on YouTube by Declinetosign71 on July 14, 2009), http://www.youtube.com/watch?v=-iZOK42kJSGw.

12. Video: John Ritchie, *Pro-Homosexual Advocate Destroys Traditional Marriage Banner in New York* (TFP Student Action video June 6, 2011), http://www.tfpstudentaction.org/what-we-do/street-campaigns/video-pro-homo-sexual-advocate-destroys-traditional-marriage-banner-in-new-york.html.

13. Video: John Ritchie, *Pro-Homosexuals at Brown University Respond to Peaceful TFP Rally with Violence* (TFP Student Action video Mar. 23, 2011), http://www.tfpstudentaction.org/what-we-do/street-campaigns/video-pro-homosexuals-at-brown-university-respond-to-peaceful-tfp-rally-with-violence.html.

14. Video: CNN News (CNN television broadcast Nov. 23, 2010), www.cnn.com/video/#/video/bestoftv/2010/11/23/exp.nr.gay.bullying.savage.cnn?iref'a llsearch.

15. Video: John Ritchie, *Pro-Homosexuals Attempt to Rip TFP Sign in Newport* (TFP Student Action video Mar. 19, 2011), http://www.tfpstudentaction.org/-what-we-do/street-campaigns/pro-homosexuals-attempt-to-rip-tfp-sign-in-newport.html .

16. Video: Gays Interrupt Mount Hope Church Service in Lansing Michigan (YouTube video clip of FoxNews coverage).

17. Video: Radical Gays Storm Church! (YouTube video clip of local NBC affiliate news coverage), http://www.youtube.com/watch?v=yzFyPnvz-iI.

18. Video: Home Invasion: Vote No on Prop 8 (YouTube video posted by CourageCampaign, Oct. 31, 2008), http://www.youtube.com/watch?v=q28UwAyzUkE.

19. Video: Gay Marriage Mormon Church Protest NYC (YouTube video posted by Gllafc, Nov. 14, 2008), http://www.youtube.com/watch?v=PvdDoLeFXh0&feature=related.

20. Video: Mormon Temple Los Angeles —Target of Gay Anger & Mob—LGBT Protest—Join the Impact LA (YouTube video posted by Vintageyellow71, Nov. 7, 2008), http://www.youtube.com/watch?v=GxagcNFyHyc&feature=related.

21. Video: No on Prop 8 Protest at Mormon Church, Front Gate 11/6/08 (YouTube video posted by MarcoMoonTV, Nov. 6, 2008), http://www.youtube.com/watch?v=P4m-5yUhrXj0&feature=related.

22. Video: Margaret Cho sings at California No on 8 rally (YouTube video posted by

Pls.˙ Pretrial Statement
(No. 3:09-CV-05456-BHS)

7

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

Decl. of B. Stafford - 6

rtwinters, Nov. 24, 2008),
http://www.youtube.com/watch?v=3S9WLHWslcc&feature=player_embedded.

23. Video: Protest Song (Mormon) (YouTube video posted by mcho88, Nov. 19, 2008),
http://www.youtube.com/watch?v=gGPIDsHEe-0.

24. Video: Margaret Cho @ Prop 8 Protest—Cincinnati, OH, (YouTube video posted by
jasontphx Nov 15, 2008), http://www.youtube.com/watch?v=rojt9DUyJ-
gM&feature=related.

25. Video: Palm Springs Prop 8 Rally Turns Ugly (YouTube video posted by
PSConfidential, Apr. 30, 2009), http://www.youtube.com/watch?v=znXHJQSX78o.

26. Video: Ruth and Orit Interview (YouTube video posted by SpeakUpUniversity, Feb. 7,
2011), http://www.youtube.com/watch?v=mm7-6Pw_vk0&feature=player_embedded.

27. Video: Speak Up, *Georgia Tech's Speech Code Declared Unconstitutional*,
http://www.speakupmovement.org/StudentStories/Details/23219 (last visited June 29,
2011).

28. Video: Ruth and Orit Interview Q & A #4, (YouTube video posted by
SpeakUpUniversity on Feb 7, 2011),
http://www.youtube.com/watch?v=4RDBxBHNu2k (last visited June 22, 2011).

29. Video: Speechless: Silencing the Christians (YouTube video posted by
ThomasMoreLawCenter, Nov. 26, 2008),
http://www.youtube.com/watch?v=6ij3z8wR3YE&feature=player_embedded.

30. Video: Speechless: Silencing the Christians - The Crystal Dixon Story (Thomas More
Law Center), http://www.thomasmore.org/qry/page.taf?id=26.

31. Thomas M. Messner, *The Price of Prop 8*, Heritage Foundation Backgrounder, No.
2328, Oct. 22, 2009, *available at* http://www.heritage.org/research/family/bg2328.cfm.

32. News report: John-Thomas Kobos, *Proposition 8 Email Threats*, KFSN-TV, Nov. 7,
2008, http://abclocal.go.com/kfsn/story?section=news/local&id=6494921.

33. News report: Andres Araiza, *Prop 8 Threat: Fresno Police Close to Arrest*, ABC-30
KFSN-TV, Oct. 31, 2008,
http://abclocal.go.com/kfsn/story?section=news/local&id=6479879.

34. Copy of a threatening communication to Fresno mayor and pastor.

35. News report: Amanda Perez, *Prop 8 Death Threats*, ABC Fresno, Oct. 31, 2008,
http://abclocal.go.com/kfsn/story?section=news/local&id=6479861&pt=print.

36. News report: CBS47, *Proposition 8 Death Threats*, Oct. 31, 2008,
www.cbs47.tv/news/local/story/Proposition-8-Death-Threats/iQyK1E0C30aNjdD0tVy-
MJA.cspx.

37. News report: Adrienne S. Gaines, *Radical Gay Activists Seek to Intimidate Christians*,
Charisma Mag., Nov. 19, 2008, www.charismamag.com/index.php/news/19444.

38. News report: Colleen Raezler, *O'Reilly Alone Reports Gay Attack on Christians*,
Culture and Media Institute (Nov. 19, 2008), http://www.mrc.org/cmi/articles/2008-
/OReilly_Alone_Reports_Gay_Attack_on_Christians_.html.

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

8

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

Decl. of B. Stafford - 7

39. News report: KTVU, *Anger over Prop. 8 Erupts in San Francisco*, Nov. 14, 2008, http://www.ktvu.com/print/17986914/detail.html.

40. News report: Patrick B. Craine, *Pro-marriage New York Senator Faces Death Threats, Barraged with Hate Calls*, Life Site News, June 7, 2011, http://www.lifesitenews.com/news/pro-marriage-new-york-senator-faces-death-threats-barraged-with-hate-calls/.

41. News report: Andrew S., *New York City: TNG Writing Contest Alert – "Fuck Ruben Diaz: Gay Erotica Featuring NYC's Number One Bigot,"* May 24, 2011, http://thenewgay.net/2011/05/enter-ruben-diaz-fan-fiction-contest.html.

42. News report: *Question 1 Backers Receive Death Threats, Former Homosexual Leader Says They Should Not Live in Fear*, EWTN, Nov. 16, 2009, http://www.ewtn.com/vnews/getstory.asp?number=98825.

