The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOHN DOE #1, an individual, JOHN DOE #2, an individual, and PROTECT MARRIAGE WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, BRENDA GALARZA, in her official capacity as Public Records Officer for the Secretary of State of Washington,<br><br>Defendant. | NO. 09-cv-05456-BHS<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Defendants offer the following supplemental authority. These cases were issued after Defendants' Motion for Summary Judgment was filed. They address First Amendment challenges to state disclosure laws as they apply to an organization opposing same-sex marriage.

1. *Nat'l Org. for Marriage v. Daluz*, __ F.3d __, 2011 WL 3505549 (1st Cir., Aug. 11, 2011).

2. *Nat'l Org. for Marriage v. McKee*, __ F.3d __, 2011 WL 3505544 (1st Cir., Aug. 11, 2011).

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT -- NO. 09-CV-05456-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

DATED this 23rd day of August, 2011.

ROBERT M. MCKENNA
Attorney General

 s/ Anne Egeler
ANNE EGELER, WSBA #5313
Deputy Solicitor General
Annee1@atg.wa.gov

WILLIAM CLARK, WSBA #9234
Senior Counsel
PO Box 40100
Olympia, WA  98504-0100
360-664-3027

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT -- NO.  09-CV-05456-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing Notice of Supplemental Authority in Support of Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

James Bopp, Jr., jboppjr@aol.com
Joseph La Rue, jlarue@bopplaw.com
Stephen Pidgeon, stephen.pidgeon@comcast.net
Steven Dixson, sjd@wkdtlaw.com, collettr@wkdtlaw.com
Duane Swinton, dms@wkdtlaw.com
Leslie Weatherhead, lwlibertas@aol.com, emilyr@wkdtlaw.com, janetj@wkdtlaw.com
William Stafford, wstafford@perkinscoie.com
Ryan McBrayer, rmcbrayer@perkinscoie.com, nreynolds@perkinscoie.com, docketsea@perkinscoie.com
Kevin Hamilton, khamilton@perkinscoie.com, canderson@perkinscoie.com, docketsea@perkinscoie.com
Jared M. Haynie, jhaynie@bopplaw.com, thehaynies@gmail.com

I declare under the penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed this 23rd day of August, 2011.

s/ Anne E. Egeler
ANNE E. EGELER

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT --
NO. 09-CV-05456-BHS

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200