THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE #1, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAM REED, et al.,<br><br>　　　　　Defendants. | No. 3:09-CV-05456-BHS<br><br>**NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION** |

Pursuant to CR 39.1(c)(6), notice is hereby given that on Monday, August 29, 2011, the parties participated in a mediation.  The case was not resolved.

DATED this 29th day of August, 2011.

　　　　　　　　　　　　　　　　　　s/ Louis D. Peterson
　　　　　　　　　　　　　　　　Louis D. Peterson
　　　　　　　　　　　　　　　　CR 39.1 Mediator

*Notice of Occurrence of Alternative Dispute Resolution: (3:09-CV-05456-BHS) 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rhonda L Barnes - rbarnes@perkinscoie.com,kleach@perkinscoie.com

James Bopp , Jr - jboppjr@aol.com

William G Clark - billc2@atg.wa.gov,aaronw@atg.wa.gov,jenniferd4@atg.wa.gov, TORSeaEF@atg.wa.gov

William Berggren Collins - wbcollins@comcast.net

Steven Joseph Dixson - sjd@witherspoonkelley.com,aliciaa@witherspoonkelley.com

Anne Elizabeth Egeler - annee1@atg.wa.gov,sgoolyef@atg.wa.gov

Jay Douglas Geck - JayG@atg.wa.gov,sgoolyef@atg.wa.gov

Kevin J Hamilton - KHAMILTON@PERKINSCOIE.COM, docketsea@perkinscoie.com,CANDERSON@PERKINSCOIE.COM

Jared M. Haynie - jhaynie@bopplaw.com,kphillips@bopplaw.com, njohnson@bopplaw.com,thehaynies@gmail.com

Joseph E La Rue - jlarue@bopplaw.com

Ryan McBrayer - RMcBrayer@perkinscoie.com,docketsea@perkinscoie.com, NReynolds@perkinscoie.com

Stephen Walter Pidgeon - Stephen.pidgeon@comcast.net

William B. Stafford - WStafford@perkinscoie.com,docketsea@perkinscoie.com, awells@perkinscoie.com

Duane M Swinton - dms@wkdtlaw.com

Leslie R. Weatherhead - lwlibertas@aol.com,janetj@wkdtlaw.com, deborahp@witherspoonkelley.com

*Certificate of Service - (3:09-CV-05456-BHS)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Arthur S West- awestaa@gmail.com

DATED this 29th day of August, 2011 at Seattle, Washington.

By   s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  ldp@hcmp.com

ND: 99688.002  4851-5478-9130v1

*Certificate of Service - (3:09-CV-05456-BHS)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789