# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| **John Doe #1**, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br>**Sam Reed**, *et al.*,<br><br>　　　　　Defendants. | No. 3:09-CV-05456-BHS<br><br>**Notice of Withdrawal**<br><br>The Honorable Benjamin H. Settle |

## Notice of Withdrawal

Pursuant to Local General Rule 2(g)(2)(B), Jared Haynie, counsel for Plaintiffs, respectfully notes this *Notice of Withdrawal.* In support, Mr. Haynie states as follows:

**1.** On January 10, 2011, Mr. Haynie was granted admission to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned case. (*See* Dkt. 190.)

**2.** On September 16, 2011, Mr. Haynie will discontinue his employment with Bopp, Coleson & Bostrom.

**3.** Because Plaintiffs secured the law firm Bopp, Coleson & Bostrom as counsel, Mr. Haynie will no longer be able to offer Plaintiffs legal counsel. Please remove his name from counsel lists and email distribution lists.

Respectfully submitted this 1st day of September, 2011.

s/ Jared Haynie
Jared Haynie (Colo. Bar No. 41751)

By:

s/ James Bopp, Jr.
James Bopp, Jr. (Ind. Bar No. 2838-84)*
Joseph E. La Rue (Ohio Bar No. 80643)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
(812) 232-2434
*Counsel for All Plaintiffs*

*Pro Hac Vice Application Granted

Stephen Pidgeon
ATTORNEY AT LAW, P.S.
30002 Colby Avenue, Suite 306
Everett, Washington 98201
(360) 805-6677
*Counsel for All Plaintiffs*

# Certificate of Service

I, Jared Haynie, am over the age of eighteen years and not a party to the above-captioned action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On September 1, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

    (1) Counsel for Defendants Sam Reed and Brenda Galarza:
        Anne E. Egeler — annee1@atg.wa.gov
        Jay Geck — jayg@atg.wa.gov
        William G. Clark — billc2@atg.wa.gov

    (2) Counsel for Intervenor Washington Coalition for Open Government:
        Steven J. Dixson — sjd@wkdlaw.com
        Duane M. Swinton — dms@wkdlaw.com
        Leslie R. Weatherhead — lwlibertas@aol.com

    (3) Counsel for Intervenor Washington Families Standing Together
        Ryan McBrayer — rmcbrayer@perkinscoie.com
        Kevin J. Hamilton — khamilton@perkinscoie.com
        William B. Staffort — wstafford@perkinscoie.com
        Rhonda L. Barnes — rbarnes@perkinscoie.com

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct.

Executed this 1st day of September, 2011.


   s/ Jared Haynie
Jared Haynie
*Counsel for All Plaintiffs*

**Notice of Withdrawal**                          3                          **BOPP, COLESON & BOSTROM**
**(No. 3:09-CV-05456-BHS)**                                       **1 South Sixth Street**
                                                                               **Terre Haute, Indiana 47807-3510**
                                                                                    **(812) 232-2434**