1
2
3
4
5
6
7
8
9
10

## United States District Court
### Western District of Washington
### Tacoma Division

| | |
|---|---|
| **John Doe #1**, et al., | No. 3:09-CV-05456-BHS |
| Plaintiffs, | The Honorable Benjamin H. Settle |
| vs. | |
| **Sam Reed**, et al., | **[Proposed] Order Granting Motion to Continue Trial** |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| **Mot. to Continue Trial** <br> **(No. 3:09-CV-05456-BHS)** | 1 | **BOPP, COLESON & BOSTROM** <br> **1 South Sixth Street** <br> **Terre Haute, Indiana 47807-3510** <br> **(812) 232-2434** |

1  This matter is before the Court on Plaintiffs' Motion to Continue the Trial. Having reviewed
2  the motion and the arguments in support thereof, the Court finds that a continuance warranted in
3  this case, for good cause shown.
4  The motion to continue the trial is hereby GRANTED. The Court's order, dated January 12,
5  2011 (Dkt. 191), is hereby amended, so that the pretrial conference and bench trial start date are
6  suspended pending the resolution of the cross motions for summary judgment.

9  IT IS SO ORDERED.

11  Dated: _____, 2011

14  _____
15  The Honorable Benjamin H. Settle
   United States District Court Judge

**Mot. to Continue Trial**     **2**     **BOPP, COLESON & BOSTROM**
(No. 3:09-CV-05456-BHS)     **1 South Sixth Street**
**Terre Haute, Indiana 47807-3510**
**(812) 232-2434**