**United States District Court**
**Western District of Washington**
**Tacoma Division**

| | |
|---|---|
| **John Doe #1**, et al., | No. 3:09-CV-05456-BHS |
| Plaintiffs, | The Honorable Benjamin H. Settle |
| vs. | |
| **Sam Reed**, et al., | **Withdrawal of Motion to Continue the Trial Date** |
| Defendants. | |
| | NOTE ON MOTION CALENDAR: September 9, 2011 |

**Withdrawal of Mot. to Continue Trial**
**(No. 3:09-CV-05456-BHS)**

1

**BOPP, COLESON & BOSTROM**
**1 South Sixth Street**
**Terre Haute, Indiana 47807-3510**
**(812) 232-2434**

Case 3:09-cv-05456-BHS   Document 309   Filed 09/09/11   Page 2 of 3

1  Plaintiffs John Doe #1, John Doe #2, and Protect Marriage Washington hereby withdraw
2  their Motion to Continue Trial. Plaintiffs' motion was primarily based upon the fact that
3  conducting the trial before the pending summary judgment motions are resolved would be
4  inefficient as the case may be resolved on the pending motions or, at the very least, the resolution
5  of those motions will affect the focus of the trial (and hence the preparation for trial). Plaintiffs
6  also described numerous scheduling difficulties due to the resignation of one attorney and the
7  unavailability of the others.

8  Although Plaintiffs welcome this Court to grant their motion for summary judgment at any
9  point leading up to the trial, Plaintiffs are willing and able to proceed with the trial as scheduled.
10 Plaintiffs' attorneys have convened and determined that Stephen Pidgeon does have availability
11 to assist James Bopp, Jr. in place of recently-withdrawn attorney Jared Haynie. Mr. Pidgeon will
12 represent the Plaintiffs at trial, along with Mr. James Bopp, Jr.

13 Plaintiffs therefore withdraw the motion to continue the trial pending resolution of the cross
14 motions for summary judgment.

17 Dated this 9th day of September, 2011.
18 Respectfully submitted and approved by:
19 Plaintiffs John Doe #1, John Doe #2, and Protect Marriage Washington:
20 By:   /s/ James Bopp, Jr.
       James Bopp, Jr.
21     Attorney for Plaintiffs

**Withdrawal of Mot. to Continue Trial**     2     **BOPP, COLESON & BOSTROM**
**(No. 3:09-CV-05456-BHS)**     **1 South Sixth Street**
Terre Haute, Indiana 47807-3510
(812) 232-2434

# CERTIFICATE OF SERVICE

I, James Bopp, Jr., am over the age of 18 years and not a party to the above-captioned action. My business address is 1 South Sixth Street; Terre Haute, Indiana 47807-3510.

On September 9, 2011, I electronically filed the foregoing document, described as Withdrawal of Motion to Continue the Trial Date, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Anne E. Egeler
annee1@atg.wa.gov
Jay Geck
jayg@atg.wa.gov
James K. Pharris
jamesp@atg.wa.gov
*Counsel for Defendants Sam Reed and Brenda Galarza*

Steven J. Dixson
sjd@wkdlaw.com
Duane M. Swinton
dms@wkdlaw.com
Leslie R. Weatherhead
lwlibertas@aol.com
*Counsel for Intervenor Washington Coalition for Open Government*

Ryan McBrayer
rmcbrayer@perkinscoie.com
Kevin J. Hamilton
khamilton@perkinscoie.com
William B. Stafford
wstafford@perkinscoie.com
Rhonda L. Barnes
rbarnes@perkinscoie.com
*Counsel for Intervenor Washington Families Standing Together*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 9th day of September, 2011.

 /s/ James Bopp, Jr.
James Bopp, Jr.
*Counsel for All Plaintiffs*

**Withdrawal of Mot. to Continue Trial**
**(No. 3:09-CV-05456-BHS)**

3

**BOPP, COLESON & BOSTROM**
**1 South Sixth Street**
**Terre Haute, Indiana 47807-3510**
**(812) 232-2434**