1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

John DOE #1, et al.,

          Plaintiffs,

     v.

SAM REED, in his official capacity as
Secretary of State of Washington, et
al.,

          Defendants.

CASE NO. 09-5456BHS

MINUTE ORDER

NOW, on this 12th day of September, 2011, the Court directs the Clerk to enter the following Minute Order:

The Court has reviewed the parties' cross motions for summary judgment in this matter (Dkts. 196, 204, 208, 209) and will rule on these motions as a matter of law. Therefore, a trial is unnecessary. In lieu of trial, the Court will hear oral argument on Thursday, September 29, 2011, beginning at 10:00 a.m. A written order will follow oral argument as soon as practicable.

1       The foregoing Minute Order was authorized by the Honorable BENJAMIN H.

2  SETTLE, United States District Judge.

3       Dated this 12th day of September, 2011.

4                     /s/ Trish Graham
                        Trish Graham

5                        Judicial Assistant