UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| John DOE # 1, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, et al.,<br><br>        Defendants. | CASE NO. C09-5456BHS<br><br>MINUTE ORDER |

    NOW, on this 3rd day of **October, 2011**, the Court directs the Clerk to enter the following Minute Order:

    Oral argument on the parties' cross motions for summary judgment is set for today, October 3, 2011. The Court will hear from Plaintiffs first for twenty minutes. The Court will then hear from Defendants and Intervenors for twenty minutes, collectively. Plaintiffs will have ten minutes for rebuttal, and Defendants and Intervenors will collectively have ten minutes for surrebuttal. Defendants and Intervenors may determine

ORDER - 1

how they wish to split up their allotted time. This will be the order and timing of oral argument.

The foregoing Minute Order was authorized by the Honorable BENJAMIN H. SETTLE, United States District Judge.

Dated this 3rd day of October, 2011.

      /s/ Gretchen Craft
Gretchen Craft
In-court Deputy