1
2
3
4
5
6
7

8

## United States District Court
## Western District of Washington
## Tacoma Division

| | |
|---|---|
| **John Doe #1**, et al.,<br><br>　　　　　　Plaintiffs,<br>　vs.<br>**Sam Reed**, et al.,<br><br>　　　　　　Defendants. | No. 3:09-CV-05456-BHS<br><br>The Honorable Benjamin H. Settle<br><br>**[Proposed] Order Granting Plaintiffs'<br>Motion for Injunction Pending Appeal** |

**[Proposed] Order Granting Pls.'**　　　　　1　　　　　THE BOPP LAW FIRM
**Mot. for Inj. Pending Appeal**　　　　　　　　　　　　　　　1 South Sixth Street
**(No. 3:09-CV-05456-BHS)**　　　　　　　　　　　Terre Haute, Indiana 47807-3510
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(812) 232-2434

1  Having considered Plaintiffs' Motion for Injunction Pending Appeal, as well as all pertinent
2  documents, the Court being fully advised, and good cause shown:
3  **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Injunction Pending Appeal is
4  **GRANTED**.

7  Dated: _____, 2011

10  _____
　  The Honorable Benjamin H. Settle
11  United States District Court Judge

[Proposed] Order Granting Pls.'     2     THE BOPP LAW FIRM
Mot. for Inj. Pending Appeal                                                       1 South Sixth Street
(No. 3:09-CV-05456-BHS)                                           Terre Haute, Indiana 47807-3510
                                                                                      (812) 232-2434