## United States District Court
### Western District of Washington
### Tacoma Division

| | |
|---|---|
| **John Doe #1**, an individual, **John Doe #2**, an individual, and **Protect Marriage Washington**,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>**Sam Reed**, in his official capacity as Secretary of State of Washington, and **Brenda Galarza**, in her official capacity as Public Records Officer for the Secretary of State of Washington<br><br>　　　　　　Defendants. | No. 3:09-CV-05456-BHS<br><br>The Honorable Benjamin H. Settle<br><br>**Plaintiffs' Notice of Appeal** |

　　Notice is hereby given that Plaintiffs John Doe #1, an individual, John Doe #2, an individual, and Protect Marriage Washington hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order of the United States District Court for the Western District of Washington, entered on October 17, 2011, (Dkt. 319), granting summary judgment in favor of Defendants and Intervenors and denying Plaintiffs motion for summary judgment.

　　Plaintiffs' Representation Statement, as required by Ninth Circuit Rule 3-2, is attached to this Notice.

Summary Judgment Order Appeal
(No. 3:09-CV-05456-BHS)

The Bopp Law Firm
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

1   Dated this 17th day of October, 2011.

2   Respectfully submitted,

3      /s/ James Bopp, Jr.
    James Bopp, Jr. (Ind. Bar No. 2838-84)*
4      jboppjr@aol.com
    Joseph E. La Rue (Ohio Bar No. 80643)*
5      jlarue@bopplaw.com
    Kaylan L. Phillips (Ok. Bar No. 22219)*
6      kphillips@bopplaw.com
    Noel H. Johnson (Wis. Bar No. 1068004)*
7      njohnson@bopplaw.com
    THE BOPP LAW FIRM
8   1 South Sixth Street
    Terre Haute, Indiana 47807-3510
9   (812) 232-2434
    *Counsel for All Plaintiffs*
10  *Pro Hac Vice Application Granted*

Stephen Pidgeon
ATTORNEY AT LAW, P.S.
30002 Colby Avenue, Suite 306
Everett, Washington 98201
(360) 805-6677
*Counsel for All Plaintiffs*

Summary Judgment Order Appeal
(No. 3:09-CV-05456-BHS)

THE BOPP LAW FIRM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

2

# Representation Statement

1. **Appellants John Doe #1, John Doe #2, and Protect Marriage Washington**

   James Bopp, Jr. (Ind. Bar No. 2838-84)
      jboppjr@aol.com
   Joseph E. La Rue (Ohio Bar No. 80643)
      jlarue@bopplaw.com
   Kaylan L. Phillips (Ok. Bar No. 22219)
      kphillips@bopplaw.com
   Noel H. Johnson (Wis. Bar No. 1068004)
      njohnson@bopplaw.com
   THE BOPP LAW FIRM
   1 South Sixth Street
   Terre Haute, Indiana 47807-3510
   Telephone: (812) 232-2434
   Facsimile: (812) 235-3685

   Stephen Pidgeon
   ATTORNEY AT LAW, P.S.
   30002 Colby Avenue, Suite 306
   Everett, Washington 98201
   Telephone: (360) 805-6677
   Facsimile: (360) 812-5371

2. **Respondent Sam Reed and Brenda Galarza**

   Anne E. Egeler
      annee1@atg.wa.gov
   Jay Geck
      jayg@atg.wa.gov
   William G. Clark
      billc2@atg.wa.gov
   Office of the Attorney General of Washington
   P.O. Box 40100
   Olympia, WA 98504-0100
   Telephone: (360) 753-7085
   Facsimile: (360) 664-2963

3. **Intervenor Washington Coalition for Open Government**

   Steven J. Dixson
      sjd@wkdlaw.com
   Duane M. Swinton
      dms@wkdlaw.com
   Leslie R. Weatherhead
      lwlibertas@aol.com
   Witherspoon, Kelley, Davenport & Toole
   422 Riverside, Suite 1100
   Spokane, WA 99201
   Telephone: (509) 624-5265
   Facsimile: (509) 458-2728

Summary Judgment Order Appeal
(No. 3:09-CV-05456-BHS)

THE BOPP LAW FIRM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

**4. Intervenor Washington Families Standing Together**

Kevin J. Hamilton
    khamilton@perkinscoie.com
Ryan McBrayer
    rmcbrayer@perkinscoie.com
William B. Stafford
    wstafford@perkinscoie.com
Rhonda L. Barnes
    rbarnes@perkinscoie.com
Perkins Coie Barnes & Bain
1201 3rd Ave, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Summary Judgment Order Appeal
(No. 3:09-CV-05456-BHS)

THE BOPP LAW FIRM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

## Certificate of Service

I, James Bopp, Jr., am over the age of eighteen years and not a party to the above-captioned action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On October 17, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

(1) Counsel for Defendants Sam Reed and Brenda Galarza:
Anne E. Egeler — annee1@atg.wa.gov
Jay Geck — jayg@atg.wa.gov
William G. Clark — billc2@atg.wa.gov

(2) Counsel for Intervenor Washington Coalition for Open Government:
Steven J. Dixson — sjd@wkdlaw.com
Duane M. Swinton — dms@wkdlaw.com
Leslie R. Weatherhead — lwlibertas@aol.com

(3) Counsel for Intervenor Washington Families Standing Together
Ryan McBrayer — rmcbrayer@perkinscoie.com
Kevin J. Hamilton — khamilton@perkinscoie.com
William B. Staffort — wstafford@perkinscoie.com
Rhonda L. Barnes — rbarnes@perkinscoie.com

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct.

Executed this 17th day of October, 2011.

/s/ James Bopp, Jr.
James Bopp, Jr.
*Counsel for All Plaintiffs*

Summary Judgment Order Appeal
(No. 3:09-CV-05456-BHS)

The Bopp Law Firm
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

5