1
2
3
4
5
6
7
8

**United States District Court**
**Western District of Washington**
9  **Tacoma Division**

10

11  **John Doe #1**, an individual, **John Doe #2**, an   | No. 3:09-CV-05456-BHS
individual, and **Protect Marriage**
12  **Washington**,                                        | The Honorable Benjamin H. Settle

13             Plaintiffs,                                 | **Plaintiffs' Amended Notice of Appeal**
      v.
14

15  **Sam Reed**, in his official capacity as Secretary
of State of Washington, and **Brenda Galarza**,
16  in her official capacity as Public Records
Officer for the Secretary of State of
17  Washington

             Defendants.
18

19
         Notice is hereby given that Plaintiffs John Doe #1, an individual, John Doe #2, an individual,
20
and Protect Marriage Washington hereby appeal to the United States Court of Appeals for the Ninth
21
Circuit from the Order of the United States District Court for the Western District of Washington,
22
entered on October 17, 2011, (Dkt. 319), and the Court's Judgment, entered on October 17, 2011,[1]
23
(Dkt. 322), granting summary judgment in favor of Defendants and Intervenors and denying
24
Plaintiffs motion for summary judgment.
25
         Plaintiffs' Representation Statement, as required by Ninth Circuit Rule 3-2, is attached to this
26
Notice.
27
         [1] The Court's Judgment was entered after Plaintiffs' filed their initial Notice of Appeal (Dkt. 321).
28

Amended Notice of Appeal
(No. 3:09-CV-05456-BHS)

THE BOPP LAW FIRM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

1

2    Dated this 18th day of October, 2011.

3    Respectfully submitted,

4       /s/ Kaylan L. Phillips

5    James Bopp, Jr. (Ind. Bar No. 2838-84)*     Stephen Pidgeon
      jboppjr@aol.com                ATTORNEY AT LAW, P.S.

6    Joseph E. La Rue (Ohio Bar No. 80643)*   30002 Colby Avenue, Suite 306
      jlarue@bopplaw.com             Everett, Washington 98201

7    Kaylan L. Phillips (Ok. Bar No. 22219)*   (360) 805-6677
      kphillips@bopplaw.com          *Counsel for All Plaintiffs*

8    Noel H. Johnson (Wis. Bar No. 1068004)*
      njohnson@bopplaw.com

9    THE BOPP LAW FIRM
   1 South Sixth Street

10   Terre Haute, Indiana 47807-3510
   (812) 232-2434

11   *Counsel for All Plaintiffs*
   *Pro Hac Vice Application Granted*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Amended Notice of Appeal
(No. 3:09-CV-05456-BHS)

THE BOPP LAW FIRM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

2

# Representation Statement

**1.    Appellants John Doe #1, John Doe #2, and Protect Marriage Washington**

James Bopp, Jr. (Ind. Bar No. 2838-84)
    jboppjr@aol.com
Joseph E. La Rue (Ohio Bar No. 80643)
    jlarue@bopplaw.com
Kaylan L. Phillips (Ok. Bar No. 22219)
    kphillips@bopplaw.com
Noel H. Johnson (Wis. Bar No. 1068004)
    njohnson@bopplaw.com
THE BOPP LAW FIRM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
Telephone: (812) 232-2434
Facsimile: (812) 235-3685

Stephen Pidgeon
ATTORNEY AT LAW, P.S.
30002 Colby Avenue, Suite 306
Everett, Washington 98201
Telephone: (360) 805-6677
Facsimile: (360) 812-5371

**2.    Respondent Sam Reed and Brenda Galarza**

Anne E. Egeler
    annee1@atg.wa.gov
Jay Geck
    jayg@atg.wa.gov
William G. Clark
    billc2@atg.wa.gov
Office of the Attorney General of Washington
P.O. Box 40100
Olympia, WA 98504-0100
Telephone: (360) 753-7085
Facsimile: (360) 664-2963

**3.    Intervenor Washington Coalition for Open Government**

Steven J. Dixson
    sjd@wkdlaw.com
Duane M. Swinton
    dms@wkdlaw.com
Leslie R. Weatherhead
    lwlibertas@aol.com
Witherspoon, Kelley, Davenport & Toole
422 Riverside, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265
Facsimile: (509) 458-2728

Amended Notice of Appeal
(No. 3:09-CV-05456-BHS)

THE BOPP LAW FIRM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

1

2      **4.    Intervenor Washington Families Standing Together**

3          Kevin J. Hamilton
                khamilton@perkinscoie.com
4          Ryan McBrayer
                rmcbrayer@perkinscoie.com
5          William B. Stafford
                wstafford@perkinscoie.com
6          Rhonda L. Barnes
                rbarnes@perkinscoie.com
7          Perkins Coie Barnes & Bain
           1201 3rd Ave, Suite 4800
8          Seattle, WA 98101-3099
           Telephone: (206) 359-8000
9          Facsimile: (206) 359-9000

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Amended Notice of Appeal
(No. 3:09-CV-05456-BHS)

THE BOPP LAW FIRM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

# Certificate of Service

I, Kaylan L. Phillips, am over the age of eighteen years and not a party to the above-captioned action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On October 18, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

(1) Counsel for Defendants Sam Reed and Brenda Galarza:
    Anne E. Egeler — annee1@atg.wa.gov
    Jay Geck — jayg@atg.wa.gov
    William G. Clark — billc2@atg.wa.gov

(2) Counsel for Intervenor Washington Coalition for Open Government:
    Steven J. Dixson — sjd@wkdlaw.com
    Duane M. Swinton — dms@wkdlaw.com
    Leslie R. Weatherhead — lwlibertas@aol.com

(3) Counsel for Intervenor Washington Families Standing Together
    Ryan McBrayer — rmcbrayer@perkinscoie.com
    Kevin J. Hamilton — khamilton@perkinscoie.com
    William B. Stafford — wstafford@perkinscoie.com
    Rhonda L. Barnes — rbarnes@perkinscoie.com

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct.

Executed this 18th day of October, 2011.

 /s/ Kaylan L. Phillips
Kaylan L. Phillips
*Counsel for All Plaintiffs*

Amended Notice of Appeal
(No. 3:09-CV-05456-BHS)

THE BOPP LAW FIRM
1 South Sixth Street
Terre Haute, Indiana 47807
(812) 232-2434

5