1
2
3
4
5
6
7
8
9
10

**United States District Court**
**Western District of Washington**
**Tacoma Division**

11  **John Doe #1**, et al.,                        No. 3:09-CV-05456-BHS

12                    Plaintiffs,                   The Honorable Benjamin H. Settle
          vs.
13                                                  **[Proposed] Order Granting Agreed Motion**
    **Sam Reed**, et al.,                           **to Expedite Plaintiffs' Motion for**
14                                                  **Injunction Pending Appeal**
                      Defendants.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered the Agreed Motion to Expedite Plaintiffs' Motion for Injunction Pending Appeal, as well as all pertinent documents, the Court being fully advised, and good cause shown:

**IT IS HEREBY ORDERED** that the Agreed Motion to Expedite is **GRANTED**.

Dated: _____, 2011

_____
The Honorable Benjamin H. Settle
United States District Court Judge

**[Proposed] Order Granting
Agreed Mot. to Expedite
(No. 3:09-CV-05456-BHS)**

2

THE BOPP LAW FIRM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
(812) 232-2434