**United States District Court**
**Western District of Washington**
**Tacoma Division**

| | |
|---|---|
| **John Doe #1**, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **Sam Reed**, et al., <br><br> Defendants. | No. 3:09-CV-05456-BHS <br><br> The Honorable Benjamin H. Settle <br><br> **Order Granting Agreed Motion to Expedite Plaintiffs' Motion for Injunction Pending Appeal** |

Having considered the Agreed Motion to Expedite Plaintiffs' Motion for Injunction Pending Appeal, as well as all pertinent documents, the Court being fully advised, and good cause shown:

**IT IS HEREBY ORDERED** that the Agreed Motion to Expedite is **GRANTED**.

Dated this 26th day of 2011

_____
BENJAMIN H. SETTLE
United States District Judge

**Order Granting Agreed Mot. to Expedite**
**(No. 3:09-CV-05456-BHS)**

1

THE BOPP LAW FIRM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
(812) 232-2434