1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

October 21, 2011 | support public radio › | NPR Shop | NPR Social Media | Login | Register

NPR   FIND A STATION   SEARCH   go   Search is supported by: NOVARTIS

home | news | arts & life | music | programs | listen | HOURLY NEWS | PODCASTS

News > Politics

Twitter | Facebook | Share | Comments (1) | Recommend (0)

# Gay Rights Group Says It Will Publish R-71 Petition Signers Names

by AUSTIN JENKINS

Listen to the Story [1 min 31 sec]
- Add to Playlist
- Download
- Transcript

October 18, 2011 from N3                                    text size A A A

OLYMPIA, Wash. – Washington voters who signed an anti-domestic partnership petition in 2009 can expect their names to appear on-line within a month. That's the word Tuesday from a Massachusetts-based gay rights group called "Know Thy Neighbor."

Referendum 71 was a failed effort by opponents of gay marriage to repeal Washington's "everything but marriage" domestic partnership law. Now, following a protracted legal battle, a federal judge has ordered the petitions be made public.

"Know Thy Neighbor" plans to publish the 130,000-plus names in an online searchable database. The group has done this before in Arkansas, Florida and Massachusetts.

Director Tom Lang says it allows gay people and their allies to search for individual signers they know and confront them. He gives examples of stories from other states.

"About people who've been in people's weddings parties and they've signed, people in families where the grandmother signed knowing darned well that her grandson was gay," Lang says. "These are the types of conversations that are being had."

Lang denies this is a campaign of intimidation or harassment. But that's exactly what Protect Marriage Washington attorney James Bopp Jr. has argued all along. He's already filed an appeal to the Ninth Circuit Court.

"Well, our plan is to do everything we can do to protect people's right to participate in our democratic process without being subject to death threats and threats of violence and actual violence," Bopp says.

Bopp points to what happened in California around Proposition 8. In court he introduced evidence that opponents of gay marriage were subjected to vitriolic threats, vandalism and other harassment.

Lang counters there's no evidence his online databases have been used to target people maliciously.

On the Web:

Know Thy Neighbor: http://www.knowthyneighbor.org/

Protect Marriage Washington: http://protectmarriagewa.com/

R-71 FAQs from Wash. Secretary of State:

**it's all POLITICS**

- New Poll: Cain Leads In Iowa, Romney Second, Rest Of Field Lagging
- Will Cain's New 9-0-9 Tax Plan Really Help The Poor?

more ›

NPR thanks our sponsors          Become an NPR Sponsor

**most popular**

Viewed | Recommended | Commented

1. Obama: 'War In Iraq Is Over'; All Troops Will Withdraw By Year's End
2. New Varieties Haven't Taken The Nutrition Out Of Broccoli
3. School Debt A Long-Term Burden For Many Graduates
4. What If We Paid Off The Debt? The Secret Government Report

advise us   Join now
Join the NPR Listener Panel

http://wei.secstate.wa.gov/osos/en/initiativesReferenda/Pages/R-71FrequentlyAskedQuestions.aspx

Copyright 2011 Northwest News Network

 Twitter     Facebook     Share     Comments (1)    Recommend (0)

## More Politics ›


it's all politics
**New Poll: Cain Leads In Iowa, Romney Second, Rest Of Field Lagging**
Does a new Iowa poll confirm the GOP race is narrowing down to Herman Cain versus Mitt Romney?


it's all politics
**Will Cain's New 9-0-9 Tax Plan Really Help The Poor?**
Poor families could still face higher taxes under Cain's revised tax-reform plan.


it's all politics
**With Revised Tax Plan, Cain Faces Questions About Consistency**
Herman Cain drew criticism over shifting positions on his tax plan, as well as on social issues.

**PODCAST + RSS FEEDS**

| | Podcast | RSS |
|---|---|---|
| Politics | | |

**POLITICS NEWSLETTER**

Political analysis and highlights delivered weekly, plus the Political Junkie's ScuttleButton puzzle. View Sample

 sign up

- Privacy Policy


POLITICS
**The Obama Tracker**
NPR tracks significant events and developments in the Obama administration.

## podcast


**It's All Politics**
NPR political analysts Ken Rudin and Ron Elving delve into the week's political news and analysis in a weekly podcast.

subscribe ›

 

NPR DOUBLE TAKE - TWO VIEWS ON THE SAME NEWS
**Fear Of Co-Mitt-ment?**

other recent cartoons ›

**AP Politics**
From the Associated Press

- AP Sources: Bachmann Staff In New Hampshire Quits
- Once More, NH Elections Chief Plays A Primary Role
- Cain Tweaks 9-9-9 Tax Plan To Allow Exemptions

*Last updated: 5:39 pm ET*

view more ›





## comments

Please keep your community civil. All comments must follow the NPR.org **Community rules** and **terms of use**. See also the **Community FAQ**.

**You must be logged in to leave a comment.** *Login / Register*

NPR reserves the right to read on the air and/or publish on its website or in any medium now known or unknown the e-mails and letters that we receive. We may edit them for clarity or brevity and identify authors by name and location. For additional information, please consult our **Terms of Use**.


**Derek Williams (DerekWilliams)** wrote:
The accusation that homosexual activists will attack heterosexual signatories is beyond absurd. It is we who have been viciously and relentlessly attacked by homophobic heterosexists for centuries. Pervasive attacks have ranged from statutory discrimination, imprisonment and realignment torture, to religious and social disenfranchisement, ostracism, and extreme violence which in a large number of cases has resulted in life-changing injury, even death.

We have far more to fear from the signatories than they ever had, or ever will from us.
Wednesday, October 19, 2011 08:10:07

Recommend (0)                                                                 Report abuse

npr always on

Newsletters Podcasts Mobile RSS Feeds Widgets API Radio

news
U.S.
World
Opinion
Politics
Business
Technology
Science
Health
Sports

arts & life
Books
Movies
Pop Culture
Food
Performing Arts
Games & Humor

music
Concerts
Music Lists
Music Interviews
Music News
Music Blogs
Rock/Pop/Folk
Jazz & Blues
Classical
Browse Artists A-Z

All Songs Considered
From The Top
JazzSet
Marian McPartland's Piano Jazz
Mountain Stage
Song of the Day
The Thistle & Shamrock
World Cafe
World Of Opera

programs a-z
Morning Edition
All Things Considered
Fresh Air
The Diane Rehm Show
On The Media
On Point
Talk of the Nation
Tell Me More
Weekend Edition Saturday
Weekend Edition Sunday
Car Talk
Wait Wait...Don't Tell Me!

listen
Hourly News
NPR Program Stream Schedule
Find Station Streams

more
Multimedia
Columns
Blogs
Analysis
Commentary
NPR Ombudsman
Topic Index
StateImpact

about
This Is NPR
Support and Sponsor
Press Room
Careers
NPR Shop
Contact Us

Copyright 2011 NPR Terms of Use Privacy Policy Permissions Corrections Text-Only Site **Help** **Contact Us** **Donate** Our partner in public broadcasting PBS

