## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## TACOMA DIVISION

| | |
|---|---|
| **John Doe #1**, *et al.*,<br><br>    Plaintiffs,<br>v.<br>**Sam Reed**, *et al.*,<br><br>    Defendants. | No. 3:09-CV-05456-BHS<br><br>**Notice of Withdrawal**<br><br>The Honorable Benjamin H. Settle |

**Notice of Withdrawal**

Pursuant to Local General Rule 2(g)(2)(B), Joseph La Rue, counsel for Plaintiffs, respectfully notes this *Notice of Withdrawal*. In support, Mr. La Rue states as follows:

**1.** On September 1, 2010, Mr. La Rue was granted admission to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned case. (*See* Dkt. 121.)

**2.** On November 4, 2011, Mr. La Rue will discontinue his employment with The Bopp Law Firm.

**3.** Because Plaintiffs secured The Bopp Law Firm as counsel, Mr. La Rue will no longer be able to offer Plaintiffs legal counsel. Please remove his name from counsel lists and email distribution lists.

| | | |
|---|---|---|
| **Notice of Withdrawal**<br>(No. 3:09-CV-05456-BHS) | 1 | THE BOPP LAW FIRM<br>1 South Sixth Street<br>Terre Haute, Indiana 47807-3510<br>(812) 232-2434 |

1  Respectfully submitted this 4th day of November, 2011.

2

3  s/ Joseph La Rue
   Joseph La Rue (Ohio Bar No. 80643)

4

5  By:

6  /s/ James Bopp, Jr.
   James Bopp, Jr. (Ind. Bar No. 2838-84)*         Stephen Pidgeon
7      jboppjr@aol.com                             ATTORNEY AT LAW, P.S.
   Kaylan L. Phillips (Ok. Bar No. 22219)*         30002 Colby Avenue, Suite 306
8      kphillips@bopplaw.com                       Everett, Washington 98201
   Noel H. Johnson (Wis. Bar No. 1068004)*         (360) 805-6677
9      njohnson@bopplaw.com                        *Counsel for All Plaintiffs*
   THE BOPP LAW FIRM
10 1 South Sixth Street
   Terre Haute, Indiana 47807-3510
11 (812) 232-2434
   *Counsel for All Plaintiffs*
12 **Pro Hac Vice Application Granted*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Withdrawal**                    2                    THE BOPP LAW FIRM
**(No. 3:09-CV-05456-BHS)**                                      1 South Sixth Street
                                                                 Terre Haute, Indiana 47807-3510
                                                                 (812) 232-2434

# Certificate of Service

I, Joseph La Rue, am over the age of eighteen years and not a party to the above-captioned action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On November 4, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

(1) Counsel for Defendants Sam Reed and Brenda Galarza:
Anne E. Egeler — annee1@atg.wa.gov
Jay Geck — jayg@atg.wa.gov
William G. Clark — billc2@atg.wa.gov

(2) Counsel for Intervenor Washington Coalition for Open Government:
Steven J. Dixson — sjd@wkdlaw.com
Duane M. Swinton — dms@wkdlaw.com
Leslie R. Weatherhead — lwlibertas@aol.com

(3) Counsel for Intervenor Washington Families Standing Together
Ryan McBrayer — rmcbrayer@perkinscoie.com
Kevin J. Hamilton — khamilton@perkinscoie.com
William B. Stafford — wstafford@perkinscoie.com
Rhonda L. Barnes — rbarnes@perkinscoie.com

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct.

Executed this 4th day of November, 2011.

 s/ Joseph La Rue
Joseph La Rue
*Counsel for All Plaintiffs*

**Notice of Withdrawal**  3  THE BOPP LAW FIRM
**(No. 3:09-CV-05456-BHS)**  1 South Sixth Street
Terre Haute, Indiana 47807-3510
(812) 232-2434