43. News report: Karen S. Peterson, *Man Behind the Marriage Amendment*, USA Today, Apr. 12, 2004, http://www.usatoday.com/life/people/2004-04-12-matt-daniels_x.htm.

44. Posting of JohnBisceglia, Referendums & Amendments—This Has to Stop NOW!, to Queer Equality Revolution, Aug. 3, 2011, http://gaytaxprotest.blogspot.com/2009/08/gays-who-make-sense.html.

45. News report: Krista Gesaman, *Threats, Legal Action in Washington's Gay-Marriage Debate*, Newsweek, Sept. 8, 2009, http://blog.newsweek.com/blogs/thegaggle/archive/2009/09/08/threats-legal-action-in-washingtons-gay-marriage-debate.aspx.

46. Ken Hutcherson, Op-Ed., *Gays Are Not the Nation's New African Americans*, Seattle Times, Mar. 29, 2004, http://community.seattletimes.nwsource.com/archive/?date=20040329&s-lug=hutcherson29.

47. News report: Casey Sanchez, *Anti-Gay Movement of Immigrant Fundamentalist Christians Threatens Western States*, AlterNet, Oct. 5, 2007, http://www.alternet.org/rights/64336/?page=4.

48. News report: Caryle Murphy & Hamil R. Harris, *Thousands Rally on the Mall To Protest Same-Sex Marriage*, Wash. Post, Oct. 16, 2004, at B01, *available at* http://www.washingtonpost.com/ac2/wp-dyn/A36814-2004Oct15.

49. News report: Janet I. Tu, *Outspoken Pastor a Spiritual Bulldozer?*, Seattle Times, May 5, 2005, http://seattletimes.nwsource.com/html/localnews/2002263363_hutcherson05m.html.

50. News report: Lynn Thompson, *Mount Si's Gay-Rights Day of Silence Is Far from Quiet*, Seattle Times, Apr. 26, 2008, http://seattletimes.nwsource.com/html/eastsidenews/2004374870_dayofsilence26e.html.

51. News report: Lynn Thompson, *Mount Si's Gay-Rights Day of Silence Is Far from Quiet*, Seattle Times, Apr. 26, 2008, http://seattletimes.nwsource.com/ABPub/zoom/html/2004374873.html ("Throw Rocks Here" picture).

52. News report: Seth Hemmelgarn, *Prop 8 Fight Gets Ugly on Both Sides*, Bay Area Rep., Oct. 16, 2008, http://www.ebar.com/news/article.php?sec=news&article=3403.

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

9

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

Decl. of B. Stafford - 8

53. News report: Catholic News Agency, *Attack Outside of Catholic Church Part of "Wave of Intimidation," Says Yes on 8*, Oct. 15, 2008, http://www.catholicnewsagency.com/new.php?n=14069.

54. Press Release, ProtectMarriage.com, *Prop. 8 Supporter Violently Attacked for Distributing Lawn Signs*, Oct. 13, 2008,http://www.protectmarriage.com/article/prop-8-sup-porter-violently-attacked-for-distributing-lawn-signs.

55. News report: David Markland, *Prop 8 Supporter Attacked While Distributing Signs*, NBC Los Angeles, Jan. 7, 2008, http://www.nbclosangeles.com/news/politics/Prop_8_supporter_attacke-d_while_distributing_signs_LA.html.

56. TFP Student Action, Who We Are, http://www.tfpstudentaction.org/about-us/who--we-are/who-we-are.html (last visited June 14, 2011).

57. News report: Bob Ellis, *Homosexual Activists Assault Pro-Marriage Demonstration*, Dakota Voice, Mar. 29, 2011, http://www.dakotavoice.com/2011/03/homosexual-activists-assault-pro-marriag-e-demonstration/.

58. News report: Brad Shannon, *Vote on Partners Divides County*, The Olympian, Oct. 18, 2009, http://www.theolympian.com/2009/10/18/v-print/1006573/vote-on-partners-divides-county.html.

59. News report: Barbara Giasone, *Five Held on Suspicion of Stealing "Yes" on Prop. 8 Signs*, Orange County Reg., Oct. 21, 2008, http://www.ocregister.com/articles/signs-macdonald-five-2201253-fullerton-sign.

60. News report: *Sheriff: Prop. 8 Signs Being Stolen, Burned*, KCRA Sacramento, Oct. 20, 2008, http://www.kcra.com/news/17758850/detail.html.

61. News report: Anthony Scorci, *Sacto 9-1-1: Arrests Made in Roseville after Yes on Proposition 8 Signs Found in Car*, Oct. 28, 2008, http://blogs.sacbee.com/crime/archives/2008/10/post-13.html.

62. News report: Salvador Hernandez, *Prop. 8 Sign-Stealing Ignites Free Speech Debate*, Orange County Reg., Oct. 30, 2008, http://www.ocregister.com/articles/signs-stolen-people-2211707-proposition-singam.

63. News report: Chris Daines, *Dana Point Man Will Keep Replacing Downed Signs Favoring Prop.8*, Orange County Reg., Oct. 31, 2008, http://www.ocregister.com/articles/sign-vogeler-put-2213420-signs-down.

64. News report: *Prop. 8 Passage Spawns Protests, Violence and Vandalism*, Christian Examiner, Dec. 2008, www.christianexaminer.com/Articles/Articles%20Dec08/Art_Dec08_09.html.

65. News report: Aaron Bruner, *Prop 8 Supporters Face Sign Theft, Vandalism*, California Aggie, Oct. 29, 2008, http://theaggie.org/article/1747.

66. News report: Bob Banfield, *Neighborhood Vandalized Over Prop 8*, KABC-TV, Oct. 31, 2008, http://abclocal.go.com/kabc/story?section=news/local/inland_empire&id=6482810&pt=print.

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

10

Decl. of B. Stafford - 9

67. News report: Rob McMillan, *Anti-Prop 8 Vandals Hit Alta Loma Home*, KABC-TV, Oct. 25, 2008, http://abclocal.go.com/kabc/story?section=news/local/inland_empire&id=6470557.

68. News report: *Vandals Strike Prop 8 Homes in SJ*, KGO-TV, Oct. 27, 2008, http://abclocal.go.com/kgo/story?section=news/local/south_bay&id=6472609&pt=print.

69. News report: *Vandals Target Prop 8 Supporters in NorCal*, KCAL-9, Oct. 28, 2008, http://cbs2.com/local/Proposition.8.Vandalism.2.850469.html.

70. News report: *San Jose Couples' Homes Spray Painted with "No on 8,"* KNEWS Radio, Oct. 28, 2008, http://www.knewsradio.com/node/5965.

71. News report: Barbara Giasone, *Vandals Spray Paint Signs in Downtown Fullerton*, Orange County Reg., Oct. 20, 2008, http://www.ocregister.com/articles/macdonald-one-police-2200383-paintvandals.

72. News report: *Seattle: Bash Back! Trashes Anti-Queer Christian Conference*, Apr. 20, 2009, http://news.infoshop.org/article.php?story=20090420151738983.

73. Puget Sound Anarchists, *Anarchist Activity In The Pacific Northwest, 2007-2010*, Dec. 29, 2010, http://pugetsoundanarchists.org/node/84.

74. News report: *Vandals Egg Downtown Fresno Church*, KFSN-TV, Oct. 28, 2008, http://abclocal.go.com/kfsn/story?section=news/local&id=6473251&pt=print.

75. News report: Meredith May, *Vandals Desecrate Pro-Gay Catholic Church*, S.F. Chron., Jan. 6, 2009, http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2009/01/06/BA5B1540PH.DTL.

76. News report: *Prop 8 Protestors Vandalize Church*, S.F. News, Jan. 4, 2009, http://abclocal.go.com/kgo/story?section=news/local/san_francisco&id=6584961.

77. News report: *Church Vandalized With 'No On 8' Tags*, Free Republic, Nov. 8, 2008 http://www.freerepublic.com/focus/f-news/2128519/posts.

78. News report: Sandra Yi & Andrew Adams, *Number of LDS Churches Vandalized Increases to 7*, KSL.com, Nov. 11, 2008, http://www.ksl.com/?nid=148&sid=4762579&autostart=y.

79. News report: Ben Winslow, *Graffiti at LDS Chapel Treated as a Hate Crime*, Deseret News, Nov. 24, 2008, http://www.deseretnews.com/article/705264608/Graffiti-at-LDS-chapel-treated-as-a-hate-crime.html.

80. News report: *Vandals Arrange Prop. 8 Signs into Swastika*, KCAL-9, Nov. 7, 2008, http://cbs2.com/local/Proposition.8.Vandalism.2.859176.html.

81. News report: Chelsea Phua, *Mormon Church in Orangevale Vandalized in Wake of Prop. 8 Vote*, Sacramento Bee, Nov. 9, 2008, available on Westlaw at 2008 WLNR 26189882.

82. Posting by Renman, *Feds Investigate Vandalism at Mormon Sites*, Renaissance Man, Nov. 17, 2008, http://renman.blogspot.com/2008/11/feds-investigate-vandalism-at-mormon.html.

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

83. Press Release, Alliance Defense Fund, ADF Files Suit Against Radical Group that Invaded Mich. Church, May 13, 2009, http://www.alliancedefensefund.org/Home/ADFContent?cid=4944.

84. Complaint, *Mount Hope Church v. Bash Back*, No. 1:09-cv-00427 (W.D. Mich. filed May 13, 2009), Exhibits 2, 3.

85. Posting, Fuck You Mormons, http://www.afterfaith.com/?p=442 (Nov. 5, 2008, 07:29 AM).

86. News report: Matt Barbar, *Counterfeit Marriage and its Counterfeit Movement*, World Net Daily, Nov. 14, 2008, http://www.wnd.com/index.php?fa=PAGE.view&pageId=80924.

87. News report: Charlie Butts & Jody Brown, *Violence Urged Against Marriage Supporters*, One News Now, Nov. 6, 2008, http://www.onenewsnow.com/Culture/Default.aspx?id=313074.

88. News report: Jim Carlton, *Gay Activists Boycott Backers of Prop 8*, Wall St. J., Dec. 27, 2008, http://sec.online.wsj.com/article/SB123033766467736451.html.

89. News report: Maggie Gallagher, *Above the Hate*, Town Hall, Nov. 25, 2008 (internal quotations omitted), http://townhall.com/columnists/maggiegallagher/2008/11/25/above_the_hate/page/full/.

90. News report: Matthai Kuruvila, *Mormons Face Flak for Backing Prop. 8*, S.F. Chron., Oct. 27, 2008, http://articles.sfgate.com/2008-10-27/bay-area/17137948_1_mormons-salt-lake-city-based-church-ballot-measure.

91. Editorial, *The Prop 8 Campaign Money*, N.Y. Times, Nov. 29, 2008, http://www.nytimes.com/2008/11/29/opinion/29sat2.html?_r=3&th&emc=th.

92. Posting, Californians Against Hate, *Sworn Complaint Filed Against Mormon Church with California FPPC and 2 State Attorneys General*, Nov. 13, 2008, http://californiansagainsthate.blogspot.com/2008/11/sworn-complaint-filed-against-mormon.html.

93. Editorial, *Prop. 8's Battle Lessons*, L.A. Times, Nov. 11, 2008, http://www.latimes.com/news/opinion/editorials/la-ed-marriage11-2008nov11,0,3352846.story.

94. News report: FOXNews, *Several Gay Marriage Ban Protesters Arrested in Clashes with Police in California*, Nov. 6, 2008, http://www.foxnews.com/story/0,2933,447744,00.html.

95. News report: Pamela Hale-Burns, *Prop. 8 Protest Mostly Peaceful Despite 15 Arrests*, Long Beach Press-Telegram, Nov. 8, 2008, www.presstelegram.com/search/ci_10938555.

96. News report: CNN, *Same-sex Marriage Rallies Stretch Across Nation*, Nov. 16, 2008, http://www.cnn.com/2008/US/11/15/same.sex.marriage/index.html.

97. News report: Wyatt Buchanan, *Prop. 8 Protests Could Become National Movement*, S.F. Chron., Nov. 15, 2008, http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/15/MNF0144O0P.DTL.

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

Decl. of B. Stafford - 11

98. News report: Colin Moynihan, *At Mormon Temple, a Protest Over Prop 8*, N.Y. Times, Nov. 13, 2008, http://cityroom.blogs.nytimes.com/2008/11/13/at-mormon-temple-thousands-protest-prop-8/.

99. John Wildermuth & Demian Bulwa, *Same-Sex Marriage Backers Hit Capitol, Churches*, S.F. Chron., Nov. 10, 2008, http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008-/11/10/MN4E141B3P.DTL&type=printable.

100. News report: *"Kiss-in" Protest Held near Mormon Temple*, CBS News, July 14, 2009, http://www.cbsnews.com/stories/2009/07/14/national/main5158108.shtml.

101. News report: *Kiss-in Protest Is Held Outside Mormon Temple*, SignOn San Diego, July 23, 2009, http://www.signonsandiego.com/news/2009/jul/23/short-takes-news-brief-countywide-interest/.

102. News report: Erin Gorski, *Anger Over Gay Marriage Vote Directed at Mormons*, USA Today, Nov. 13, 2008, http://www.usatoday.com/news/religion/2008-11-13-Mormon-gay-marriage_N.htm.

103. News report: *Rioters Graffiti LDS Temple*, Nov. 7, 2008, http://beetlebabee.wordpress.com/2008/11/07/prop-8-who-has-the-hate/.

104. News report: John Wildermuth, *Gay-Rights Activists Protest Prop. 8 at Capitol*, S.F. Chron., Nov. 22, 2008, http://articles.sfgate.com/2008-11-23/bay-area/20873276_1_same-sex-marriage-gay-rights-geoff-kors.

105. News report: Tami Abdollah, *L.A. Mormon Temple Closed After Suspicious Envelope Arrives in Mail*, L.A. Times, Nov. 14, 2008, http://articles.latimes.com/2008/nov/14/local/me-mormon14.

106. News report: Ben Winslow, *Powder Scares at 2 LDS Temples, Catholic Plant*, Deseret News, Nov. 14, 2008, http://deseretnews.com/article/content/mobile/1,5620,705262822,00.html?printView=true.

107. News report: Martin Wisckol, *Prop. 8 Leaders Accuse Foes of Harassment, Intimidation*, Orange County Reg., Nov. 14, 2008, http://www.ocregister.com/articles/prop-vassos-leaders-2229235-gay-marriage.

108. News report: Ben Winslow, *FBI to Run More Tests on Mystery Substance Mailed to LDS Church*, Deseret News, Nov. 18, 2008, http://www.deseretnews.com/article/70526-3982/FBI-to-run-more-tests-on-mystery-substance-mailed-to-LDS-Church.html.

109. News report: KMGH, *Book of Mormon Set Ablaze on Church Door Step*, Nov. 12, 2008, http://www.thedenverchannel.com/news/17964575/detail.html.

110. News report: Kieran Nicholson, *Book of Mormon Burned on Doorstep of Arapahoe LDS Church*, Denver Post, Nov. 12, 2008, http://www.denverpost.com/commented/ci_10964515?source=commented-news.

111. News report: *LDS First Presidency and Utah's Gay Community Call for Civility over Prop. 8*, KSL.com, Nov. 14, 2008,

Pls.˙ Pretrial Statement
(No. 3:09-CV-05456-BHS)

13

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

Decl. of B. Stafford - 12

http://www.ksl.com/?nid=148&sid=4794488&pid=1.

112. News report: *Bash Back! Trashes Mormon Church in Olympia*, Free Dominion, Nov. 16, 2008, http://www.freedominion.com.pa/phpBB2/viewtopic.php?p=1261252.

113. Posting of John Bisceglia, Burning Down the Houses of the "Holy," to Queer Equality Revolution, July 31, 2009, http://gaytaxprotest.blogspot.com/2009/01/burning-down-house.html.

114. Posting of John Bisceglia, Cruel Suffering Due to Marriage Inequality, Queer Equality Revolution, Aug. 3, 2009, http://gaytaxprotest.blogspot.com/2009/02/cruel-suffering-due-to-marriage.html.

115. News report: *Investigators: Mukilteo LDS Church Fire Was Arson*, KIROTV.com, Oct. 16, 2010, http://www.kirotv.com/news/25412144/detail.html.

116. News report: Rikki King, *Molotov Cocktail Used in Arson*, Herald (Everett, Wash.), Nov. 20, 2010, http://www.heraldnet.com/article/20101120/NEWS01/71119-9833/0/BLOG06.

117. News report: Ben Winslow, *Arson Suspected in LDS Chapel Fire*, Deseret News, May 16, 2009, http://www.deseretnews.com/article/705304394/Arson-suspected-in-LDS-chapel-fire.html.

118. News report: *Suspect Sought in Fire at West L.A. Mormon Church*, KTLA.com, June 30, 2010, http://www.ktla.com/news/landing/ktla-mormon-church-fire,0,6360738.story.

119. News report: *Vandals Target Mormon Church in West Linn*, KGW News, Sept. 9, 2010, http://www.kgw.com/news/Vandals-target-Mormon-church-in-West-Linn-102501689.html.

120. News report: Kim Minugh, *Sacto 9-1-1: Sacramento PD Investigating Anti-Mormon Vandalism*, Jan. 12, 2010, http://blogs.sacbee.com/crime/archives/hate-crime/.

121. News report: Josh Peterson, *Richland Police Investigate Vandalism at LDS Temple*, KVEW TV, http://www.kvewtv.com/article/2011/may/13/richland-police-investigate-vandalism-lds-temple/.

122. Editorial: *No Mob Veto*, N.Y. Times, Dec. 5, 2008, http://www.article6blog.com/2008/12/05/no-mob-veto-taking-a-stand-on-prop-8-related-violence-and-intimidation/.

123. Letter from Joseph E. Kurtz, Archbishop of Louisville, to Thomas S. Monson, President of the Church of Jesus Christ of Latter-day Saints (Nov. 21, 2008) (archived at the U.S. Conference of Catholic Bishops web site, at http://www.usccb.org/comm/archives/2008/08-187.shtml).

124. Posting, Rabbi Shifren, *We All Are Mormons*, Nov. 20, 2008 http://www.lawatchdog.com/RabbiShifren-WeAreAllMormons112008.html.

125. News report: *"We Are All Mormons," Proclaims Rabbi Shifren*, Nov. 25, 2008, http://preservingmarriage.blogspot.com/2008/11/we-are-all-mormons-proclaims-rabbi.

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

14

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

Decl. of B. Stafford - 13

html.

126. News report: Maureen Mullarkey, *The New Blacklist*, Weekly Standard, Mar. 16, 2009, http://www.weeklystandard.com/Content/Public/Articles/000/000/016/252zsbwa.asp?nopager=1.

127. Postings at http://broadwayworld.com/board/readmessage.cfm?boardid=2-&thread=983640 (last visited June 27, 2011).

128. News report: Dominic Holden, *Know They Enemy*, The Stranger, June 2, 2009, http://www.thestranger.com/seattle/Content?oid=1635015&mode=print.

129. News report: Maria Armental, *Same-sex Marriage Protesters Assaulted with Food*, Projo 7 to 7 News Blog, July 29, 2009, http://newsblJune 24, 2011og.projo.com/2009/07/working-32.html.

130. News report: Mike Adams, *Ask God What Your Grade Is*, Town Hall, Feb. 16, 2009, http://townhall.com/columnists/mikeadams/2009/02/16/ask_god_what_your_grade_is/page/full/.

131. Complaint, *Lopez v. Candaele*, No. 2:09-cv-00995-GHK-FFM, Verified Complaint for Declaratory and Injunctive Relief, Monetary Damages, and Attorneys' Fees and Costs, (C.D. Cal. Feb. 11, 2009), *available at* http://oldsite.alliancedefensefund.org/userdocs/LopezComplaint.pdf.

132. Press Release, Alliance Defense Fund, ADF Sues University on Behalf of Christian Student Punished for Opposing Homosexual Adoption, Oct. 30, 2006, http://www.adfmedia.org/News/PRDetail/1796?search=1.

133. News report: Jennifer Bonnett, *Galt Attorney: Son Harassed by Teacher Over Proposition 8*, Lodi News-Sentinel, Oct. 30, 2008, http://www.lodinews.com/news/article_ceab839e-2b32-51d5-a045-320a9422b09b.html.

134. Press Release, Alliance Defense Fund, E. Mich. Univ. Ousts Student for not Affirming Homosexual Behavior, April 3, 2009, http://www.adfmedia.org/News/PRDetail/4087.

135. Press Release, Alliance Defense Fund, Augusta State Univ. to Counseling Student: Change Your Beliefs or Get Out, July 22, 2010, http://www.adfmedia.org/News/PRDetail/4140.

136. News report: *School Counselor Targeted for Supporting Maine's Pro-Marriage Question 1*, Catholic News Agency, Nov. 3, 2009, http://www.catholicnewsagency.com/news/school_counselor_targeted_for_supporting_maines_promarriage_question_1/.

137. Press Release, Alliance Defense Fund, Complaints Dismissed Against Maine Counselor Who Supported Marriage, Oct. 30, 2009, http://www.adfmedia.org/News/PRDetail/3330.

138. Press Release, Thomas More Law Center, TMLC Retained by University of Toledo Administrator Fired for Biblical Views Against Homosexuality, May 22, 2008, http://www.thomasmore.org/qry/page.taf?id=19&_function=detail&sbtblct_uid1=388&_nc=d6dffc5d694c7960366577ae35b9c27f.

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

15

Decl. of B. Stafford - 14

139. Editorial: Crystal Dixon, Op-Ed., *Gay Rights and Wrongs: Another Perspective*, Toledo Free Press, Apr. 18, 2008, http://www.toledofreepress.com/2008/04/18/gay-rights-and-wrongs-another-perspective/.

140. News report: *Calif. Professor Fired for Homosexual Comments Wins $100K Settlement*, LifeSiteNews.com, July 26, 2010, http://www.lifesitenews.com/news/archive/ldn/2010/jul/10072604.

141. News report: Kathleen Gilbert, *U. of Illinois Fires Catholic Prof for Explaining Church Teaching on Homosexuality*, LifeSiteNews.com, July 12, 2010, http://www.lifesitenews.com/news/archive/ldn/2010/jul/10071205.

142. Email from Dr. Kenneth Howell, professor at University of Illinois Urbana-Champaign, to his students (May 4, 2010, 9:45 PM) (archived at http://www.lifesitenews.com/news/archive/ldn/2010/jul/10071907).

143. News report: Joe Kovacs, *Kodak Fires Man over "Gay" Stance: 23-Year Veteran of Global Film Giant Objected to Pro-Homosexual Memo*, World Net Daily, Oct. 24, 2002, http://www.wnd.com/news/article.asp?ARTICLE_ID=29394.

144. News report: Ron Strom, *Allstate Terminates Manager over Homosexuality Column*, World Net Daily, June 24, 2005, http://www.wnd.com/index.php?pageId=30993.

145. Complaint, *Walden v. Center for Disease Control and Prevention*, No. 1:08-cv-2278-JEC-FFM, Verified Complaint for Declaratory Relief and Damages, (N.D. Ga. July 14, 2008), *available at* http://oldsite.alliancedefensefund.org/userdocs/WaldenComplaint.pdf.

146. Editorial, *Prop. 8—Boycott, or Blacklist? Shunning Businesses Is One Thing; Intimidation Crosses the Line*, L.A. Times, Dec. 10, 2008, http://www.latimes.com/news/opinion/editorials/la-ed-boycott10-2008dec10,0,2703213.story.

147. News report: Rachel Abramowitz and Tina Daunt, *Prop. 8 Rifts Put Industry on Edge*, Nov. 23, 2008, http://articles.latimes.com/2008/nov/23/entertainment/et-shunned23.

148. News report: John R. Lott, Jr. and Bradley Smith, Op-Ed, *Donor Disclosure Has Its Downsides: Supporters of California's Prop. 8 Have Faced a Backlash*, Wall St. J., Dec. 26, 2008, http://online.wsj.com/article/SB123025779370234773.html.

149. News report: Marcus Crowder, *Theater Felt Growing Pressure Before Artistic Director Quit*, Sacramento Bee, Nov. 12, 2008, http://www.sacbee.com/295/story/1390297.html.

150. News report: Jesse McKinley, *Theater Director Resigns Amid Gay-Rights Ire*, N.Y. Times, Nov. 12, 2008, http://www.nytimes.com/2008/11/13/theater/13thea.html.

151. News report: Jennifer Garza, *Protests Over Proposition 8 Outcome Getting Personal*, Deseret News, Nov. 13, 2008, http://deseretnews.com/article/content/mobile/1,5620,705262671,00.html.

152. Statement of Scott Eckern Resigning as Artistic Director for California Musical Theatre, Nov. 12, 2008, http://losangeles.broadwayworld.com/article-/Scott_Eckern_Releases_Statement_and_Announces_Resignation_as_Artistic_Director_for_California_Musical_Theatre_20081112.

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

16

Decl. of B. Stafford - 15

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

153. News report: Gregg Goldstein, *Richard Raddon Resigns Post*, Hollywood Reporter, Nov. 25, 2008, http://www.hollywoodreporter.com/news/richard-raddon-resig-ns-post-123543.

154. News report: Tami Abdollah & Cara Mia DiMassa, *Prop. 8 Foes Shift Attention*, L.A. Times, Nov. 14, 2008, http://articles.latimes.com/2008/nov/14/local/me-boycott14.

155. News report: Steve Lopez, *Prop. 8 Stance Upends Her Life*, L.A. Times, Dec. 14, 2008, http://articles.latimes.com/print/2008/dec/14/local/me-lopez14.

156. News report: Karen Grigsby Bates, *Backers of Calif. Gay Marriage Ban Face Backlash*, NPR, Mar. 5, 2009, http://www.npr.org/templates/story/story.php?storyId=101460517.

157. News report: Greg Gutfeld, *Major Victory for Prop 8 Protestors*, Foxnews.com, Dec. 11, 2008, http://www.foxnews.com/printer_friendly_story/0,3566,465413,00.html.

158. News report: Steve Lopez, *Choice Words About Prop. 8*, L.A. Times, Dec. 17, 2008, http://articles.latimes.com/2008/dec/17/local/me-lopez17.

159. News report: Emma Ruby-Sachs, *The Anti-Gay Blacklist*, Huffington Post, Nov. 17, 2008, http://www.huffingtonpost.com/emma-rubysachs/the-anti-gay-blacklist_b_144284.html.

160. News report: Devin Clerici, *Prop. 8 Foes Aim Their Ire at Lassen's Stores: Owner Backed Ballot Measure*, Ventura County Star, Nov. 19, 2008, http://www.venturacountystar.com/news/2008/nov/19/prop-8-foes-aim-their-ire-at-local-lassens/.

161. News report: *Prop. 8 Opponents Protest Ice Cream Parlor*, KCRA.com, Nov. 17, 2008, http://www.kcra.com/politics/17994183/detail.html.

162. News report: Tony Cochran, *Rally Against Prop H8: Manchester Grand Hyatt*, http://www.indybay.org/newsitems/2008/11/18/18552103.php.

163. News report: Bill Ainsworth, *Gay Rights Groups to Boycott Manchester Grand Hyatt: Owner Donated to Proposition 8*, San Diego Union-Tribune, July. 10, 2008, http://www.signonsandiego.com/news/metro/20080710-9999-1m10boycott.html.

164. News report: William M. Welch, *Prop 8 Foes Turn to 'Blacklist' Tactics*, USA Today, Dec. 21, 2008, http://www.usatoday.com/news/nation/2008-12-21-blacklist_N.htm.

165. Web site: Boycott A-1 Self Storage, http://boycotta-1selfstorage.com/ (last visited June 27, 2011).

166. News report: Lori Arnold, *Chick-fil-A Target of Gay Rights' Boycott*, Christian Examiner, Feb. 2011, http://www.christianexaminer.com/Articles/Articles%20Feb11-/Art_Feb11_17.html.

167. Posting: PghLesbian, *Cinemark Responds on CEO $10,000 Donation to Prop 8, to Pam's House Blend*, http://www.pamshouseblend.com/showDiary.do?diaryId=8286 (Nov 17, 2008, 15:57:20 EST).

168. Facebook Page: Boycott Hoehn Motors, http://www.facebook.com/group.php?gid=36271556157#!-

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

17

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

Decl. of B. Stafford - 16

/group.php?gid=36271556157&v=info (last visited June 17, 2011).

169. *Proposition 8: Who Gave in the Gay Marriage Battle?*, L.A. Times, http://projects.latimes.com/prop8 (last visited June 17, 2011).

170. News report: Carmel Lobello, *Urban Outfitters Faces Boycott Over Gay Rights*, Death and Taxes, June 1, 2011, http://www.deathandtaxesmag.com/96790/urban-outfitters-faces-boycott-over-gay-rights/#1.

171. News report: Jonathan Valania, *Clothes Make the Man*, Philadelphia Weekly, June 11, 2003, http://www.philadelphiaweekly.com/news-and-opinion/cover-story/clothes_make_the _man-38368134.html.

172. News report: Tony Semerad, *Gay-rights Group, Garff Automotive Meet; Boycott Goes On*, Salt Lake Tribune, Feb. 12, 2009 (archived at http://www.sltrib.com/ci_11690618).

173. News report: Alison Stateman, *What Happens If You're on Gay Rights' "Enemies List,"* Time, Nov. 15, 2008, http://www.time.com/time/nation/article/0,8599,1859323,00.html.

174. Posting: *Boycott Mormon Businesses and Anyone Else Who Supported Prop 8*, Daily Kos, http://www.dailykos.com/story/2008/11/07/657069/-Boycott-Mormon-businesses-and-Anyone-else-who-Supported-Prop-8?via=search (Nov. 7, 2008, 3:01 PM PST).

175. News report: Juliet Macur, *For Some Sports Figures, Opinions Have a Price*, N.Y. Times, May 11, 2011, http://www.nytimes.com/2011/05/12/sports/olympics/gay-marriage-stance-costs-vidmar-olympic-role.html.

176. News report: Christine Brennan, *USOC Official Peter Vidmar Resigns After Anti-gay Marriage Actions*, USA Today, May 9, 2011, http://www.usatoday.com/sports/olympics/2011-05-06-peter-vidmar-resignation_N.htm.

177. News report: Jim Buzinski, *Peter Vidmar, Anti-gay Marriage Advocate, Chief of Mission for U.S. 2012 Olympic Team*, Outsports.com, Apr. 29, 2011, http://outsports.com/jocktalkblog/2011/04/29/peter-vidmar-anti-gay-marriage-advocate-chief-of-mission-for-u-s-2012-olympic-team/.

178. News report: FOXNews, *Miss California Sparks Furor with Gay Marriage Comments on Miss USA Telecast*, Apr. 20, 2009, http://www.foxnews.com/entertainment/2009/04/20/miss-california-sparks-furor-gay-marriage-comments-miss-usa-telecast/.

179. News report: Benoit Denizet-Lewis, *The Real Perez Hilton*, Advocate, Aug. 2009, http://www.advocate.com/printArticle.aspx?id=83093.

180. News report: Colleen Carroll Campbell, *Attacks on Miss California Reveal Intolerance of Gay-Rights Activists' Point of View: Beauty Queen Is Latest Target of a Campaign to Silence Critics of Same-Sex Marriage*, St. Louis Post-Dispatch, Apr. 30, 2009, at A17, *available at* http://www.stltoday.com/news/opinion/editorial/article-_2c7c2ec5-c5a9-58a8-94cc-e2fd52762512.html.

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

181.  News report: Lara Ellington-Brown, *Alan Duncan Defends Miss California Murder Quip*, First Post (London), Apr. 27, 2009, http://www.thefirstpost.co.uk/47185,people,news,alan-duncan-defends-miss-california-murder-quip.

182.  News report: ABCNews, *Perez Hilton "Floored" by Miss California* (Apr. 20, 2009), http://abcnews.go.com/Entertainment/Television/Story?id=7381893&page=2.

183.  Web site: EightMaps.com, http://www.eightmaps.com/Second (last visited June 20, 2011).

184.  Web site: Screen shots of eightmaps.com.

185.  News report: Brad Stone, *Prop 8 Donor Web Site Shows Disclosure Law Is 2-Edged Sword*, N.Y. Times, Feb. 8, 2009, http://www.nytimes.com/2009/02/08/business/08stream.html.

186.  News report: John Diaz, *The Ugly Backlash Over Proposition 8*, S.F. Chron., Nov. 23, 2008, http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/23/INOQ147155.DTL.

187.  News report: *Prop. 8 Anger Spurs Donor Blacklists*, CBS News, Nov. 13, 2008, http://www.cbsnews.com/stories/2008/11/13/eveningnews/main4601227.shtml.

188.  Web site: You Can't Hide Your Hate, http://youcanthideyourhate.blogspot.com/ (last visited June 21, 2011).

189.  Editorial, *Outing Prop. 8 Donors*, Press-Telegram (Long Beach), Dec. 1, 2008, http://www.presstelegram.com/fdcp?1228505265584).

190.  Posting: Rights Equal Rights, Californians Against Hate, July 8, 2010, http://www.californiansagainsthate.com/.

191.  Web site: Fight the Right Wing Nuts, Jan. 8, 2009, http://fighttherightwingnuts.blogspot.com/2009/01/pro-h8-bigots-who-donated-in-palo-alto.html.

192.  Web site: KnowThyNeighbor, June 22, 2010, http://knowthyneighbor.org/.

193.  Web site: The Mormons Stole Our Rights, Nov. 7, 2008, http://y-oh-y.blogspot.com/2008/11/mormons-stole-our-rights.html.

194.  Web site: Mormonsfor8, Jun. 22, 2011, https://spreadsheets.google.com/pub?key=pe2023SzWXxE8wYX5qWeoIw.

195.  Web site: Mormons For 8 Donors, *Mormons For Proposition 8 Donors*, June 17, 2011, http://mormonsfor8.com/.

196.  Web site: StopTheMormons, June 22, 2011, http://www.stopthemormons.com/.

197.  Web site: Anti-gay Blacklist, Rick Wagner, http://www.oaklawnrick.com/styled/page13/ (last visited June 21, 2011).

198.  Web site: AntiGay Blacklist of Donors, *Protect All Marriage*, http://protectallmarriage.blogspot.com/2008_11_09_archive.html (last visited June 21, 2011).

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

Decl. of B. Stafford - 18

199. Posting of Bluebear, Take Your Zamboni and Shove It.... Individuals/organizations That Funded Prop 8, to DemocraticUnderground.com, http://www.democraticunderground.com/discuss/duboard.php?az=view_all&address=389x4531606 (Nov. 25, 2008, 4:05 AM).

200. Web site: *Proposition 8 Contributions*, S.F. Chron., http://www.sfgate.com/webdb/prop8/ (last visited June 17, 2011).

201. Web site: Queer United: Washinton Decline to Sign Referendum 71, May 23, 2009, http://queersunited.blogspot.com/2009/05/washington-decline-to-sign-ref.com.

202. Web site: Review of Leatherby's Family Creamery, http://www.insiderpages.com/b/3711178877/leatherbys-family-creamery-sacramento (last visited June 17, 2011).

203. Web site: Inbox Influence, https://inbox.influenceexplorer.com/ (last visisted June 17, 2011).

204. News report: George Will, *Liberal Intimidation on Referendum 71*, Kitsap Sun, Oct. 31, 2009, http://www.kitsapsun.com/news/2009/oct/31/george-will-liberal-intimidation-on-referendum/.

205. News report: Jerry Cornfield, *Tea Party Activist Runs for Seat in Legislature*, Herald (Everett, Wash.), Aug. 23, 2009, http://www.heraldnet.com/article/20090823/NEWS01/708239842.

206. Declaration of Sarah Troupis in Supp. of Def.-Intervenors' Mot. for Protective Order, *Perry v. Schwarzenegger*, No. 3:09-cv-2292 (No. 187-13) (N.D. Cal. Sep. 15, 2009).

207. Web site: Revoke LDS Church 501(c)(3) Status, http://lds501c3.wordpress.com/ (Oct. 29, 2008).

208. Web site: Equal Rights Washington, About Us, http://www.equalrightswashington.org/?page_id=7 (last visited June 22, 2011).

209. Web site: Revoke the Mormon Church's Tax-Exempt Status, http://www.dailykos.com/story/2008/11/07/656566/-Revoke-the-Mormon-Churchs-Tax-Exempt-Status (Nov. 7, 2008, 5:55 AM PST).

210. Web site: Revoke LDS Tax Status, http://www.freethoughtpedia.com/wiki/Revoke_-LDS_tax_status (last visited June 14, 2011).

211. Web site: Public Disclosure Commission, *Cash Contributions for: PROTECT MARRIAGE WA*, http://www.pdc.wa.gov/MvcQuerySystem/CommitteeData/contributions-?param=UFJPVE1XIDIyMw====&year=2009&type=continuing.

212. Web site: Public Disclosure Commission, *Cash Contributions for: VOTE REJECT ON R-71*, http://www.pdc.wa.gov/MvcQuerySystem/CommitteeData/contributions?param=Vk9URVI3MTAzMQ====&year=2009&type=initiative.

213. Web site: Public Disclosure Commission, *Cash Contributions for: HUMAN RIGHTS CAMPAIGN APPROVE REFERENDUM 71 PAC*, http://www.pdc.wa.gov/MvcQuerySystem/CommitteeData/contributions?param=SFV

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

20

Decl. of B. Stafford - 19

NQVJDIDAzNg====&year=2009&type=initiative.

214. Web site: Public Disclosure Commission, *Cash Contributions for: WA FAMILIES STANDING TOGETHER*, http://www.pdc.wa.gov/MvcQuerySystem/CommitteeData/contributions?param=V0F TSEZTIDEwMg====&year=2009&type=initiative.

215. News report: A Note From the Editors, Synapse (San Francisco), Dec. 4, 2008, http://synapse.ucsf.edu/articles/2008/december/04/editorsnote.html.

216. News report: Associated Press, *Some Gay-Rights Foes Claim They Now Are Bullied*, June 12, 2011, http://www.foxnews.com/politics/2011/06/12/some-gay-rights-foes-cla-im-now-are-bullied/#ixzz1Q4AghWEc.

217. News report: Bret Evans & Jeff Krehely, *Voters as Victims: A Right-Wing Sleight of Hand*, Center for American Progress, Apr. 27, 2010, http://www.americanprogress.org/issues/2010/04/voters_victims.html.

218. Posting: *Elizabeth Scott: Gay Marriage Stance*, Aug. 6, 2010, (YouTube Video posted by ElizabethForUS).

219. Comment of John Bisceglia, Comment No. 6 to Queerty, May 6, 2009, http://www.queerty.com/repealing-washingtons-domestic-partnership-laws-will-fail-2 0090506/.

220. Web site: AntiGayBlacklist, Nov. 24, 2010, http://antigayblacklist.com.

221. News report: Sophia Pearson, *Clement Quits King & Spalding Over Marriage Act Decision*, Bloomberg, Apr. 25, 2011, http://www.bloomberg.com/news/2011-04-25-/clement-quits-king-spalding-over-marriage-act-decision-2-html.

222. News report: *Clement Breaks with King & Spalding over Marriage Act*, Reuters, Apr. 25, 2011, http://www.reuters.com/article/2011/04/25/us-gaymarriage-lawyer-idUSTRE73O4MN 20110425.

223. News report: Kevin Cathcart, *DOMA: No Defense, No Excuse*, Huffington Post, Apr. 27, 2011 http://www.huffingtonpost.com/kevin-cathcart/doma-no-defense-no-excuse_b_853886 .html.

224. News report: Dahlia Lithwick, *The Best Offense Is a Good Defense*, Slate, Apr. 26, 2011, http://www.slate.com/id/2292224/.

225. Posting of John Bisceglia, It Is Time for Violence Against Property, to Queer Equality Revolution, July 28, 2009, http://gaytaxprotest.blogspot.com/2009/07/it-is-time-for-violence-against-property.html.

226. News report: Jared Paben & John Stark, *Local Gay Blogger's Web Site Cited as Reason to Hide Referendum 71 Donor Names*, Bellington Herald, Aug. 11, 2009, http://blogs.bellinghamherald.com/politics/bellingham/local-gay-bloggers-web-site-cited-as-reason-to-hide-referendum-71-donor-names/.

227. Posting of Jimmy Orr, Miss California Sparks Outrage over Gay Marriage Remarks, to

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

21

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

Decl. of B. Stafford - 20

Christian Science Monitor, Apr. 20, 2009, features.csmonitor.com, http://features.csmonitor.com/politics/2009/04/20/miss-california-sparks-outrage-over-gay-marriage-remarks.

228. Posting: *Washingtonians: Decline to Sign Referendum 71*, May 9, 2009, Pam's House Blend, http://www.pamshouseblend.com/diary/10890/washingtonians-dec-line-to-sign.org.

229. Facebook page: *Decline to Sign Referendum 71*, Facebook, June 12, 2009, http://www.facebook.com/event.php?eid=80812303533.

230. Posting: Dan Savage, *Decline to Sign Facebook Message*, June 12, 2009, http://www.facebook.com/note.php?note_id=199028310423.

231. Web site: *Proposition 8: Who Gave in the Gay Marriage Battle?*, L.A. Times, http:projects.latimes.com/prop8/donation/77149 (last visited June 28, 2011) (documenting contribution of Peter Vidmar).

232. Referendum 71 Election Result (from the web site of the Washington Secretary of State).

233. Letter from Pastor Nikolay Grishko.

234. Letter from Pastor Alexander Sipko.

235. Letter from Natalya Bulankina.

236. Posting of John Bisceglia, *So What Are We to Do to Protect our Family?* (Sept. 18, 2010, 9:37 AM).

237. Email from Larry Stickney to Sherriff John Lovick.

238. News Report: Dominic Holden, *Heavy-Handed*, Stranger, May 19, 2009.

239. Posting: David Ammons, *Who Signs R-71? Foes May Post it Online*, California Secretary of State Blogs, June 2, 2009, http://blogs.secstate.wa.gov/FromOurCorner/index.php/2009/06/who-signs-r-71-foes-may-post-it-online/.

240. Web site: WhoSigned.org, http://www.whosigned.org (last visited July 26, 2009).

241. Press Release, KnowThyNeighbor.org, *Whosigned.org Refutes Intimidation Charges; Will Post Names of Petition Signers as Planned*, June 8, 2009.

242. News report: Jim Camden, *Outing Referendum Petition Signers Works Both Ways*, Spokesman-Review, June 7, 2009.

243. News report: Richard Roesler, *Group Will Publish Names of Partner-rights Opponents*, Spokesman-Review, June 3, 2009.

244. News report: Lornet Turnbull, *Gay-rights Strategy Raises Issue of Privacy in Democratic Process*, Seattle Times, June 7, 2009.

245. News report: Curt Woodward, *Gay Rights Supporters Plan to Out Referendum Signers*, News Tribune, June 2, 2009.

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

22

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

Decl. of B. Stafford - 21

246. Editorial, *Publicizing Petition Signers Will Bring Nothing But Trouble*, Yakima Herald-Republic, June 9, 2009.

247. Editorial, *Don't Try to Intimidate People Who Sign Initiative Petitions*, Seattle Times, June 19, 2009.

248. Letter to the Editor: Chriten F. Kaufman, *Gay Rights: Group's Action Could Be Inflammatory*, News Tribune, June 6, 2009.

249. Declarations of John Doe #1 through John Doe #58, filed in Support of Plaintiffs' Motion for Preliminary Injunction in the case of *ProtectMarriage.com, et al. v. Debra Bowen, et al.*, No. 2:09-cv-00058 (E.D. Cal.).

250. Email from Krystal Mountaine to

251. News report: Russ Jones, *Cisco Cans Christian Consultant*, OneNewsNow, June 23, 2011, http://www.onenewsnow.com/Culture/Default.aspx?id=1376678.

252. Press Release, Alliance Defense Fund, Anarchists that Invaded Mich. Church Lose to the Rule of Law, July 12, 2011, http://www.alliancedefensefund.org/News/PRDetail/4974#CurrentNewsRelease.

253. Consent Order Granting Permanent Injunction, *Mount Hope Church v. Bash Back!*, No. 1:09-CV-427 (W.D. Mich. July 11, 2011), *available at* http://www.adfmedia.org/files/BashBackOrderIndiv.pdf.

254. Posting by Bash Back! Lansing, Lansing: A Really Queer Action Nov. 9th!, http://oldsite.alliancedefensefund.org/userdocs/BashBackWebPage2.pdf (Oct. 23, 2008, 7:44 PM).

255. News report: *Barker Town Clerk Resigns over Same-sex Marriage*, Your News Now, July 12, 2011, http://centralny.ynn.com/content/top_stories/549724/barker-town-clerk-resigns-over-same-sex-marriage/.

256. News report: *First Town Clerk Announces Resignation in Light of Gay "Marriage" Legislation*, New Yorkers for Constitutional Freedoms, http://www.nycf.info/component/content/article/37-home/403-first-town-clerk-announces-resignation-in-light-of-gay-qmarriageq-legislation (last visited July 16, 2011).

257. News report: Dan Wiessner, *New York Town Clerk Quits over Gay Marriage Licenses*, Reuters, July 12, 2011, http://www.reuters.com/article/2011/07/12/us-gaymarriage-newyork-resignation-idUSTRE76B7BJ20110712.

258. Web site: Businesses & Organizations that Supported Prop 8, Human Rights Campaign, Nov. 14, 2008, http://www.hrc.org/documents/Prop8_supporters.pdf.

259. Web site: Don'tBuyFromBigots.com, http://www.dontbuyfrombigots.com/ (last visited July 16, 2011).

260. Web site: Boycott: List of Supporters of Prop 8, AfterEllen.com, http://www.afterellen.com/node/39787 (last visited July 16, 2011).

261. Posting: Elie Mystal, *Town Clerk in New York Resigns Rather than Enforcing the Law—The 'Gay' Law, of Course*, July 13, 2011,

Pls.' Pretrial Statement
(No. 3:09-CV-05456-BHS)

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

23

Decl. of B. Stafford - 22

1    http://abovethelaw.com/2011/07/town-clerk-in-new-york-resigns-rather-than-enforcing-the-law-the-gay-law-of-course/.

2    262.   Four audio recordings of voice mails received by Larry Stickney.

3    263.   "Dear R71" Letter, from Heidi Steinbach.

Dated this 9th day of August, 2011.

Respectfully submitted,


/s/ Jared Haynie
James Bopp, Jr. (Ind. Bar No. 2838-84)*                  Stephen Pidgeon
     jboppjr@aol.com                                      ATTORNEY AT LAW, P.S.
Joseph E. La Rue (Ohio Bar No. 80643)*                    30002 Colby Avenue, Suite 306
     jlarue@bopplaw.com                                   Everett, Washington 98201
Jared Haynie (Colo. Bar No. 41751)*                       (360) 805-6677
     jhaynie@bopplaw.com                                  *Counsel for All Plaintiffs*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
(812) 232-2434
*Counsel for All Plaintiffs*
**Pro Hac Vice Application Granted*

Pls.' Pretrial Statement                                  BOPP, COLESON & BOSTROM
(No. 3:09-CV-05456-BHS)                                   1 South Sixth Street
                                                          Terre Haute, Indiana 47807
                                   24                     (812) 232-2434

Decl. of B. Stafford - 23

# Certificate of Service

I, Jared Haynie, am over the age of eighteen years and not a party to the above-captioned action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On August 9, 2011, I served the foregoing document, described as Plaintiffs' Pretrial Statement, by emailing a copy of the same to counsel's respective emails below:

(1) Counsel for Defendants Sam Reed and Brenda Galarza:
Anne E. Egeler — anne1@atg.wa.gov
Jay Geck — jayg@atg.wa.gov
William G. Clark — billc2@atg.wa.gov

(2) Counsel for Intervenor Washington Coalition for Open Government:
Steven J. Dixson — sjd@wkdlaw.com
Duane M. Swinton — dms@wkdlaw.com
Leslie R. Weatherhead — lwlibertas@aol.com

(3) Counsel for Intervenor Washington Families Standing Together
Ryan McBrayer — rmcbrayer@perkinscoie.com
Kevin J. Hamilton — khamilton@perkinscoie.com
William B. Staffort — wstafford@perkinscoie.com
Rhonda L. Barnes — rbarnes@perkinscoie.com

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct.

Executed this 9th day of August, 2011.


/s/ Jared Haynie
Jared Haynie
*Counsel for All Plaintiffs*

Pls.` Pretrial Statement
(No. 3:09-CV-05456-BHS)

Bopp, Coleson & Bostrom
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

Decl. of B. Stafford - 24